IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,            )
                                     )
          Plaintiff,                 )
                                     )     CR No. 21-178
                                     )     Washington, D.C.
          vs.                        )     February 28, 2022
                                     )     4:30 p.m.
MARKUS MALY (3),                     )
                                     )
          Defendant.                 )
_____)


TRANSCRIPT OF BOND HEARING VIA ZOOM PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:        Mitra Jafary-Hariri
                           DOJ-USAO
                           211 W. Fort Street
                           Suite 2001
                           Detroit, MI 48226
                           (313) 226-9632
                           Email:
                           mitra.jafary-hariri@usdoj.gov


For the Defendant:         Benjamin Mark Schiffelbein
                           FEDERAL PUBLIC DEFENDER
                           Western District of Virginia
                           210 First Street SW
                           Suite 400
                           Roanoke, VA 24011
                           (540) 777-0888
                           Email:
                           benjamin_schiffelbein@fd.org

APPEARANCES CONTINUED:

Pretrial Services Officer:   Shay Holman

Court Reporter:              William P. Zaremba
                             Registered Merit Reporter
                             Certified Realtime Reporter
                             Official Court Reporter
                             E. Barrett Prettyman CH
                             333 Constitution Avenue, NW
                             Washington, D.C. 20001
                             (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

<pre>
 1                     P R O C E E D I N G S
 2          COURTROOM DEPUTY:  Good afternoon.  Your Honor.
 3   This is Criminal Case No. 21-178-3, United States of America
 4   versus Markus Maly.
 5             Mitra Jafary-Hariri for the government.
 6             Benjamin Schiffelbein for the defense.
 7             Shay Holman on behalf of Pretrial Services.
 8             The defendant is appearing via videoconference for
 9   this hearing.
10             And, Your Honor, we can't hear you.
11             THE COURT:  How about now?
12             COURTROOM DEPUTY:  Thanks.  Yes.
13             THE COURT:  Sometimes you have to change the mic
14   settings.
15             All right.  Good afternoon, everybody; Mr. Maly --
16   is it "Maly" or "Maly"?
17             THE DEFENDANT:  It's Maly, sir.
18             THE COURT:  All right, Mr. Maly.  Good afternoon.
19   You can hear me okay, sir?
20             THE DEFENDANT:  Yes, I can.
21             THE COURT:  Okay.
22             Mr. Schiffelbein, we're proceeding remotely this
23   afternoon.  Is that something your client consents to, is a
24   remote review of the detention order?
25             MR. SCHIFFELBEIN:  Yes, Your Honor.  Thank you.
</pre>

1          THE COURT:  Okay.

2          All right.  So we're here this afternoon.

3  Mr. Maly was detained by the magistrate judge, I believe, in

4  the Western District of Virginia, and he has filed a review

5  motion of the pretrial detention order.

6          So I've reviewed the parties' submissions,

7  I've also reviewed the videos that the government submitted

8  along with its submission, and I've also reviewed the entire

9  evidentiary portion of the detention hearing before the

10 magistrate judge.  So I've looked at everything that the

11 parties have submitted.

12          So I'm happy to hear further from counsel if you'd

13 like to be heard, in addition to what's already in the

14 papers.

15          MR. SCHIFFELBEIN:  Thank you, Your Honor.

16          The only additional evidence that I would proffer,

17 I have my client's, his co-parent, he refers to her as his

18 wife, she is on the Zoom, her name is Jen Murphy.  She is

19 willing to serve as a third-party custodian to report any

20 alleged violations of supervised release -- or of the

21 conditions of his release to the Court or to his Pretrial

22 Services Officer.  I asked her to be on the hearing in case

23 the Court had questions, but she's only able to answer any

24 questions if the Court has them.  But she is here.

25          THE COURT:  Has she been interviewed by our

1   Pretrial Services Office?

2          MR. SCHIFFELBEIN:  I don't believe so, Your Honor.

3          THE COURT:  Well, let's move forward.

4          It's not something I would be prepared to do

5   absent an interview by our Pretrial Services Office, to

6   ensure her suitability, but we can sort of get to that

7   toward the end, figure out whether that's something that

8   is -- something that's a possibility here.

9          So why don't I turn to Ms. Jafary first.  It's the

10  government's burden here, although it's the defendant's

11  motion.  So why don't we start with the government and then

12  we'll turn to defense counsel.

13         MS. JAFARY:  Thank you, Your Honor.

14         And I apologize for my setup.  I'm in a different

15  office that I'm not used to.  So I have to look over here,

16  but the camera is over here.  Anyway, please let me know if

17  the audio is troubling at all.

18         I don't want to repeat -- I know you reviewed the

19  extensive record that has already happened pretty early in

20  this case.  But I think, you know, this case we have four

21  defendants, three of which have been detained.  All three,

22  Peter Schwartz, Jeffrey Brown, and Markus Maly had been

23  charged with the same -- at least one of the same charges,

24  which is assault with a dangerous weapon; that is,

25  particularly the chemical irritant spray.

1          I understand, you know, Peter Schwartz is charged

2    with additional crimes.  But I think when you look at the

3    difference between Jeffrey Brown, who is only charged with

4    one spray, and he has --

5          THE COURT:  Ms. Jafary, can I interrupt you for a

6    moment just to make sure I understand what the two events

7    are?

8          The event that the three defendants are charged

9    with collectively is the chemical spray usage in the tunnel;

10   is that right?

11         MS. JAFARY:  Yes, Your Honor, that's right.

12         THE COURT:  Okay.

13         MS. JAFARY:  And I can kind of just explain it

14   quickly.

15         Basically, in that tunnel, that is the only

16   assault that Jeffrey Brown is charged with.  And then Peter

17   Schwartz and Markus Maly are both charged with aiding and

18   abetting Jeffrey Brown in that assault.

19         And so what the video shows, that would be

20   Exhibit 3, and I can give the time stamps around --

21         THE COURT:  Yeah, I've reviewed it.

22         It seems to show Mr. Maly handing what, from my

23   vant- -- it looks like a container of some kind to

24   Mr. Brown, and Mr. Brown then takes the container in hand.

25   And I think at one point, Mr. -- why am I forgetting his

```
 1   name -- the third defendant --

 2            MS. JAFARY:  Schwartz.

 3            THE COURT:  -- Mr. Schwartz tries to help

 4   Mr. Brown with the container.  And Mr. Brown eventually

 5   walks toward what I assume is the police line and appears to

 6   point the container toward the police, and I assume the

 7   government's evidence is or belief is that he actually

 8   sprayed it.

 9            MS. JAFARY:  Yes, Your Honor, that is correct.

10            And we have video of the actual spray as well that

11   was relevant and presented in Jeffrey Brown's detention

12   hearing.

13            So Jeffrey Brown was only charged with the one

14   spray.  Markus Maly is charged with multiple sprays.  So

15   he's charged with spraying outside of the tunnel.  Those are

16   Exhibits 1 and 2.  And then going into the tunnel and then

17   helping with an additional spray.

18            So I think as far as the factor for the nature and

19   circumstances of the offense, we do think Maly's nature and

20   circumstances weigh in favor of being considered a serious

21   crime and weighing in favor of detention.

22            The biggest difference between the two is that --

23            THE COURT:  Can I ask you one quick question?

24            MS. JAFARY:  Yes.

25            THE COURT:  What is your understanding of the
```

```
 1   distance between where the first incident occurs, the
 2   alleged first incident occurs, and where the tunnel is?
 3            I'm just trying to get a sense of what it took,
 4   assuming that is Mr. Maly -- there's been a suggestion that
 5   maybe the ID is questionable.  But in any event, can you
 6   just describe for me your understanding of sort of what it
 7   took, if it was, in fact, Mr. Maly, to sort of go from where
 8   he was in the first episode, to ending up in the lower west
 9   terrace tunnel?
10            MS. JAFARY:  So, Your Honor, I don't totally know
11   the exact distance.  I would be happy to provide that
12   separately or provide a map if that would be helpful.
13   I guess I could look at the timing between the time stamp
14   of -- so 2:35 is when he -- Maly is -- let's see.
15            THE COURT:  So 2:35 p.m. is the first episode.
16            And then when's the second episode?
17            MS. JAFARY:  I believe the second one is around
18   3:00.
19            THE COURT:  Almost a half an hour later?
20            MS. JAFARY:  I don't want to tell you the wrong
21   thing, though.
22            And I'd be happy to -- okay.  3:09 to 3:16 is when
23   he goes in the tunnel.
24            THE COURT:  Okay.
25            MS. JAFARY:  Okay.
```

1                So Jeffrey Brown has been detained.

2     Judge Contreras was the Acting Chief Judge when that came

3     in, and he reversed the magistrate who released

4     Jeffrey Brown and detained Jeffrey Brown.

5                Jeffrey Brown then appealed to the D.C. Circuit

6     and that was affirmed, despite the fact he had no criminal

7     history.

8                And so I think when you just look at the two

9     defendants in the same case, Jeffrey Brown engaging in one

10    spray, no criminal history, only one other police contact,

11    which was a disturbance at Costco over the mask mandate.

12               And then you have Mr. Maly, who is different,

13    who -- and Jeffrey Brown who did not admit -- he did not

14    make an admission of his involvement on January 6th at all,

15    he did not speak to law enforcement.

16               You have Mr. Maly, who engaged in multiple

17    assaults.  We did not charge him with stealing the shield,

18    because we are not exactly sure whose shield that was yet.

19    But he engaged in multiple assaults, took the shield, left,

20    and then he also has a very extensive criminal history, and,

21    in particular, multiple violent offenses, multiple probation

22    violations, failures to appear, and two assaults on law

23    enforcement.  So that is --

24               THE COURT:  Can I interrupt you for a moment?

25               You said something that I wasn't aware of or at

1    least it wasn't clear to me.

2            So I know Mr. Brown was detained.  I don't think

3    at least until recently he filed a bond review motion;

4    I never reviewed it after Judge Contreras held him.

5            But I wasn't aware of the appeal.  And so I'm now

6    just looking at page 24 of your motion, and it cites

7    *United States versus Brown*, but it gives a F.App'x. cite.

8    But I don't use Lexis, but the only thing I found was

9    Judge Contreras' opinion.

10           So I wasn't aware -- and the citation led me to

11   believe that the inclusion of the F.App'x cite was an error,

12   because the parenthetical is to a D.D.C. opinion.  So I

13   wasn't aware that Mr. Brown's detention had been reviewed by

14   the D.C. Circuit.

15           Do you have the citation for that?

16           MS. JAFARY:  Your Honor, in front of me,

17   I don't have the citation, but I am happy to send it as soon

18   as this hearing is over from Westlaw.

19           I do have a copy of the document from PACER.  And

20   if that would be helpful, I could provide the case number

21   and document number and date right now.

22           It's a two-page, very short opinion per curiam

23   affirming the detention.

24           THE COURT:  Okay.

25           Yeah, that would be helpful, at least the case

1   number, we can find it.

2          MS. JAFARY:  Okay.  The case number is 21-3063.

3   And the document number is 1922793.  It was filed

4   November 17th, 2021.  The panel was Millett, Wilkins, and

5   Jackson.

6          THE COURT:  Okay.  Thank you.  I appreciate that

7   clarification.  Why don't you go ahead.  I interrupted you.

8          MS. JAFARY:  Okay.

9          Yeah.  No.  Your Honor, that really -- I don't --

10  you know, unless there are other specific questions,

11  I believe we have briefed everything.  And comparing the two

12  cases, I don't see how Mr. Maly could come over this

13  guideline that has been set in this case.

14         THE COURT:  I have at least sort of two questions

15  I'd like to pose to you.

16         The suggestion in the defense memo is that perhaps

17  the person that is involved, at least in the first episode,

18  may not be Mr. Maly, because the photograph that was issued

19  in search of Mr. Maly, the one the FBI issued, which I think

20  is on page 3 of the motion, in that photograph, he's not

21  wearing a hat or the beanie that looks to be underneath the

22  hat of the person that did the initial spraying.

23         And the suggestion the defense has made is that

24  the photograph that was sent out, I guess it's by MPD, not

25  the FBI, was approximately around 2:37, which is just about

1  two minutes after the spraying episode.

2         Does the government have a sense of -- I guess,

3  what's your reaction to that in terms of the timing and the

4  suggestion that perhaps the two people are not one and the

5  same?

6         MS. JAFARY:  Your Honor, I would say a few things.

7         Number one, I can certainly understand those

8  arguments at the complaint phase.  We are past that.  This

9  has been indicted by a grand jury.  So we did present our

10  evidence on identification to a grand jury; they did indict

11  on all of these charges.

12         Number two, with respect to the hat versus no hat,

13  especially in the tunnel videos, you can see where his hat

14  comes on and off multiple times, and you can see when he's

15  leaving -- I believe when he's leaving the tunnel, he does

16  not have them anymore.  So this is something -- and

17  I believe he told the -- yes, he told the agents upon his

18  arrest that he lost his hat that day.

19         Three, the posting that you referenced, the MPD

20  posting that says approximately 2:37, I will say that, you

21  know, we -- "approximately" is the keyword that we believe

22  matters here.

23         And I would note that this notice that says

24  approximately 2:37 was issued by MPD, not FBI.

25         And so, you know, I don't know why they used this

1   particular picture paired with this time, but we certainly

2   have -- his hats were on and off.  In the tunnel, you could

3   see them coming on and off.  In the videos, you can see that

4   it is --

5          THE COURT:  Yeah.  I mean, I guess what's

6   interesting is that maybe we're led to believe that --

7   because if you look at the photograph that the MPD posted,

8   it looks like he's at some distance from the Capitol.

9          THE DEFENDANT:  Yep.

10         THE COURT:  And I guess I'm not quite sure what to

11  make of that in terms of the accuracy of the timing, because

12  what we do -- at least what's been suggested by the

13  government and what the grand jury has indicted Mr. Maly on

14  is that he was physically present in the immediate proximity

15  of the Capitol at 2:35 and then went in the tunnel at 3:09.

16  Now, I suppose it's possible he could have walked away and

17  then walked back, but do you have any response to that

18  observation?

19         MS. JAFARY:  Yes, Your Honor.

20         These types of notices the FBI follows and this

21  MPD persons of interest, these notices are made specifically

22  for the public to identify these individuals.  And what has

23  happened in a lot of these investigations, and I know

24  everyone is aware of this, is that there have been multiple

25  images of these people throughout that day.  And so if this

 1   is something the MPD thought really shows this person for

 2   people who know him to identify him, perhaps that's why they

 3   chose it.

 4           As you saw in the video exhibits that I submitted,

 5   I mean, you really have to play them in slow motion to see

 6   clearly what was happening, but we do have it from many

 7   different angles.

 8           And so I would just say to keep in mind the

 9   purpose of these types of postings.  And it might not be the

10   picture of them committing the exact crime that we're

11   charging them with, but it's the more clear image of the

12   person's face.  But there are other identifying -- you know,

13   the outfit is consistent throughout all of the events.

14           I understand there were multiple people with those

15   hats on, the Trump hats.  But when you slow down the video,

16   which, you know, I've been playing them in slow motion to

17   really see, you can see his face, you can see the outfit,

18   you can see that he also had this orange band on his arm.

19   And so that helped with identifying his actual arm in some

20   of the -- especially in Exhibits 1 and 2 of the video

21   exhibits.

22           THE COURT:  The other question I had is that

23   I think this is referenced in the detention hearing

24   transcript and perhaps not in your motion or in your

25   response, maybe I missed it.

1          The suggestion was that he made an admission to

2   law enforcement with respect to the chemical spray and

3   possessing it.  Can you share with me exactly what you

4   understand him to have admitted to law enforcement when he

5   was interviewed?

6          MS. JAFARY:  Yes, Your Honor.

7          He did admit that he picked up cans that had a

8   little bit of spray left in them from the -- he got them

9   that day; he did not admit that he brought them with him.

10  And he did admit to spraying what was left in the cans to

11  law enforcement.

12         He did actually -- the tunnel part, though, he did

13  not admit that he handed the can of spray to Jeffrey Brown.

14  But that one, you know, is clear on video.  And so he did

15  admit to spraying but not being involved in that particular

16  spraying the tunnel.

17         THE COURT:  So your understanding is that he made

18  an admission that he -- that in the first episode, the one

19  that's outside the tunnel that occurs around 2:35, that he,

20  in fact, admitted to picking up a can and then spraying

21  officers with the can?

22         MS. JAFARY:  Yes.

23         THE COURT:  Okay.

24         Okay.  Anything else you'd like to add,

25  Ms. Jafary?

 1            MS. JAFARY:  No, Your Honor.  Thank you.

 2            THE COURT:  Am I pronouncing your last name

 3    correctly, Mr. Schiffelbein?

 4            MR. SCHIFFELBEIN:  Yes, Your Honor.  Thank you.

 5            THE COURT:  I'll turn to you and hear from you,

 6    hear from the defense.

 7            MR. SCHIFFELBEIN:  Thank you, Your Honor.

 8            I want to begin with the fact that the Court knows

 9    that a bond decision is a forward-looking decision that

10    focuses on whether there are conditions of release that can

11    reasonably assure the safety of the community going forward.

12    The strength -- or the weight of the evidence against my

13    client and the nature and circumstances of his charges are

14    two of the factors the Court should consider, but they are

15    not the primary factors and they are not the sole factors.

16            With respect to Mr. Maly's admission, I'll let the

17    Court know, I don't yet have the discovery, it's not the

18    government's fault, they will provide it to me soon, but

19    I'm not able to contest the conversation that Mr. Maly had

20    with law enforcement and the nature of what the government

21    is claiming he said that was an admission to do spraying.

22            What I will tell the Court is, with respect to the

23    first incident, I think the evidence is unclear whether

24    anything comes out of that; one, whether it's Mr. Maly at

25    all; but, two, this suspect, who the government claims is

1    Mr. Maly, I don't think it's clear that there is spray that

2    comes from that bottle that's in this person's hand.  And

3    even if spray does come from that person's bottle, I don't

4    think it's clear at all that it makes any contact with law

5    enforcement.

6              When we compare cases -- and I do want to note

7    that nothing in the Bail Reform Act, unlike when the Court

8    is sentencing defendants -- says the Court should consider

9    what it did in similar cases and oppose them.

10             Bail is always an individual assessment,

11   particularized to the individual, especially when we're

12   looking at pretrial detention.

13             So regardless of what this Court has done in other

14   cases, it has to make a de novo decision here and not

15   consider the facts in other particular cases.  I think

16   they're persuasive, but I don't think they're binding on

17   this Court.

18             THE COURT:  No, I would agree with you they're not

19   binding.

20             On the other hand -- and you're 100 percent right

21   that the Bail Reform Act doesn't ask -- or direct judges to

22   think about disparities, if you will, the same way that we

23   are explicitly directed to do that for sentencing purposes.

24             But it is true that Mr. Maly's -- the charges

25   against him and his criminal history are far -- are at least

1    more serious, because there's at least two episodes with

2    respect to the charges.  And then, you know, he's got an

3    extensive criminal history, albeit, some of it is fairly

4    dated.

5              I mean, if another judge has made a dangerousness

6    determination as to one defendant that's been affirmed by

7    the Circuit, shouldn't that essentially -- not essentially,

8    but shouldn't that carry a fair amount of weight with me?

9              MR. SCHIFFELBEIN:  I don't actually think it

10   carries any weight.  I think the Bail Reform Act precludes

11   the Court from taking it into consideration.  The Bail

12   Reform Act specifies in a detention hearing the factors the

13   Court can consider, and it does not include other cases of

14   similarly charged defendants.

15             That being said, I do think there are some

16   distinct differences that weigh in favor of Mr. Maly's

17   release.

18             And what I'll first note is the extensive period

19   of time between January 6th and when Mr. Maly was arrested.

20   That long period of time was not interrupted by any arrests

21   or any alleged illegal activity on Mr. Maly's part, nor was

22   there any allegation that he continued any similar incidents

23   that occurred on January 6th.

24             For example, there is no allegations that he was

25   assaultive or threatening or even had contact with law

1    enforcement during that time.  There's no allegation that he

2    went to D.C. further.  There's no allegation that he engaged

3    in any similar activities.

4            I believe the other two defendants were arrested

5    much closer in time to January 6th, and I think that --

6    during the period in time in which both they were arrested

7    and which this country was in at the time, there was a

8    definite greater sense of potential danger.

9            But when somebody is arrested more than a year

10   after an alleged incident, I think the Court has to consider

11   that.  I think that weighs into the nature and circumstances

12   of the offense, when it occurred, as well as my client not

13   having committed anything within the last year.

14           With respect to Mr. Brown, though, I will also

15   indicate that, to the extent that the Court believes that

16   the government has probable cause, that the first incident

17   occurred and that there was a spray, that the spray either

18   was intended to make contact with law enforcement or

19   directed in the presence and that Mr. Maly did it, there is

20   a distinct difference between spraying chemical irritants,

21   pepper spray, outside, versus inside.

22           When pepper spray is sprayed outside, it is

23   dispersed much more rapidly, it is intercepted by flowing

24   air.  Versus when spray is contained directly in a tunnel

25   toward individuals who are barricading one of the entrances

1  to the Capitol.  I think one is a direct intent, perhaps, to

2  enter the Capitol.

3          Perhaps Mr. Brown, in spraying law enforcement

4  officers who are shielding one of the main entrances to the

5  Capitol, that indicates a greater criminal intent on that

6  person's behalf than somebody who is outside, among a number

7  of other people, many of whom are spraying in the direction

8  of the Capitol.  I think there's a distinct difference both

9  with respect to whether, one, is a danger and, two, the

10 criminal intent.

11         With respect to danger, if we're looking at --

12         THE COURT:  I guess I don't quite -- I mean,

13 I'm not sure I understand the argument with respect to

14 intent.

15         It's the same action, and one's done outside,

16 one's done in a more enclosed setting.  I'm not sure that

17 the fact of sort of aerosol dispersing in the wind is

18 something that one could consider as part of the intent.  It

19 seems the intent is in the act itself and not the outcome.

20 But in any event.

21         MR. SCHIFFELBEIN:  I understand, Your Honor,

22 and I'll make the point more clearly.

23         Spraying an aerosol outside among a number of

24 other people could be seen as going along with the crowd.

25 Spraying an aerosol in a confined area toward police

1     officers who are barricading an entrance, might be seen as

2     an attempt to enter the Capitol.

3            And there is no evidence that I have seen before

4     this Court that Mr. Maly had any intent to enter the Capitol

5     building.  And so spraying an aerosol can --

6            THE COURT:  Can I ask you about that?

7            Because it looked to me -- and tell me if you

8     viewed this differently, but Mr. Maly, if, in fact, it is

9     him -- I mean, I looked at the video in the tunnel quite

10    carefully and it actually -- in some sense, his facial

11    features are more recognizable in that tunnel video than

12    they are outside, largely because of the distance, I think,

13    of the camera.  But it appears to me that he is right up

14    front.  And, in fact, there's a period of time where he sort

15    of moves up front and actually goes off camera, because the

16    angle of the camera is such that whoever's sort of

17    immediately beneath the camera can't be seen.

18           And so I guess I don't quite understand -- let me

19    put it this way, which is that:  It looks like your client

20    is right up front pushing against the very officers that he

21    later hands a spray bottle to, that Mr. Brown then uses.

22    It's not like he's in the back of the tunnel.  He's right up

23    front.  He's at the point of the spirit, if you will.

24           MR. SCHIFFELBEIN:  Well -- and I'm glad the Court

25    brought that up, because what there is not, though, is an

1    allegation of any assaults occurring at that time.

2            There's solid evidence that many people at many

3    times during this incident were face to face with law

4    enforcement, and not all of them committed offenses.

5    It would be wrong, I think, for the Court or the government

6    to assume that just because somebody was face to face with

7    law enforcement, even at the entrance to a barricade, that

8    that person committed an assault.

9            In fact, I think the absence of any assault or any

10   charges at that point in time when Mr. Maly was right up

11   next to law enforcement shows his passive nature, shows that

12   he was not somebody who was there who was punching the

13   police or pushing the police to get in.  The fact that he

14   was off camera and there's no evidence before the Court that

15   he committed an assault there, I don't think is aggravating,

16   I think it is mitigating.

17           And I think there is a difference here between

18   somebody who's forcibly attempting to enter the Capitol,

19   perhaps by using pepper spray to disperse police officers,

20   and somebody who comes right up to a blocked entrance.

21           And with respect to the trespass charges, I think

22   the Court will note that by the time Mr. Maly is seen in the

23   Capitol, it does not appear to me that any of the barricades

24   preventing people from being at the Capitol still remain.

25           At that point, the police had, for good reasons,

1     had retreated.  And protesters, and some were rioters, were

2     allowed essentially, whether they should have or not, to go

3     right up to that entrance.

4             And so I think there's a difference between

5     somebody who is forcibly trying to remove a barricade,

6     perhaps breaking a window to get into the Capitol, and

7     somebody who goes up to that line and doesn't assault police

8     officers.

9             And, in fact, the evidence says that he leaves

10    soon after that.

11            THE COURT:  I'm sorry, can you repeat that?

12    I didn't hear you.

13            MR. SCHIFFELBEIN:  The evidence is that he leaves

14    the scene soon after he exits that tunnel.

15            I believe that's the last videotape that the

16    government has of him.

17            One of the photographs of Mr. Maly standing next

18    to a sign, the metadata indicates that it was taken at about

19    3:15 -- or 3:30 p.m., and that's farther away from the

20    entrance of the Capitol.

21            And I don't believe there's any other evidence

22    after that that Mr. Maly was engaged in any criminal

23    activity.  So the fact that Mr. Maly left the scene

24    peacefully, before the police were reinforced by the

25    National Guard, also indicates that there are conditions of

1    release that could reasonably assure the safety of the
2    community.
3              I do just want one more time to indicate with --
4    the reason I think the aerosolized chemical spray is
5    important.
6              When we look at the definition of a dangerous
7    weapon, it's something that has to be capable of producing
8    bodily injury or harm or death.
9              And we're looking at potentially chemical spray,
10   and we don't actually know what this is, there is no test of
11   this bottle that the police -- that the government claims
12   was in Mr. Maly's possession.  It doesn't seem that any
13   pepper spray or chemical spray was found in Mr. Maly's house
14   when the police executed the search warrant when they
15   arrested him in January, and it doesn't seem there was any
16   testing done of any spray that allegedly came from Mr. Maly.
17             Assuming it was a chemical irritant, a chemical
18   irritant dispersed outside, I don't think on this record the
19   Court should conclude that that is a dangerous weapon,
20   potentially inside a confined area that could cause a little
21   injury.
22             But a chemical irritant dispersed outside is
23   something that we see routinely, especially employed by law
24   enforcement against other people, and I don't think the
25   Court should consider that to be a dangerous weapon.

1          With respect to Mr. Maly's criminal record, and

2   I understand the Court's concern that he does have a lengthy

3   one, as the Court noted, much of it is quite old, and the

4   Court should consider his criminal record, but that record

5   does not indicate somebody who continues to engage in

6   lawless behavior.

7          In fact --

8          THE COURT:  Can I ask you -- and maybe -- if you

9   don't know the answer, but -- well, maybe you do since

10  I think you're a Federal Defender in the Western District of

11  Virginia; is that right?

12         MR. SCHIFFELBEIN:  Yes, Your Honor.

13         THE COURT:  All right.  So maybe you have some

14  insight into what these charges mean.

15         The most recent three, four convictions, all of

16  which resulted in either costs or short confinement periods

17  are for contempt of court -- at least three of them are,

18  contempt of court.

19         Do you know what that means in the context of a

20  state charge?  What does that mean, contempt of court?

21  Does that mean he didn't show up for court?

22         MR. SCHIFFELBEIN:  The Commonwealth of Virginia

23  charges people and convicts people on failing to appear in

24  court fairly frequently.

25         And what I can tell the Court is, my client is not

1   from this area.  He moved up here about seven years ago.

2   And what the Court, I think, can see from the record is that

3   his law enforcement conduct came from driving offenses.

4           And what he's indicated to me is, he was given a

5   citation, not accustomed to having to pay that citation

6   quickly or even show up in court completely, and missed

7   court.  And when he went to court, he admitted that he

8   missed court, and he was sentenced to a short period of

9   incarceration.

10          I don't have any information for the Court other

11   than that.  But I would also note that Northern --

12          THE COURT:  But they are essentially missed court

13   dates; is that right?

14          MR. SCHIFFELBEIN:  They are failures to appear in

15   the general District Court, which I will also note was a

16   surprise to me to when I came here, that District Court,

17   although it is a Court of Record, does not record its

18   proceedings.  And I say that just -- I'm not trying to say

19   that --

20          THE COURT:  No.  It makes it hard to be a Court of

21   Record, I guess.  But in any event.

22          MR. SCHIFFELBEIN:  It does make it hard to be a

23   Court of Record.

24          And it also indicates how much this Court cares

25   about showing up in court and the -- not only just -- the

1    importance of law.

2           How does a court that doesn't record what happens

3    convict people of failing to appear in court?  It does, and

4    he certainly has an obligation to appear in court.

5           But it is much different than the Federal District

6    Court for the District of Columbia, which has a number of

7    resources available to it to ensure that that does not

8    occur.

9           And certainly Mr. Maly is not in a position where

10   he's going to forget about his court dates, because not only

11   would he have a supervised release officer, he has an

12   attorney, myself, who's been appointed prior to the court

13   date, he was going to keep me apprised of his court

14   hearings.

15          And, again, I do have his wife -- it's his

16   co-parent, but he refers to her as his wife, but she's on

17   the line as well, wiling to also help ensure that he will

18   attend any court hearings.

19          So I understand that is a concern for the Court.

20   I think it's mitigated significantly by the fact that these

21   are for motor vehicle offenses within a court that doesn't

22   even record its court proceedings in the Commonwealth of

23   Virginia.

24          THE COURT:  Ms. Jafary, can I just bounce back to

25   you for a moment and then I'll turn back to defense counsel?

1          What is the government's reaction or response to

2     the assertion that if Mr. Maly were released and placed on

3     home confinement, that he would still present a danger to

4     the community?  You know, strict home confinement, with the

5     only exception being, you know, court obligations, a meeting

6     with counsel, that sort of thing.

7          You know, when I have held people and found that

8     home confinement is inappropriate, it's largely in the

9     context of people using communications to organize.  You

10    know, encrypted apps, collective action.  I'm speaking

11    primarily in the Oath Keepers' case, which I'm sure you're

12    familiar with, where I've held four of the defendants but

13    otherwise released the other, I don't know, 12, 13 of them,

14    however many number of them, on fairly strict conditions,

15    and not a one has violated anything, none.

16          So why isn't strict home confinement an

17    appropriate sentence -- excuse me, not sentence but an

18    appropriate pretrial condition here, given that there hasn't

19    been anything within the last year, suggesting a recurrence

20    of dangerousness of the kind that he committed on -- he's

21    alleged to have committed on January 6th?

22          MS. JAFARY:  Your Honor, we would say that --

23    I mean, he has -- you know, it's not just that he has a

24    criminal history.  He has such a lengthy criminal history

25    and pattern here.

1          And so we're at the point where he has engaged in

2   this very violent act that day, more than once.  I would

3   completely disagree with the characterization that he is

4   passive in any way.  The tunnel assault was one of the worst

5   assaults.  But after that, he was proud of it.  So I think

6   we have his statement after the fact that he was proud of

7   it.

8          When he interviewed with the agents, another thing

9   he did was say that he thought it was bullshit that he's

10  going to jail for protesting a stolen election.  So it's

11  showing his mindset, not taking this seriously, that it's

12  not connecting, that there this is anything wrong with what

13  he did.

14         And, frankly -- and the person that they are

15  proposing to be his custodian, I also don't think is

16  appropriate, because law enforcement did say that that day

17  she was very, I guess I don't know what the word would be,

18  she was very emotional and disrespectful to the law

19  enforcement, calling them nails.

20         I can understand it is a stressful situation, but

21  she was aware that he went and came home smelling like

22  pepper spray.  Yet she never turned him in, right?  So to

23  think that anyone in that household would be able to be the

24  Court's eyes and ears, we don't have confidence in.

25         And I think it's the kind of case where you've

1    seen his history, you've seen what he's done on January 6th,

2    and how he feels about it after January 6th.  Should

3    something else happen, I think we've all seen the warning

4    signs.  And it's not worth putting a Pretrial Services

5    Officer at risk of having to supervise somebody like this

6    who has attacked law enforcement recently.

7         So we -- I recognize that there hasn't been

8    anything in the year.  I don't think that that should change

9    the analysis, because it just took time for us to get

10   everything together in this past year, but I don't think it

11   changes who he is and who he's shown that he is.

12        THE COURT:  Mr. Schiffelbein, anything else you'd

13   like to add?

14        MR. SCHIFFELBEIN:  Yes, Your Honor.

15        With respect to that question, I intended to

16   conclude on that point.  I just want to make sure I haven't

17   missed anything before I answer it.

18        I guess I do want to address my client's criminal

19   record first because I understand the Court is

20   understandably concerned about it.

21        People who have an extensive criminal record who

22   engage in criminal activity up through the time they're

23   committing an offense, I think, ought to be treated

24   differently than people who have a dated criminal history

25   that is not justified but explained by their prior life

1    circumstances.

2           Mr. Maly indicated to his Pretrial Services

3    officer when he lived in Florida, he had a substance abuse

4    problem.  Most of the serious offenses, actually all of

5    them, are from when he lived in Florida.

6           And I'm sure the Court has many times heard that

7    when people have a substance abuse issue, one of the best

8    pieces of advice they often receive is find a different

9    place to live.  If you are surrounded by your triggers,

10   you're surrounded by people you know who can give you drugs,

11   if you are surrounded by people who are not good influences

12   on you, it might make sense for you to leave this area.

13          Well, Mr. Maly did that.  And not only did he do

14   that, he came to Virginia with his wife.  He lives with her

15   parents.  They gave birth to another son.  And within that

16   period of time, since his move from Florida, his interaction

17   with law enforcement has been solely related to motor

18   vehicle offenses and not violent ones, regulatory offenses.

19          So I think when somebody has a significant change

20   in their life, who is regularly involved with law

21   enforcement and committed violent acts, no longer does so

22   and experienced a demonstrable point in their life that it

23   changed their behavior, the Court should not reward that but

24   consider that this person has changed.

25          To the extent we have a criminal justice system at

1    all, it is premised on the belief that some people, after

2    their involvement in the criminal system, might change for

3    the better.  And I think Mr. Maly's record indicates that he

4    is somebody who has, in fact, changed for the better.

5            So the fact that he has a criminal record is

6    something the Court should consider.  But the fact that he

7    has not engaged in violent activities in almost essentially

8    the past decade, is, I think, also relevant to the Court,

9    and should mitigate against most of what his criminal record

10   actually aggravates.

11           With respect to home detention, we're not simply

12   proposing that the Court release Mr. Maly solely to the

13   custody of his wife.  And, in fact, we're more than happy to

14   have Pretrial Services interview his wife ahead of time.

15   Her parents are also willing to be third-party custodians as

16   well.

17           I will tell the Court that my client's wife was

18   upset; I have seen some evidence of that when law

19   enforcement came.

20           It also appears to me that police came with an

21   armored vehicle, commanded them from outside the building --

22   I'm not casting aspersions on law enforcement.

23           But what law enforcement did was early in the

24   morning when it was still dark outside and winter, ordered

25   Mr. Maly out of the house, ordered the family to get in the

 1   garage, had assault rifles present, these officers were in

 2   military camouflage fatigues, actually sent a drone into the

 3   house to look around.

 4          And not that they should not have done that.  But

 5   when somebody does that based on events from almost a year

 6   ago, it's a little bit understandable why somebody might be

 7   upset.  And it doesn't seem that the police found anything

 8   at all, not contraband, nor of evidentiary value in that

 9   search.

10          But we are talking about also imposing not just

11   the third-party custodian, but also electronic monitoring to

12   confirm that he is where he is when he says he will be

13   there.

14          What we don't have here is exactly what the Court

15   said, which is somebody who is at all engaged in the

16   organizing or the recruiting of other people to go to the

17   January 6 riot or somebody at all who is engaged in

18   communicating with others with respect to that violent

19   activity.

20          It is true that Mr. Maly did post on Facebook not

21   necessarily bragging about pepper spray and police officers.

22   I think the only fair reading of the posts that are

23   contained within the record of this case are that he was

24   proud of being there.

25          And whether or not the Court approves of those

1  activities, many people in this country, and, in fact, one

2  political party, have recognized that people were entitled

3  to be there, not necessarily engage in crimes but the being

4  there itself is not dangerous.

5         So the fact that Mr. Maly posted about being

6  there, was happy to have been there, it might have said

7  something to the agents about being there, I don't think

8  should be considered aggravating in terms of the Court

9  finding that home confinement and electronic monitoring will

10  not assure the safety of the community.

11         Because he has been on good behavior for more than

12  a year, since this occurred, no evidence of any other

13  continued activity, our argument is that there are

14  conditions of release that can assure the safety of the

15  community, they are similar to those that are imposed in

16  other cases, even among those who have been alleged for

17  pepper spraying individuals at the January 6th riot, which

18  include home detention.

19         We would ask that he be able to work.  He does

20  have a job.  He supports his family.  But apart from

21  working, attending pre-scheduled appointments, he could

22  otherwise be at home.

23         He does have a home where he can live, and he has

24  no need to return to the Capitol or to the District of

25  Columbia except for a trial.  So we would ask that the Court

 1   impose those conditions, and any others that the Court sees

 2   fit.

 3            And I don't have anything else unless the Court

 4   has questions.

 5            THE COURT:  I don't.  Thank you for your

 6   presentation.

 7            Ms. Jafary, since it's your burden, if there's

 8   anything you'd like to conclude with, and then we'll talk

 9   about next steps.

10            MS. JAFARY:  Thank you, Your Honor.

11            Just one point that came up earlier that I wanted

12   to clarify on the record.

13            As far as the spraying outside, you can see it,

14   especially if you play the video in slow motion, which I'm

15   happy to either do here virtually or email instructions on

16   how I view it in slow motion.  But you can see the spray

17   in -- and especially, I think it's more clear in Video

18   Exhibit 2 around the eight-second mark.

19            So there is -- and in Judge Contreras' opinion

20   from Brown, he does address, on page 10, he acknowledges

21   that -- because Jeffrey Brown made a similar argument that

22   perhaps maybe he didn't actually spray the officer.  And

23   Judge Contreras noted on page 10 of his opinion that

24   wielding pepper spray during the riot would be serious by

25   itself, and then use of pepper spray against law enforcement

1    is even more troubling.

2          And I think there's no question here that this was

3    directed at law enforcement by both of them.  So that's the

4    only thing that I wanted to clarify the record on.  And I'd

5    be happy, like I said, to send the instructions on the slow

6    motion if that would be helpful.

7          THE COURT:  You don't need to send the

8    instructions.  Even I'm technologically competent enough to

9    know how to advance video frame by frame.  And I did that,

10   actually, in reviewing the evidence that was submitted prior

11   to today, because I wanted to figure out where Mr. Maly's

12   accused of being at various points in times.  And it took me

13   a while to figure it out, but I did ultimately.

14          Well, look, here's what I would like to do.

15   I'm not prepared to rule today.  I'd like to have two things

16   done.  One, I'd like to have a copy of the FBI 302, I assume

17   one's been prepared, of the statements Mr. Maly made to law

18   enforcement.

19          Is that something that's available, Ms. Jafary?

20          MS. JAFARY:  Yes, I can get that.

21          THE COURT:  All right.  Could you send that to me?

22   And obviously copy defense counsel as well?

23          MS. JAFARY:  Yes, Your Honor.

24          THE COURT:  And then let's have Mr. Maly's

25   significant other and her parents, I don't know if it's his

```
 1   wife or I'm not sure how deep the relationship is.
 2              Is it his full wife, common-law wife?
 3              MR. SCHIFFELBEIN:  They're not legally married.
 4              THE COURT:  All right.  So she's essentially sort
 5   of common-law wife --
 6              MR. SCHIFFELBEIN:  Yeah.
 7              THE COURT:  -- or words to that effect.
 8              Let's have her interviewed by Pretrial Services,
 9   along with her parents, so we can get some information from
10   Pretrial about what those conditions are and the suitability
11   of those folks as potential third-party custodians.
12              Okay.  I'm presently in trial, but are you all
13   available, assuming we can get a link with the jail, with
14   the facility, assuming I can -- will Pretrial be able to get
15   the information by Wednesday morning?
16              PRETRIAL SERVICES OFFICER:  Yes, Your Honor.
17   I can speak with them if they give me a call after this
18   hearing and we can be prepared by Wednesday morning.
19              THE COURT:  Okay.
20              How about Wednesday at 4:30?  That would be March
21   the 2nd at 4:30.
22              MR. SCHIFFELBEIN:  That's fine with the defense,
23   Your Honor.
24              MS. JAFARY:  Your Honor, that works for me as
25   well.
```

```
 1                And would it be okay if I get you the report
 2    tomorrow morning just because --
 3                THE COURT:  That's fine.
 4                MS. JAFARY:  Okay.  Thank you.
 5                THE COURT:  Just email it to chambers.
 6                MS. JAFARY:  Okay.
 7                THE COURT:  And I'll have a look at it.
 8                MS. JAFARY:  Thank you, Your Honor, yes.
 9                And Wednesday, March 2nd at 4:30, works well for
10    me.
11                THE COURT:  Okay.  Great.
12                Is there anything else for anyone?
13                MR. SCHIFFELBEIN:  No, Your Honor.  Thank you.
14                MS. JAFARY:  Nothing from the government.
15    Thank you.
16                THE COURT:  Okay.  Thank you, all, very much for
17    your presentations, and we'll see you on Wednesday.
18                Thanks, everybody.
19                (Proceedings concluded at 5:18 p.m.)
20
21
22
23
24
25
```

# C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Please note:  This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.

Date:__March 3, 2022_____          

William P. Zaremba, RMR, CRR

**COURTROOM**
**DEPUTY: [2]** 3/2 3/12
**MR. SCHIFFELBEIN:**
**[18]** 3/25 4/15 5/2 16/4
16/7 18/9 20/21 21/24
23/13 25/12 25/22
26/14 26/22 30/14 37/3
37/6 37/22 38/13
**MS. JAFARY: [27]**
5/13 6/11 6/13 7/2 7/9
7/24 8/10 8/17 8/20
8/25 10/16 11/2 11/8
12/6 13/19 15/6 15/22
16/1 18/22 35/10 36/20
36/23 37/24 38/4 38/6
38/8 38/14
**PRETRIAL SERVICES**
**OFFICER: [1]** 37/16
**THE COURT: [49]**
3/17 3/20 13/9
**THE DEFENDANT: [3]**
3/17 3/20 13/9

**0**

**0888 [1]** 1/20

**1**

**10 [2]** 35/20 35/23
**100 [1]** 17/20
**12 [1]** 28/13
**13 [1]** 28/13
**178 [1]** 1/4
**17th [1]** 11/4
**19 [1]** 39/6
**1922793 [1]** 11/3

**2**

**20001 [1]** 2/7
**2001 [1]** 1/14
**202 [1]** 2/7
**2021 [1]** 11/4
**2022 [2]** 1/5 39/10
**21-178 [1]** 1/4
**21-178-3 [1]** 3/3
**21-3063 [1]** 11/2
**210 [1]** 1/19
**211 [1]** 1/14
**226-9632 [1]** 1/15
**24 [1]** 10/6
**24011 [1]** 1/20
**28 [1]** 1/5
**2:35 [4]** 8/14 8/15
13/15 15/19
**2:37 [3]** 11/25 12/20
12/24
**2nd [2]** 37/21 38/9

**3**

**302 [1]** 36/16
**3063 [1]** 11/2
**313 [1]** 1/15
**3249 [1]** 2/7
**333 [1]** 2/6
**354-3249 [1]** 2/7
**3:00 [1]** 8/18
**3:09 [2]** 8/22 13/15
**3:15 [1]** 23/19
**3:16 [1]** 8/22

**4**

**400 [1]** 1/19
**48226 [1]** 1/15
**4:30 [4]** 1/6 37/20
37/21 38/9

**5**

**540 [1]** 1/20
**5:18 [1]** 38/19

**6**

**6th [8]** 9/14 18/19
18/23 19/5 28/21 30/1
30/2 34/17

**7**

**777-0888 [1]** 1/20

**9**

**9632 [1]** 1/15

**A**

**abetting [1]** 6/18
**able [5]** 4/23 16/19
29/23 34/19 37/14
**about [17]** 3/11 11/25
17/22 21/6 23/18 26/1
26/25 27/10 30/2 30/20
33/10 33/21 34/5 34/7
35/9 37/10 37/20
**above [1]** 39/4
**above-titled [1]** 39/4
**absence [1]** 22/9
**absent [1]** 5/5
**abuse [2]** 31/3 31/7
**accuracy [1]** 13/11
**accused [1]** 36/12
**accustomed [1]** 26/5
**acknowledges [1]**
35/20
**act [6]** 17/7 17/21
18/10 18/12 20/19 29/2
**Acting [1]** 9/2
**action [2]** 20/15 28/10
**activities [1]** 19/3 32/7
34/1
**activity [5]** 18/21 23/23
30/22 33/19 34/13
**acts [1]** 31/21
**actual [2]** 7/10 14/19
**actually [11]** 7/7 15/12
18/9 21/10 21/15 24/10
31/4 32/10 33/2 35/22
36/10
**add [2]** 15/24 30/13
**addition [1]** 4/13
**additional [3]** 4/16 6/2
7/17
**address [2]** 30/18
35/20
**admission [5]** 9/14
15/1 15/18 16/16 16/21
**admit [6]** 9/13 15/7
15/9 15/10 15/13 15/15
**admitted [3]** 15/4
15/20 26/7
**advance [1]** 36/9

**aerosol [4]** 20/17 20/23
20/25 21/5
**aerosolized [1]** 24/4
**affirmed [2]** 9/6 18/6
**affirming [1]** 10/23
**after [11]** 10/4 12/1
19/10 23/10 23/14
23/22 29/5 29/6 30/2
32/1 37/17
**afternoon [5]** 3/2 3/15
3/18 3/23 4/2
**again [1]** 27/15
**against [6]** 16/12 17/25
21/20 24/24 32/9 35/25
**agents [1]** 12/17 29/8
34/7
**aggravates [1]** 32/10
**aggravating [2]** 22/15
34/8
**ago [2]** 26/1 33/6
**agree [1]** 17/18
**ahead [2]** 11/7 32/14
**aided [1]** 19/24
**aiding [1]** 6/17
**air [1]** 19/24
**albeit [1]** 18/3
**all [23]** 3/15 3/18 4/2
5/17 5/21 9/14 12/11
14/13 16/25 17/4 22/4
25/13 25/15 30/3 31/4
32/1 33/8 33/15 33/17
36/21 37/4 37/12 38/16
**All right [1]** 3/18
**allegation [4]** 18/22
19/1 19/2 22/1
**allegations [1]** 18/24
**alleged [6]** 4/20 8/2
18/21 19/10 28/21
34/16
**allegedly [1]** 24/16
**allowed [1]** 23/2
**almost [3]** 8/19 32/7
33/5
**along [3]** 4/8 20/24
37/9
**already [4]** 4/13 5/19
14/18 19/14 23/25
26/11 26/15 26/24
27/17 29/15 32/8 32/15
32/20 33/10 33/11
**although [2]** 5/10
26/17
**always [1]** 17/10
**am [3]** 6/25 10/17 16/2
**AMERICA [1]** 1/3 3/3
**AMIT [1]** 1/10
**among [3]** 20/6 20/23
34/16
**amount [1]** 18/8
**analysis [1]** 30/9
**angle [1]** 21/16
**angles [1]** 14/7
**another [3]** 18/5 29/8
31/15
**answer [3]** 4/23 25/9
30/17

**anuses [4]** 13/17 17/4 18/10 18/20
18/21 18/22 18/22 19/3
20/20 21/4 22/1 22/9
22/9 22/23 23/21 23/22
24/12 24/15 24/16
26/10 26/21 27/18 29/4
34/12 35/1
**anymore [1]** 12/16
**anyone [2]** 29/23 38/12
**anything [13]** 15/24
16/24 19/13 28/15
28/19 29/12 30/8 30/12
30/17 33/7 35/3 35/8
38/12
**Anyway [1]** 5/16
**apart [1]** 34/20
**apologize [1]** 5/14
**appeal [1]** 10/5
**appealed [1]** 9/5
**appear [6]** 9/22 22/23
25/23 26/14 27/3 27/4
**APPEARANCES [2]**
1/12 2/2
**appearing [1]** 3/8
**appears [3]** 7/5 21/13
32/20
**appointed [1]** 27/12
**appointments [1]**
34/21
**appreciate [1]** 11/6
**apprised [1]** 27/13
**appropriate [3]** 28/17
28/18 29/16
**approves [1]** 33/25
**approximately [4]**
11/25 12/20 12/21
12/24
**apps [1]** 28/10
**are [44]**
**area [4]** 20/25 24/20
26/1 31/12
**argument [3]** 20/13
34/13 35/21
**arguments [1]** 12/8
**arm [2]** 14/18 14/19
**armored [1]** 32/21
**around [6]** 6/20 8/17
11/25 15/19 33/3 35/18
**arrest [1]** 12/18
**arrested [5]** 18/19 19/4
19/6 19/9 24/15
**arrests [1]** 18/20
**as [23]** 4/17 4/19 7/10
7/18 7/18 10/17 10/18
14/4 18/6 19/12 19/12
20/18 20/24 21/1 25/3
27/16 27/17 32/15
35/13 35/13 36/22
37/11 37/24
**ask [6]** 7/23 17/21 21/6
25/8 34/19 34/25
**asked [1]** 4/22
**aspersions [1]** 32/22
**assault [9]** 5/24 6/16
6/18 22/8 22/9 22/15
23/7 29/4 33/1
**assaultive [1]** 18/25

**assaults [5]** 9/17 9/19
9/22 22/1 29/5
**assertion [1]** 28/2
**assessment [1]** 17/10
**assume [4]** 7/5 7/6
22/6 36/16
**assuming [4]** 8/4 24/17
37/13 37/14
**assure [4]** 16/11 24/1
34/10 34/14
**attacked [1]** 30/6
**attempt [1]** 21/2
**attempting [1]** 22/18
**attend [1]** 27/18
**attending [1]** 34/21
**attorney [1]** 27/12
**audio [1]** 5/17
**available [3]** 27/7
36/19 37/13
**Avenue [1]** 2/6
**aware [6]** 9/25 10/5
10/10 10/13 13/24
29/21
**away [2]** 13/16 23/19

**B**

**back [4]** 13/17 21/22
27/24 27/25
**Bail [5]** 17/7 17/10
17/21 18/10 18/11
**band [1]** 14/18
**Barrett [1]** 2/6
**barricade [2]** 22/7 23/5
**barricades [1]** 22/8
**barricading [2]** 19/25
21/1
**based [1]** 33/5
**Basically [1]** 6/15
**be [39]** 4/13 4/22 5/4
6/19 8/11 8/12 8/22
10/20 10/25 11/18
11/21 14/9 20/24 21/1
21/17 22/5 24/7 24/25
26/20 26/22 29/15
29/17 29/23 29/23
30/23 32/15 33/6 33/12
34/3 34/8 34/19 34/22
35/24 36/5 36/6 37/14
37/18 37/20 38/1
**beanie [1]** 11/21
**because [19]** 9/18
10/12 11/18 13/7 13/11
18/1 21/7 21/12 21/15
21/25 22/6 27/10 29/16
30/9 30/19 34/11 35/21
36/11 38/2
**been [20]** 4/25 5/21
5/22 8/4 9/1 10/13
11/13 12/9 13/12 13/24
14/16 18/6 27/12 28/19
30/7 31/17 34/6 34/11
34/16 36/17
**before [6]** 1/10 4/9
21/3 22/14 23/24 30/17
**begin [1]** 16/8
**behalf [2]** 3/7 20/6
**behavior [3]** 25/6
31/23 34/11

41

**B**

being [10]  7/20 15/15
18/15 22/24 28/5 33/24
34/3 34/5 34/7 36/12
belief [2]  7/7 32/1
believe [12]  4/3 5/2
8/17 10/11 11/11 12/15
12/17 12/21 13/6 19/4
23/15 23/21
believes [1]  19/15
beneath [1]  21/17
benjamin [1]  1/17 1/21
3/6
best [1]  31/7
better [2]  32/3 32/4
between [8]  6/3 7/22
8/1 8/13 18/19 19/20
22/17 23/4
biggest [1]  7/22
binding [2]  17/16
17/19
birth [1]  31/15
bit [2]  15/8 33/6
blocked [1]  22/20
bodily [1]  24/8
bond [3]  1/9 10/3 16/9
both [4]  6/17 19/6 20/8
36/3
bottle [4]  17/2 17/3
21/24 24/11
bounce [1]  27/24
bragging [1]  33/21
breaking [1]  23/6
briefed [1]  11/11
brought [2]  15/9 21/25
Brown [23]  5/22 6/3
6/16 6/18 6/24 6/24 7/4
7/4 7/13 9/1 9/4 9/4 9/5
9/9 9/13 10/2 10/7
15/13 19/14 20/3 21/21
35/20 35/21
Brown's [2]  7/11 10/13
building [1]  21/5 32/21
bullshit [1]  29/9
burden [2]  5/10 35/7

**C**

call [1]  37/17
calling [1]  29/19
came [9]  9/2 24/16
26/3 26/16 29/21 31/14
32/19 32/20 35/11
camera [6]  5/16 21/13
21/15 21/16 21/17
22/14
camouflage [1]  33/2
can [42]
can't [2]  3/10 21/17
cans [2]  15/7 15/10
capable [1]  24/7
Capitol [14]  13/8 13/15
20/1 20/2 20/5 20/8
21/2 21/4 22/18 22/23
22/24 23/6 23/20 34/24
carefully [1]  21/10
cares [1]  26/24
carries [1]  18/10
carry [1]  18/8

case [12]  4/8 4/22 5/8
5/20 9/9 10/20 10/25
11/2 11/13 28/11 29/25
33/23
cases [7]  11/12 17/6
17/9 17/14 17/15 18/13
34/16
casting [1]  32/22
cause [2]  19/16 24/20
certainly [4]  12/7 13/1
27/4 27/9
Certified [1]  2/5
certify [1]  39/2
CH [1]  2/6
chambers [1]  38/5
change [4]  3/13 30/8
31/19 32/2
changed [3]  31/23
31/24 32/4
changes [1]  30/11
characterization [1]
29/3
charge [2]  9/17 25/20
charged [10]  5/23 6/1
6/3 6/8 6/16 6/17 7/13
7/14 7/15 18/14
charges [9]  5/23 12/11
16/13 17/24 18/2 22/10
22/21 25/14 25/23
charging [1]  14/11
chemical [10]  5/25 6/9
15/2 19/20 24/4 24/9
24/13 24/17 24/17
24/22
Chief [1]  9/2
chose [1]  14/3
Circuit [3]  9/5 10/14
18/7
circumstances [5]
7/19 7/20 16/13 19/11
31/1
citation [5]  10/10 10/15
10/17 26/5 26/5
cite [2]  10/7 10/11
cites [1]  10/6
claiming [1]  16/21
claims [6]  16/25 24/11
clarification [1]  11/7
clarify [2]  35/12 36/4
clear [6]  10/1 14/11
15/14 17/1 17/4 35/17
clearly [1]  14/6 20/22
client [5]  3/23 16/13
19/12 21/19 25/25
client's [3]  4/17 30/18
32/17
closer [1]  19/5
co [2]  4/17 27/16
co-parent [2]  4/17
27/16
collective [1]  28/10
collectively [1]  6/9
COLUMBIA [3]  1/1
27/6 34/25
come [2]  11/12 17/3
comes [4]  12/14 16/24
17/2 22/20
coming [1]  13/3

committed [7]  19/13
22/4 22/8 22/15 28/20
28/21 31/21
committing [2]  14/10
30/23
common [2]  37/2 37/5
common-law [2]  37/2
37/5
Commonwealth [2]
25/22 27/22
communicating [1]
33/18
communications [1]
28/9
community [5]  16/11
24/2 28/4 34/10 34/15
compare [1]  17/6
comparing [1]  11/11
competent [1]  36/8
complaint [1]  12/8
completely [2]  26/6
29/3
computer [1]  2/9
computer-aided [1]
2/9
concern [2]  25/2 27/19
concerned [1]  30/20
conclude [3]  24/19
30/16 35/8
concluded [1]  38/19
condition [1]  28/18
conditions [7]  4/21
16/10 23/25 28/14
34/14 35/1 37/10
conduct [1]  26/3
confidence [1]  29/24
confined [2]  20/25
24/20
confinement [6]  25/16
28/3 28/4 28/8 28/16
34/9
confirm [1]  33/12
connecting [1]  29/12
consents [1]  3/23
consider [10]  16/14
17/8 17/15 18/13 19/10
20/18 24/25 25/4 31/24
32/6
consideration [1]
18/11
considered [2]  7/20
34/8
consistent [1]  14/13
Constitution [1]  2/6
contact [4]  9/10 17/4
18/25 19/18
contained [2]  19/24
33/23
container [4]  6/23 6/24
7/4 7/6
contempt [3]  25/17
25/18 25/20
contest [1]  16/19
context [2]  25/19 28/9
continued [3]  2/2
18/22 34/13
continues [1]  25/5

Contreras [3]  9/2 10/4
35/23
Contreras' [2]  10/9
35/19
conversation [1]  16/19
convict [1]  27/3
convictions [1]  25/15
convicts [1]  25/23
copy [3]  10/19 36/16
36/22
correct [2]  7/9 39/3
correctly [1]  16/3
Costco [1]  9/11
costs [1]  25/16
could [8]  8/13 10/20
11/12 13/2 13/16 20/18
20/24 24/1 24/20 34/21
36/21
counsel [5]  4/12 5/12
27/25 28/6 36/22
country [1]  19/7 34/1
court [73]
Court's [2]  25/2 29/24
COVID [1]  39/6
COVID-19 [1]  39/6
CR [1]  1/4
crime [2]  7/21 14/10
crimes [2]  6/2 34/3
criminal [21]  3/3 9/6
9/10 9/20 17/25 18/3
20/5 20/10 23/22 25/1
25/4 28/24 28/24 30/18
30/21 30/22 32/5 32/9
31/25 32/2 32/5 32/9
36/13
didn't [3]  23/12 25/21
35/22

**D**

D.C [3]  1/5 2/7 19/2
D.C. [2]  9/5 10/14
D.C. Circuit [2]  9/5
10/14
D.D.C [1]  10/12
danger [4]  19/8 20/9
20/11 28/3
dangerous [5]  5/24
24/6 24/19 24/25 34/4
dangerousness [2]
18/5 28/20
dark [1]  32/24
date [3]  10/21 27/13
39/10
dated [2]  18/4 30/24
dates [2]  26/13 27/10
day [5]  12/18 13/25
15/9 29/2 29/16
de [1]  17/14
death [1]  24/8
decade [1]  32/8
decision [3]  16/9 16/9
17/14

deep [1]  37/1

**D**

defendant [5]  1/7 1/17
3/8 7/1 18/6
defendant's [1]  5/10
defendants [7]  5/21
6/8 9/9 17/8 18/14 19/4
28/12
DEFENDER [2]  1/18
25/10
defense [8]  3/6 5/12
11/16 11/23 16/6 27/25
36/22 37/22
definite [1]  19/8
definition [1]  24/6
demonstrable [1]
31/22
describe [1]  8/6
despite [1]  9/6
detained [5]  4/3 5/21
9/1 9/4 10/2
detention [12]  3/24 4/5
4/9 7/11 7/21 10/13
10/23 14/23 17/12
18/12 32/11 34/18
determination [1]  18/6
Detroit [1]  1/15
did [24]  9/13 9/13 9/15
9/17 11/22 12/9 12/10
15/7 15/9 15/10 15/12
15/12 15/14 17/9 19/19
29/9 29/13 29/16 31/13
31/13 32/23 33/20 36/9
36/13
didn't [3]  23/12 25/21
35/22

difference [6]  6/3 7/22
19/20 20/8 22/17 23/4
differences [1]  18/16
different [5]  5/14 9/12
14/7 27/5 31/8
differently [2]  21/8
30/24
direct [2]  17/21 20/1
directed [3]  17/23
19/19 36/3
direction [1]  20/7
directly [1]  19/24
disagree [1]  29/3
discovery [1]  16/17
disparities [1]  17/22
disperse [1]  22/19
dispersed [3]  19/23
24/18 24/22
dispersing [1]  20/17
disrespectful [1]  29/18
distance [4]  8/1 8/11
13/8 21/12
distinct [3]  18/16 19/20
20/8
DISTRICT [11]  1/1 1/1
1/10 1/18 4/4 25/10
26/15 26/16 27/5 27/6
34/24
disturbance [1]  9/11
do [19]  5/4 7/19 10/15
10/19 13/12 13/17 14/6
16/21 17/6 17/23 18/15
24/3 25/9 25/19 27/15

**D**

do... [4] 30/18 31/13 35/15 36/14
do you have [2] 10/15 13/17
Do you know [1] 25/19
document [3] 10/19 10/21 11/3
does [19] 12/2 12/15 17/3 18/13 22/23 25/2 25/5 25/20 25/21 26/17 26/22 27/2 27/3 27/7 31/21 33/5 34/19 34/23 35/20
Does that [1] 25/21
doesn't [7] 17/21 23/7 24/12 24/15 27/2 27/21 33/7
DOJ [1] 1/13
DOJ-USAO [1] 1/13
don't [39] 5/2 5/9 5/11 5/18 8/10 8/20 10/2 10/8 10/17 11/7 11/9 11/12 12/25 16/17 17/1 17/3 17/16 18/9 20/12 21/18 22/15 23/21 24/10 24/18 24/24 25/9 26/10 28/13 29/15 29/17 29/24 30/8 30/10 33/14 34/7 35/3 35/5 36/7 36/25
done [7] 17/13 20/15 20/16 24/16 30/1 33/4 36/16
down [1] 14/15
driving [1] 26/3
drone [1] 33/2
drugs [1] 31/10
during [5] 19/1 19/6 22/3 35/24 39/5

**E**

earlier [1] 35/11
early [2] 5/19 32/23
ears [1] 29/24
effect [1] 37/7
eight [1] 35/18
eight-second [1] 35/18
either [2] 19/17 25/16 35/15
election [1] 29/10
electronic [2] 33/11 34/9
else [5] 15/24 30/3 30/12 35/3 38/12
email [4] 1/16 1/21 35/15 38/5
emotional [1] 29/18
employed [1] 24/23
enclosed [1] 20/16
encrypted [1] 28/10
end [1] 5/7
ending [1] 8/8
enforcement [26] 9/15 9/23 15/2 15/4 15/11 16/20 17/5 19/1 19/18 20/3 22/4 22/7 22/11 24/24 26/3 29/16 29/19

do... [4] 30/18 31/13
32/22 32/23 35/25 36/3 36/18
engage [3] 25/5 30/22 34/3
engaged [8] 9/16 9/19 19/2 23/22 29/1 32/7 33/15 33/17
engaging [1] 9/9
enough [1] 36/8
ensure [3] 5/6 27/7 27/17
enter [4] 20/2 21/2 21/4 22/18
entire [1] 4/8
entitled [1] 34/2
entrance [5] 21/1 22/7 22/20 23/3 23/20
entrances [2] 19/25 20/4
episode [6] 8/8 8/15 8/16 11/17 12/1 15/18
episodes [1] 18/1
error [1] 10/11
especially [6] 12/13 14/20 17/11 24/23 35/14 35/17
essentially [6] 18/7 18/7 23/2 26/12 32/7 37/4
even [8] 17/3 18/25 22/7 26/6 27/22 34/16 36/1 36/8
event [4] 6/8 8/5 20/20 26/21
events [3] 6/6 14/13 33/5
eventually [1] 7/4
everybody [2] 3/15 38/18
everyone [1] 13/24
everything [3] 4/10 11/11 30/10
evidence [14] 4/16 7/7 12/10 16/12 16/23 21/3 22/2 22/14 23/9 23/13 23/21 32/18 34/12 36/10
evidentiary [2] 4/9 33/8
exact [2] 8/11 14/10
exactly [3] 9/18 15/3 33/14
example [1] 18/24
except [1] 34/25
exception [1] 28/5
excuse [1] 28/17
executed [1] 24/14
Exhibit [2] 6/20 35/18
Exhibit 3 [1] 6/20
exhibits [4] 7/16 14/4 14/20 14/21
exits [1] 23/14
experienced [1] 31/22
explain [1] 6/13
explained [1] 30/25
explicitly [1] 17/23
extensive [5] 5/19 9/20

extent [2] 19/15 31/25
eyes [1] 29/24

**F**

F.App'x [2] 10/7 10/11
face [6] 14/12 14/17 22/3 22/3 22/6 22/6
Facebook [1] 33/20
facial [1] 21/10
facility [1] 37/14
fact [20] 8/7 9/6 15/20 16/8 20/17 21/8 21/14 22/9 22/13 23/9 23/23 25/7 27/20 29/6 32/4 32/5 32/6 32/13 34/1 34/5
factor [1] 7/18
factors [4] 16/14 16/15 16/15 18/12
facts [1] 17/15
failing [2] 25/23 27/3
failures [2] 9/22 26/14
fair [2] 18/8 33/22
fairly [3] 18/3 25/24 28/14
familiar [1] 28/12
family [2] 32/25 34/20
far [3] 7/18 17/25 35/13
farther [1] 23/19
fatigues [1] 33/2
fault [1] 16/18
favor [3] 7/20 7/21 18/16
FBI [5] 11/19 11/25 12/24 13/20 36/16
fd.org [1] 1/21
features [1] 21/11
February [1] 1/5
FEDERAL [3] 1/18 25/10 27/5
feels [1] 30/2
few [1] 12/6
figure [3] 5/7 36/11 36/13
filed [3] 4/4 10/3 11/3
find [2] 11/1 31/8
finding [1] 34/9
fine [2] 37/22 38/3
first [12] 1/19 5/9 8/1 8/2 8/8 8/15 11/17 15/18 16/23 18/18 19/16 30/19
fit [1] 35/2
Florida [3] 31/3 31/5 31/16
flowing [1] 19/23
focuses [1] 16/10
folks [1] 37/11
follows [1] 13/20
forcibly [2] 22/18 23/5
foregoing [1] 39/3
forget [1] 27/10
forgetting [1] 6/25
Fort [1] 1/14
forward [3] 5/3 16/9 16/11
forward-looking [1]

found [4] 10/8 24/13 28/7 33/7
four [3] 5/20 25/15 28/12
frame [2] 36/9 36/9
frankly [1] 29/14
frequently [1] 25/24
front [5] 10/16 21/14 21/15 21/20 21/23
full [1] 37/2
further [2] 4/12 19/2

**G**

garage [1] 33/1
gave [1] 31/15
general [2] 26/15
get [11] 5/6 8/3 22/13 23/6 30/9 32/25 36/20 37/9 37/13 37/14 38/1
give [5] 6/20 31/10 37/17
given [2] 26/4 28/18
gives [1] 10/7
glad [1] 21/24
go [4] 8/7 11/7 23/2 33/16
goes [3] 8/23 21/15 23/7
going [6] 7/16 16/11 20/24 27/10 27/13 29/10
good [6] 3/2 3/15 3/18 22/25 31/11 34/11
got [2] 15/8 18/2
government [13] 1/13 3/5 4/7 5/11 12/2 13/13 16/20 16/25 19/16 22/5 23/16 24/11 38/14
government's [4] 5/10 7/7 16/18 28/1
grand [2] 12/9 12/10 13/13
Great [1] 38/11
greater [2] 19/8 20/5
Guard [1] 23/25
guess [10] 8/13 11/24 12/2 13/5 13/10 20/12 21/18 26/21 29/17 30/18
guideline [1] 11/13

**H**

had [14] 4/23 5/22 9/6 10/13 14/18 14/22 15/7 16/19 18/25 21/4 22/25 23/1 31/3 33/1
half [1] 8/19
hand [3] 6/24 17/2 17/20
handed [1] 15/13
handing [1] 6/22
hands [1] 21/21
happen [1] 30/3
happened [2] 5/19 13/23
happening [1] 14/6
happens [1] 27/2

happy [8] 4/12 8/11 8/22 10/17 32/13 34/6 35/15 36/5
hard [2] 26/20 26/22
hariri [3] 1/13 1/16 3/5
harm [1] 24/8
has [38] 4/4 4/24 4/25 5/19 6/4 9/1 9/20 11/13 11/23 12/9 13/13 13/22 17/13 17/14 18/5 19/10 19/16 23/16 24/7 27/4 27/6 27/11 28/15 28/23 28/23 28/24 29/1 30/6 31/6 31/17 31/19 31/24 32/4 32/5 32/7 34/11 34/23 35/4
hasn't [2] 28/18 30/7
hat [6] 11/21 11/22 12/12 12/12 12/13 12/18
hats [3] 13/2 14/15 14/15
have [55]
haven't [1] 30/16
having [2] 19/13 26/5 30/5
he [106]
he didn't [1] 25/21
he said [1] 16/21
he's [15] 7/15 11/20 12/14 12/15 13/8 18/2 21/22 21/22 21/23 26/4 27/10 28/20 29/9 30/1 30/11
hear [6] 3/10 3/19 4/12 16/5 16/6 23/12
heard [2] 4/13 31/6
hearing [10] 1/9 3/9 4/9 4/22 7/12 10/18 14/23 18/12 37/18 39/5
hearings [2] 27/14 27/18
held [3] 10/4 28/7 28/12
help [2] 7/3 27/17
helped [1] 14/19
helpful [4] 8/12 10/20 10/25 36/6
helping [1] 7/17
her [10] 4/17 4/18 4/22 5/6 27/16 31/14 32/15 36/25 37/8 37/9
here [16] 4/2 4/24 5/8 5/10 5/15 5/16 12/22 17/14 22/17 26/1 26/16 28/18 28/25 33/14 35/15 36/2
here's [1] 36/14
him [11] 9/17 10/14 14/2 14/2 15/4 15/9 17/25 21/9 23/16 24/15 29/22 23/9 31/16 24/15 29/22
his [39] 4/17 4/17 4/21 4/21 6/25 9/14 12/13 12/17 12/18 13/2 14/17 14/18 14/19 16/13 17/25 21/10 22/11 25/4 26/3 27/10 27/13 27/15 27/15 27/16 29/6 29/15

**H**

**his... [13]** 29/15 30/1 31/2 31/14 31/16 31/16 32/9 32/13 32/14 34/20 35/23 36/25 37/2
**history [9]** 9/7 9/10 9/20 17/25 18/3 28/24 28/24 30/1 30/24
**Holman [2]** 2/3 3/7
**home [10]** 28/3 28/4 28/8 28/16 29/21 32/11 34/9 34/18 34/22 34/23
**Honor [28]** 3/2 3/10 3/25 4/15 5/2 5/13 6/11 7/9 8/10 10/16 11/9 12/6 13/19 15/6 16/1 16/4 16/7 20/21 25/12 28/22 30/14 35/10 36/23 37/16 37/23 37/24 38/8 38/13
**HONORABLE [1]** 1/10
**hour [1]** 8/19
**house [3]** 24/13 32/25 33/3
**household [1]** 29/23
**how [9]** 3/11 11/12 26/24 27/2 30/2 35/16 36/9 37/1 37/20
**however [1]** 28/14

**I**

**I also [1]** 29/15
**I am [1]** 10/17
**I assume [3]** 7/5 7/6 36/16
**I believe [7]** 4/3 8/17 11/11 12/15 12/17 19/4 23/15
**I can [8]** 6/13 6/20 12/7 25/25 29/20 36/20 37/14 37/17
**I did [1]** 36/9
**I didn't [1]** 23/12
**I don't [19]** 8/10 10/2 10/8 11/9 16/17 17/1 17/3 17/16 18/9 20/12 21/18 22/15 23/21 24/18 24/24 30/8 30/10 34/7 35/5
**I don't have [3]** 10/17 26/10 35/3
**I guess [8]** 8/13 11/24 12/2 13/5 13/10 20/12 21/18 29/17
**I have [6]** 4/17 5/15 11/14 21/3 28/7 32/18
**I haven't [1]** 30/16
**I just [1]** 30/16
**I know [5]** 5/18 10/2 14/5 14/5 14/5 18/5 20/12 21/9 28/23
**I mean [6]** 13/5 14/5 18/5 20/12 21/9 28/23
**I never [1]** 10/4
**I think [30]** 5/20 6/2 11/19 14/23 16/23 17/15 18/10 19/5 19/10 19/11 20/1 20/8 21/12 22/5 22/9 22/16 22/17 22/21 24/4 25/10 26/2

**I understand [8]** 6/1 6/6 14/14 20/13 20/21 25/2 27/19 30/19
**I want [1]** 16/8
**I wanted [2]** 36/4 36/11
**I will [5]** 12/20 16/22 19/14 26/15 32/17
**I would [2]** 8/11 12/6
**I'd [5]** 8/22 11/15 36/4 36/15 36/16
**I'll [6]** 16/5 16/16 18/18 20/22 27/25 38/7
**I'm [21]** 4/12 5/14 5/15 8/3 10/5 13/10 16/19 20/13 20/16 21/24 23/11 26/18 28/10 28/11 31/6 32/22 35/14 36/8 36/15 37/1 37/12
**I'm just [1]** 8/3
**I'm not [6]** 5/15 13/10 16/19 26/18 32/22 36/15
**I'm not sure [3]** 20/13 20/16 37/1
**I'm sure [1]** 28/11
**I've [7]** 4/6 4/7 4/8 4/10 6/21 14/16 28/12
**I've also [1]** 4/7
**ID [1]** 8/5
**identification [1]** 12/10
**identify [2]** 13/22 14/2
**identifying [2]** 14/12 14/19
**illegal [1]** 18/21
**image [1]** 14/11
**images [1]** 13/25
**immediate [1]** 13/14
**immediately [1]** 21/17
**importance [1]** 27/1
**important [1]** 24/5
**impose [1]** 35/1
**imposed [1]** 34/15
**imposing [1]** 33/10
**inappropriate [1]** 28/8
**incarceration [1]** 26/9
**incident [6]** 8/1 8/2 16/23 19/10 19/16 22/3
**incidents [1]** 18/22
**include [2]** 18/13 34/18
**inclusion [1]** 10/11
**indicate [3]** 19/15 24/3 25/5
**indicated [2]** 26/4 31/2
**indicates [5]** 20/5 23/18 23/25 26/24 32/3
**indict [1]** 12/10
**indicted [2]** 12/9 13/13
**individual [2]** 17/10 17/11
**individuals [3]** 13/22 19/25 34/17
**influences [1]** 31/11
**information [3]** 26/10 37/9 37/15
**initial [1]** 11/22

**inside [2]** 19/21 24/20
**insight [1]** 25/14
**instructions [3]** 35/15 36/5 36/8
**intended [2]** 19/18 30/15
**intent [7]** 20/1 20/5 20/10 20/14 20/18 20/19 21/4
**interaction [1]** 31/16
**intercepted [1]** 19/23
**interest [1]** 13/21
**interesting [1]** 13/6
**interrupt [2]** 6/5 9/24
**interrupted [2]** 11/7 18/20
**interview [2]** 5/5 32/14
**interviewed [4]** 4/25 15/5 29/8 37/8
**investigations [1]** 13/23
**involved [3]** 11/17 15/15 31/20
**involvement [2]** 9/14 32/2
**irritant [4]** 5/25 24/17 24/18 24/22
**irritants [1]** 19/20
**is [145]**
**is that right [1]** 26/13
**Is there [1]** 38/12
**isn't [1]** 28/16
**issue [1]** 31/7
**issued [3]** 11/18 11/19 12/24
**it [85]**
**It would be [1]** 22/5
**it's [27]** 3/17 5/4 5/9 5/10 10/22 11/24 13/16 14/11 16/17 16/24 17/1 17/4 20/15 21/22 24/7 27/15 27/20 28/8 28/23 29/10 29/11 29/25 30/4 33/6 35/7 35/17 36/25
**its [3]** 4/8 26/17 27/22
**itself [2]** 20/19 34/4 35/25

**J**

**Jackson [1]** 11/5
**Jafary [8]** 1/13 3/5 5/9 6/5 15/25 27/24 35/7 36/19
**Jafary-Hariri [2]** 1/13 3/5
**jail [2]** 29/10 37/13
**January [10]** 9/14 18/19 18/23 19/5 24/15 28/21 30/1 30/2 33/17 34/17
**Jeffrey [14]** 5/22 6/3 6/16 6/18 7/11 7/13 9/1 9/4 9/4 9/5 9/9 9/13 15/13 35/21
**Jeffrey Brown [2]** 9/4 9/13
**Jen [1]** 4/18

**judge [10]** 1/10 4/3 4/10 9/2 9/2 10/4 10/9 18/5 35/19 35/23
**Judge Contreras [3]** 9/2 10/4 35/23
**Judge Contreras' [1]** 10/9
**judges [1]** 17/21
**jury [3]** 12/9 12/10 13/13
**just [20]** 6/6 6/13 8/3 8/6 9/8 10/6 11/25 14/8 22/6 24/3 26/18 26/25 27/24 28/23 30/9 30/16 33/10 35/11 38/2 38/5
**justice [1]** 31/25
**justified [1]** 30/25

**K**

**keep [2]** 14/8 27/13
**Keepers' [1]** 28/11
**keyword [1]** 12/21
**kind [4]** 6/13 6/23 28/20 29/25
**know [30]** 5/16 5/18 5/20 6/1 8/10 10/2 11/10 12/21 12/25 12/25 13/23 14/2 14/12 14/16 15/14 16/17 18/2 24/10 25/9 25/19 28/4 28/5 28/7 28/10 28/13 28/23 29/17 31/10 36/9 36/25
**knows [1]** 16/8

**L**

**largely [2]** 21/12 28/8
**last [4]** 16/2 19/13 23/15 28/19
**later [2]** 8/19 21/21
**law [29]** 9/15 9/22 15/2 15/4 15/11 16/20 17/4 18/25 19/18 20/3 22/3 22/7 22/11 24/23 26/3 27/1 29/16 29/18 30/6 31/17 31/20 32/18 32/22 32/23 35/25 36/3 36/17 37/2 37/5
**lawless [1]** 25/6
**least [10]** 5/23 10/1 10/3 10/25 11/14 11/17 13/12 17/25 18/1 25/17
**leave [1]** 31/12
**leaves [1]** 23/9 23/13
**leaving [2]** 12/15 12/15
**led [2]** 10/10 13/6
**left [4]** 9/19 15/8 15/10 23/23
**legally [1]** 37/3
**lengthy [2]** 25/2 28/24
**let [3]** 5/16 16/16 21/18
**let's [4]** 5/3 8/14 36/24 37/8
**let's see [1]** 8/14
**Lexis [1]** 10/8
**life [3]** 30/25 31/20 31/22

**like [15]** 4/13 6/23 11/15 13/8 15/24 21/19 21/22 29/21 30/5 30/13 35/8 36/5 36/14 36/15 36/16
**limitations [1]** 39/7
**line [3]** 7/5 23/7 27/17
**link [1]** 37/13
**little [1]** 15/8 24/20 33/6
**live [2]** 31/9 34/23
**lived [2]** 31/3 31/5
**lives [1]** 31/14
**long [1]** 18/20
**longer [1]** 31/21
**look [5]** 5/15 6/2 6/13 9/8 13/7 24/6 33/3 36/14 38/7
**looked [1]** 4/10 21/7 21/9
**looking [5]** 10/6 16/9 17/12 20/11 24/9
**looks [6]** 6/23 11/21 13/8 21/19
**lost [1]** 12/18
**lot [1]** 13/23
**lower [1]** 8/8

**M**

**made [7]** 11/23 13/21 15/1 15/17 18/5 35/21 36/17
**magistrate [3]** 4/3 4/10 9/3
**magistrate judge [1]** 4/10
**main [1]** 20/4
**make [9]** 6/6 9/14 13/11 17/14 19/18 20/22 26/22 30/16 31/12
**makes [2]** 17/4 26/20
**MALY [43]**
**Maly's [11]** 7/19 16/16 17/24 18/16 18/21 24/12 24/13 25/1 32/3 36/11 36/24
**mandate [1]** 9/11
**many [7]** 14/6 20/7 22/2 22/2 28/14 31/6 34/1
**map [1]** 8/12
**March [3]** 37/20 38/9 39/10
**mark [2]** 1/17 35/18
**MARKUS [5]** 1/6 3/4 5/22 6/17 7/14
**married [1]** 37/3
**mask [1]** 9/11
**matter [1]** 39/4
**matters [1]** 12/22
**may [1]** 11/18
**maybe [7]** 8/5 13/6 14/25 25/8 25/9 25/13 35/22
**me [24]** 3/19 5/16 8/6 10/1 10/10 10/16 15/3 16/18 18/8 21/7 21/7

**M**
me... [13]  21/13 21/18
22/23 26/4 26/16 27/13
28/17 32/20 36/12
36/21 37/17 37/24
38/10
mean [9]  13/5 14/5
18/5 20/12 21/9 25/14
25/20 25/21 28/23
means [1]  25/19
mechanical [1]  2/9
meeting [1]  28/5
MEHTA [1]  1/10
memo [1]  11/16
Merit [1]  2/4
metadata [1]  23/18
MI [1]  1/15
mic [1]  3/13
might [6]  14/9 21/1
31/12 32/2 33/6 34/6
military [1]  33/2
Millett [1]  11/4
mind [1]  14/8
mindset [1]  29/11
minutes [1]  12/1
missed [5]  14/25 26/6
26/8 26/12 30/17
mitigate [1]  32/9
mitigated [1]  27/20
mitigating [1]  22/16
Mitra [2]  1/13 3/5
mitra.jafary [1]  1/16
mitra.jafary-hariri [1]
1/16
moment [3]  6/6 9/24
27/25
monitoring [2]  33/11
34/9
more [13]  14/11 18/1
19/9 19/23 20/16 20/22
21/11 24/3 29/2 32/13
34/11 35/17 36/1
morning [4]  32/24
37/15 37/18 38/2
most [3]  25/15 31/4
32/9
motion [11]  4/5 5/11
10/3 10/6 11/20 14/5
14/16 14/24 35/14
35/16 36/6
motor [2]  27/21 31/7
move [2]  5/3 31/16
moved [1]  26/1
moves [1]  21/15
MPD [6]  11/24 12/19
12/24 13/7 13/21 14/1
Mr [3]  6/25 8/4 30/12
Mr. [55]
Mr. Brown [8]  6/24
6/24 7/4 7/4 10/2 19/14
20/3 21/21
Mr. Brown's [1]  10/13
Mr. Maly [33]  3/15 3/18
4/3 6/22 8/7 9/12 9/16
11/12 11/18 11/19
13/13 16/19 16/24 17/1
18/19 19/19 21/4 21/8
22/10 22/22 23/17

28/2 31/2 31/13 32/12
32/25 33/20 34/5 36/17
Mr. Maly's [10]  16/16
17/24 18/16 18/21
24/12 24/13 25/1 32/3
36/11 36/24
Mr. Schiffelbein [2]
3/22 16/3
Mr. Schwartz [1]  7/3
Ms [1]  27/24
Ms. [5]  5/9 6/5 15/25
35/7 36/19
Ms. Jafary [5]  5/9 6/5
15/25 35/7 36/19
much [6]  19/5 19/23
25/3 26/24 27/5 38/16
multiple [8]  7/14 9/16
9/19 9/21 9/21 12/14
13/24 14/14
Murphy [1]  4/18
my [8]  4/17 5/14 6/22
16/12 19/12 25/25
30/18 32/17
myself [1]  27/12

**N**
nails [1]  29/19
name [3]  4/18 7/1 16/2
National [1]  23/25
nature [6]  7/18 7/19
16/13 16/20 19/11
22/11
necessarily [2]  33/21
34/3
need [2]  34/24 36/7
never [2]  10/4 29/22
next [3]  22/11 23/17
35/9
no [20]  1/4 3/3 9/6 9/10
11/9 12/12 16/1 17/18
18/24 19/1 19/2 21/3
22/14 24/10 26/20
31/21 34/12 34/24 36/2
38/13
none [1]  28/15
Northern [1]  26/11
not [73]
note [7]  12/23 17/6
18/18 22/22 26/11
26/15 39/5
noted [2]  25/3 35/23
nothing [2]  17/7 38/14
notice [1]  12/23
notices [2]  13/20 13/21
November [1]  11/4
November 17th [1]
11/4
novo [1]  17/14
now [4]  3/11 10/5
10/21 13/16
number [11]  10/20
10/21 11/1 11/2 11/3
12/7 12/12 20/6 20/23
27/6 28/14
NW [1]  2/6

Oath [1]  28/11
obligation [1]  27/4
obligations [1]  28/5
observation [1]  13/18
obviously [1]  36/22
occur [1]  27/8
occurred [5]  18/23
19/12 19/17 34/12 39/5
occurring [1]  22/1
occurs [3]  8/1 8/2
15/19
off [5]  12/14 13/2 13/3
21/15 22/14
offense [3]  7/19 19/12
30/23
offenses [7]  9/21 22/4
26/3 27/21 31/4 31/18
31/18
office [3]  5/1 5/5 5/15
officer [6]  2/3 4/22
27/11 30/5 31/3 35/22
officers [8]  15/21 20/4
21/1 21/20 22/19 23/8
33/1 33/21
Official [1]  2/5
often [1]  31/8
okay [20]  3/19 3/21 4/1
6/12 8/22 8/24 8/25
10/24 11/2 11/6 11/8
15/23 15/24 37/12
37/19 38/1 38/4 38/6
38/11 38/16
old [1]  25/3
once [1]  29/2
one [29]  5/23 6/4 6/25
7/13 7/23 8/17 9/9 9/10
11/19 12/4 12/7 15/14
15/18 16/24 18/6 19/25
20/1 20/4 20/9 20/18
23/17 24/3 25/3 28/15
29/4 31/7 34/1 35/11
36/16
one's [3]  20/15 20/16
36/17
ones [1]  31/18
only [13]  4/16 4/23 6/3
6/15 7/13 9/10 10/8
26/25 27/10 28/5 31/13
33/22 36/4
opinion [5]  10/9 10/12
10/22 35/19 35/23
oppose [1]  17/9
orange [1]  14/18
order [2]  3/24 4/5
ordered [2]  32/24
32/25
organize [1]  28/9
organizing [1]  33/16
other [19]  9/10 11/10
14/12 14/22 17/13
17/15 17/20 18/13 19/4
20/7 20/24 23/21 24/24
26/10 28/13 33/16
34/12 34/16 36/25
others [2]  33/18 35/1
otherwise [2]  28/13
34/22

our [4]  4/25 5/5 12/9
34/13
out [6]  5/7 11/24 16/24
32/25 36/11 36/13
outcome [1]  20/19
outfit [2]  14/13 14/17
outside [13]  7/15 15/19
19/21 19/22 20/6 20/15
20/23 21/12 24/18
24/22 32/21 32/24
35/13
over [5]  5/15 5/16 9/11
10/18 11/12

**P**
p.m [4]  1/6 8/15 23/19
38/19
PACER [1]  10/19
page [5]  10/6 10/22
11/20 35/20 35/23
paired [1]  13/1
pandemic [1]  39/6
panel [1]  11/4
papers [1]  4/14
parent [2]  4/17 27/16
parenthetical [1]  10/12
parents [4]  31/15
32/15 36/25 37/9
part [3]  15/12 18/21
20/18
particular [4]  9/21 13/1
15/15 17/15
particularized [1]
17/11
particularly [1]  5/25
parties [1]  4/11
parties' [1]  4/6
party [5]  4/19 32/15
33/11 34/2 37/11
passive [2]  22/11 29/4
past [3]  12/8 30/10
32/8
pattern [1]  28/25
pay [1]  26/5
peacefully [1]  23/24
people [23]  12/4 13/25
14/2 14/14 20/7 20/24
22/2 22/24 24/25 25/23
25/23 27/3 28/7 28/9
30/21 30/24 31/7 31/10
31/11 32/1 33/16 34/1
34/2
pepper [9]  19/21 19/22
22/19 24/13 29/22
33/21 34/17 35/24
35/25
per [1]  10/22
percent [1]  17/20
perhaps [9]  11/16 12/4
14/2 14/24 20/1 20/3
22/19 23/6 35/22
period [6]  18/18 18/20
19/6 21/14 26/8 31/16
periods [1]  25/16
person [6]  11/17 11/22
14/1 22/8 29/14 31/24
person's [1]  34/12

persons [1]  13/21
persuasive [1]  17/16
Peter [3]  5/22 6/1 6/16
phase [1]  12/8
photograph [4]  11/18
11/20 11/24 13/7
photographs [1]  23/17
physically [1]  13/14
picked [1]  15/7
picking [1]  15/20
picture [2]  13/1 14/10
pieces [1]  31/8
place [1]  31/9
placed [1]  28/2
Plaintiff [1]  1/4
play [2]  14/5 35/14
playing [1]  14/16
please [2]  5/16 39/5
point [10]  6/25 7/6
20/22 21/23 22/10
22/25 29/1 30/16 31/22
35/11
points [1]  36/12
police [15]  7/5 7/6 9/10
20/25 22/13 22/13
22/19 22/25 23/7 23/24
24/11 24/14 32/20 33/7
33/21
political [1]  34/2
portion [1]  4/9
pose [1]  11/15
position [1]  27/9
possessing [1]  15/3
possession [1]  24/12
possibility [1]  5/8
possible [1]  13/16
post [1]  33/20
posted [2]  13/7 34/5
posting [2]  12/19
12/20
postings [1]  14/9
posts [1]  33/22
potential [2]  19/8
37/11
potentially [2]  24/9
24/20
pre [1]  34/21
pre-scheduled [1]
34/21
precludes [1]  18/10
premised [1]  32/1
prepared [4]  5/4 36/15
36/17 37/18
presence [1]  19/19
present [4]  12/9 13/14
28/3 33/1
presentation [1]  35/6
presentations [1]
38/17
presented [1]  7/11
presently [1]  37/12
pretrial [14]  2/3 3/7 4/5
4/21 5/1 5/5 17/12
28/18 30/4 31/2 32/14
37/8 37/10 37/14
pretty [1]  5/19
Prettyman [1]  2/6

**P**

preventing [1] 22/24
primarily [1] 28/11
primary [1] 16/15
prior [3] 27/12 30/25 36/10
probable [1] 19/16
probation [1] 9/21
problem [1] 31/4
proceeding [1] 3/22
proceedings [6] 1/9 2/9 26/16 27/22 38/19 39/4
produced [1] 2/9
producing [1] 24/7
proffer [1] 4/16
pronouncing [1] 16/2
proposing [2] 29/15 32/12
protesters [1] 23/1
protesting [1] 29/10
proud [3] 29/5 29/6 33/24
provide [4] 8/11 8/12 10/20 16/18
proximity [1] 13/14
public [2] 1/18 13/22
punching [1] 22/12
purpose [1] 14/9
purposes [1] 17/23
pushing [2] 21/20 22/13
put [1] 21/19
putting [1] 30/4

**Q**

question [4] 7/23 14/22 30/15 36/2
questionable [1] 8/5
questions [5] 4/23 4/24 11/10 11/14 35/4
quick [1] 7/23
quickly [2] 6/14 26/6
quite [5] 13/10 20/12 21/9 21/18 25/3

**R**

rapidly [1] 19/23
reaction [2] 12/3 28/1
reading [1] 33/22
really [4] 11/9 14/1 14/5 14/17
Realtime [1] 2/5
reason [1] 24/1
reasonably [2] 16/11 24/1
reasons [1] 22/25
receive [1] 31/8
recent [1] 25/15
recently [2] 10/3 30/6
recognizable [1] 21/11
recognize [1] 1/20
recognized [1] 34/2
record [21] 5/19 24/18 25/1 25/4 25/4 26/2 26/17 26/17 26/21 26/23 27/2 27/22 30/19 30/21 32/3 32/5 32/9

recorded [1] 2/9
recruiting [1] 33/16
recurrence [1] 28/19
referenced [2] 12/19 14/23
refers [2] 4/17 27/16
Reform [4] 17/7 17/21 18/10 18/12
regardless [1] 17/13
Registered [1] 2/4
regularly [1] 31/20
regulatory [1] 31/18
reinforced [1] 23/24
related [1] 31/17
relationship [1] 37/1
release [8] 4/20 4/21 16/10 18/17 24/1 27/11 32/12 34/14
released [3] 9/3 28/2 28/13
relevant [2] 7/11 32/8
remain [1] 22/24
remote [1] 3/24
remotely [2] 3/22 39/7
remove [1] 23/5
repeat [2] 5/18 23/11
report [2] 4/19 38/1
Reporter [4] 2/4 2/4 2/5 2/5
reporting [1] 39/7
resources [1] 27/7
respect [14] 12/12 15/2 16/16 16/22 18/2 19/14 20/9 20/11 20/13 22/21 25/1 30/15 32/11 33/18
response [3] 13/17 14/25 28/1
resulted [1] 25/16
retreated [1] 23/1
return [1] 34/24
reversed [1] 9/3
review [3] 3/24 4/4 10/3
reviewed [7] 4/6 4/7 4/8 5/18 6/21 10/4 10/13
reviewing [1] 36/10
reward [1] 31/23
rifles [1] 33/1
right [19] 3/15 3/18 4/2 6/10 6/11 10/21 17/20 21/13 21/20 21/22 22/10 22/20 23/3 25/11 25/13 26/13 29/22 36/21 37/4
riot [3] 33/17 34/17 35/24
rioters [1] 23/1
risk [1] 30/5
RMR [2] 39/2 39/11
Roanoke [1] 1/20
routinely [1] 24/23
rule [1] 36/15

**S**

safety [4] 16/11 24/1 34/10 34/14

18/15 33/15 34/6 36/5
same [6] 5/23 5/23 9/9 12/5 17/22 20/15
saw [1] 14/4
say [8] 12/6 12/20 14/8 26/18 26/18 28/22 29/9 29/16
says [5] 12/20 12/23 17/8 23/9 33/12
scene [2] 23/14 23/23
scheduled [1] 34/21
schiffelbein [6] 1/17 1/21 3/6 3/22 16/3 30/12
Schwartz [5] 5/22 6/1 6/17 7/2 7/3
search [3] 11/19 24/14 33/9
second [3] 8/16 8/17 35/18
see [16] 8/14 11/12 12/13 12/14 13/3 13/3 14/5 14/17 14/17 14/17 14/18 24/23 26/2 35/13 35/16 38/17
seem [3] 24/12 24/15 33/7
seems [2] 6/22 20/19
seen [9] 20/24 21/1 21/3 21/17 22/22 30/1 30/1 30/3 32/18
sees [1] 35/1
send [4] 10/17 36/5 36/7 36/21
sense [5] 8/3 12/2 19/8 21/10 31/12
sent [2] 11/24 33/2
sentence [2] 28/17 28/17
sentenced [1] 26/8
sentencing [2] 17/8 17/23
separately [1] 8/12
serious [4] 7/20 18/1 31/4 35/24
seriously [1] 29/11
serve [1] 4/19
Services [9] 2/3 3/7 4/22 5/1 5/5 30/4 31/2 32/14 37/8
set [1] 11/13
setting [1] 20/16
settings [1] 3/14
setup [1] 5/14
seven [1] 6/7
share [1] 15/3
Shay [2] 2/3 3/7
she [8] 4/18 4/18 4/24 4/25 29/17 29/18 29/21 29/22
she's [4] 4/23 27/16 37/4
shield [3] 9/17 9/18 9/19
shielding [1] 20/4
short [3] 10/22 25/16 26/8

23/2 24/19 24/25 25/4 30/2 30/8 31/23 32/6 32/9 33/4 34/8
shouldn't [2] 18/7 18/8
show [3] 6/22 25/21 26/6
showing [2] 26/25 29/11
shown [1] 30/11
shows [4] 6/19 14/1 22/11 22/11
sign [1] 23/18
significant [2] 31/19 36/25
significantly [1] 27/20
signs [1] 30/4
similar [5] 17/9 18/22 19/3 34/15 35/21
similarly [1] 18/14
simply [1] 32/11
since [4] 25/9 31/16 34/12 35/7
sir [2] 3/17 3/19
situation [1] 29/20
slow [6] 14/5 14/15 14/16 35/14 35/16 36/5
smelling [1] 29/21
so [52]
so I think [5] 7/18 9/8 23/4 29/5 31/19
So it's [1] 29/10
So this is [1] 12/16
sole [1] 16/15
solely [2] 31/17 32/12
solid [1] 22/2
some [11] 6/23 13/8 14/19 18/3 18/15 21/10 23/1 25/13 32/1 32/18 37/9
somebody [10] 19/9 20/6 22/6 22/12 22/18 22/20 23/5 23/7 25/5 30/5 31/19 32/4 33/5 33/6 33/15 33/17
something [14] 3/23 5/4 5/7 5/8 9/25 12/16 14/1 20/18 24/7 24/23 30/3 32/6 34/7 36/19
Sometimes [1] 3/13
son [1] 31/15
soon [4] 10/17 16/18 23/10 23/14
sorry [1] 23/11
sort [9] 5/6 8/6 8/7 11/14 20/17 21/14 21/16 28/6 37/4
speak [2] 9/15 37/17
speaking [1] 28/10
specific [1] 11/10
specifically [1] 13/21
specifies [1] 18/12
spirit [1] 21/23
spray [30] 5/25 6/4 6/9 7/10 7/14 17/7 17/9 10 15/2 15/8 15/13 17/1 17/3 19/17 19/17 19/21 19/22 19/24 21/21

sprayed [2] 7/8 19/22
spraying [16] 7/15 11/22 12/1 15/10 15/15 15/16 15/20 16/21 19/20 20/3 20/7 20/23 20/25 21/5 34/17 35/13
sprays [1] 7/14
stamp [1] 8/13
stamps [1] 6/20
standing [1] 23/17
start [1] 5/11
state [1] 25/20
statement [1] 29/6
statements [1] 36/17
STATES [5] 1/1 1/3 1/10 3/3 10/7
stealing [1] 9/17
stenography [1] 2/9
steps [1] 35/9
still [3] 22/24 28/3 32/24
stolen [1] 29/10
Street [2] 1/14 1/19
strength [1] 16/12
stressful [1] 29/10
strict [3] 28/4 28/14 28/16
subject [1] 39/6
submission [1] 4/8
submissions [1] 4/6
submitted [4] 4/7 4/11 14/4 36/10
substance [2] 31/3 31/7
such [2] 21/16 28/24
suggested [1] 13/12
suggesting [1] 28/19
suggestion [5] 8/4 11/16 11/23 12/4 14/5 1
suitability [2] 5/6 37/10
Suite [2] 1/14 1/19
supervise [1] 30/5
supervised [2] 4/20 27/11
supports [1] 34/20
suppose [1] 13/16
sure [9] 6/9 9/18 13/10 20/13 20/16 28/11 30/16 31/6 37/1
surprise [1] 26/16
surrounded [2] 31/9 31/10 31/11
suspect [1] 16/25
SW [1] 1/19
system [2] 31/25 32/2

**T**

taken [1] 23/18
takes [1] 6/24
taking [2] 18/11 29/11
talk [1] 35/8
talking [1] 33/10
technological [1] 39/7
technologically [1]

**technologically... [1]** 36/8

**tell [5]** 8/20 16/22 21/7 25/25 32/17

**terms [3]** 12/3 13/11 34/8

**terrace [1]** 8/9

**test [1]** 24/10

**testing [1]** 24/16

**than [9]** 19/9 20/6 21/11 26/11 27/5 29/2 30/24 32/13 34/11

**Thank [14]** 3/25 4/15 5/13 11/6 16/1 16/4 16/7 35/5 35/10 38/4 38/8 38/13 38/15 38/16

**Thank you [12]** 3/25 4/15 5/13 11/6 16/1 16/7 35/5 35/10 38/4 38/8 38/13 38/15

**Thanks [2]** 3/12 38/18

**that [273]**

**that's [13]** 5/7 5/8 6/11 14/2 15/19 17/2 18/6 23/15 23/19 36/3 36/9 37/22 38/3

**their [5]** 30/25 31/20 31/22 31/23 32/2

**them [20]** 4/24 12/16 13/3 14/5 14/10 14/11 14/16 15/8 15/8 15/9 17/9 22/4 25/17 28/13 28/14 29/19 31/5 32/21 36/3 37/17

**then [18]** 5/11 6/16 6/24 7/16 7/16 8/16 9/5 9/12 9/20 13/15 13/17 15/20 18/2 21/21 27/25 35/8 35/25 36/24

**there [33]** 11/10 13/24 14/12 14/14 16/10 17/1 18/15 18/22 18/24 19/7 19/17 19/19 21/3 21/25 22/12 22/15 22/17 23/25 24/10 24/15 28/18 29/12 30/7 33/13 33/24 34/3 34/4 34/6 34/6 34/7 34/13 35/19 38/12

**there's [12]** 8/4 18/1 19/1 19/2 20/8 21/14 22/2 22/14 23/4 23/21 35/7 36/2

**therefore [1]** 39/6

**these [10]** 12/11 13/20 13/21 13/22 13/23 13/25 14/9 25/14 27/20 33/1

**they [18]** 12/10 12/25 14/2 16/14 16/15 16/18 19/6 21/12 23/2 24/14 26/12 26/14 29/14 31/8 31/15 33/4 34/15 37/17

**they're [17]** 17/16 17/16 17/18 30/22 37/3

**thing [5]** 8/21 10/8 28/6 29/8 36/4

**think [52]**

**third [5]** 4/19 7/1 32/15 33/11 37/11

**third-party [4]** 4/19 32/15 33/11 37/11

**this [47]**

**those [9]** 7/15 12/7 14/14 33/25 34/15 34/16 35/1 37/10 37/11

**though [4]** 8/21 15/12 19/14 21/25

**thought [2]** 14/1 29/9

**threatening [1]** 18/25

**three [6]** 5/21 5/21 6/8 12/19 25/15 25/17

**through [1]** 30/22

**throughout [2]** 13/25 14/13

**time [18]** 6/20 8/13 13/1 18/19 18/20 19/1 19/5 19/6 19/7 21/14 22/1 22/10 22/22 24/3 30/9 30/22 31/16 32/14 31/6 36/12

**times [4]** 12/14 22/3 31/6 36/12

**timing [3]** 8/13 12/3 13/11

**titled [1]** 39/4

**today [2]** 36/11 36/15

**together [1]** 30/10

**told [2]** 12/17 12/17

**tomorrow [1]** 38/2

**took [5]** 8/3 8/7 9/19 30/9 36/12

**totally [1]** 8/10

**toward [5]** 5/7 7/5 7/6 19/25 20/25

**transcript [4]** 1/9 2/9 14/24 39/3

**transcription [1]** 2/9

**treated [1]** 30/23

**trespass [1]** 22/21

**trial [2]** 34/25 37/12

**tries [1]** 7/3

**triggers [1]** 31/9

**troubling [5]** 5/17 36/1

**true [2]** 17/24 33/20

**Trump [1]** 14/15

**trying [3]** 8/3 23/5 26/18

**tunnel [20]** 6/9 6/15 7/15 7/16 8/2 8/9 8/23 12/13 12/15 13/2 13/15 15/12 15/16 15/19 19/24 21/9 21/11 21/22 23/14 29/4

**turn [4]** 5/9 5/12 16/5 27/25

**turned [1]** 29/22

**two [16]** 6/6 7/22 9/8 9/22 10/22 11/11 11/14 12/1 12/4 12/12 16/14 16/25 18/1 19/4 20/9 36/15

**two-page [1]** 10/22

**types [2]** 13/20 14/9

---

**ultimately [1]** 36/13

**unclear [1]** 16/23

**underneath [1]** 11/21

**understand [12]** 6/1 6/6 12/7 14/14 15/4 20/13 20/21 21/18 25/2 27/19 29/20 30/19

**understandable [1]** 33/6

**understandably [1]** 30/20

**understanding [3]** 7/25 8/6 15/17

**UNITED [5]** 1/1 1/3 1/10 3/3 10/7

**United States [1]** 10/7

**United States of [1]** 3/3

**unless [2]** 11/10 35/3

**unlike [1]** 17/7

**until [1]** 10/3

**up [18]** 8/8 15/7 15/20 21/13 21/15 21/20 21/22 21/25 22/10 22/20 23/3 23/7 25/21 26/1 26/6 26/25 30/22 35/11

**upon [1]** 12/17

**upset [2]** 32/18 33/7

**us [1]** 30/9

**usage [1]** 6/9

**USAO [1]** 1/13

**usdoj.gov [1]** 1/16

**use [2]** 10/8 35/25

**used [2]** 5/15 12/25

**uses [1]** 21/21

**using [2]** 22/19 28/9

---

**V**

**VA [1]** 1/20

**value [1]** 33/8

**vant [1]** 6/23

**various [1]** 36/12

**vehicle [3]** 27/21 31/18 32/21

**versus [5]** 3/4 10/7 12/12 19/21 19/24

**very [7]** 9/20 10/22 21/20 29/2 29/17 29/18 38/16

**via [2]** 1/9 3/8

**video [11]** 6/19 7/10 14/4 14/15 14/20 15/14 21/9 21/11 35/14 35/17 36/9

**videoconference [1]** 3/8

**videos [3]** 4/7 12/13 13/3

**videotape [1]** 23/15

**view [1]** 35/16

**viewed [1]** 21/8

**violated [1]** 28/15

**violations [2]** 4/20 9/22

**violent [6]** 9/21 29/2 31/18 31/21 32/7 33/18

**Virginia [6]** 1/18 4/4
31/14

**virtually [1]** 35/15

**vs [1]** 1/5

---

**W**

**walked [2]** 13/16 13/17

**walks [1]** 7/5

**want [7]** 5/18 8/20 16/8 17/6 24/3 30/16 30/18

**wanted [3]** 35/11 36/4 36/11

**warning [1]** 30/3

**warrant [1]** 24/14

**was [63]**

**Washington [2]** 1/5 2/7

**wasn't [5]** 9/25 10/1 10/5 10/10 10/13

**way [3]** 17/22 21/19 29/4

**we [34]** 3/10 5/6 5/11 5/20 7/10 7/19 9/17 9/18 11/1 11/11 12/8 12/9 12/21 12/21 13/1 13/12 14/6 17/6 17/22 24/6 24/10 24/23 28/22 29/6 29/24 30/7 31/25 33/10 33/14 34/19 34/25 37/9 37/13 37/18

**we believe [1]** 12/21

**we'll [3]** 5/12 35/8 38/17

**we're [10]** 3/22 4/2 13/6 14/10 17/11 20/11 24/9 29/1 32/11 32/13

**we've [1]** 30/3

**weapon [4]** 5/24 24/7 24/19 24/25

**wearing [1]** 11/21

**Wednesday [5]** 37/15 37/18 37/20 38/9 38/17

**weigh [2]** 7/20 18/16

**weighing [1]** 7/21

**weighs [1]** 19/11

**weight [3]** 16/12 18/8 18/10

**well [12]** 5/3 7/10 19/12 21/24 25/9 27/17 31/13 32/16 36/14 36/22 37/25 38/9

**went [4]** 13/15 19/2 26/7 29/21

**were [11]** 13/2 14/14 19/4 19/6 22/3 23/1 23/1 23/24 28/2 33/1 34/2

**west [1]** 8/8

**Western [3]** 1/18 4/4 25/10

**Westlaw [1]** 10/18

**what [38]** 6/6 6/19 6/22 7/5 7/25 8/3 8/6 13/10 13/12 13/13 13/22 14/6 15/3 15/10 16/20 16/22 17/9 17/13 18/18 21/25 24/10 25/14 25/19 25/20 25/25 26/2 26/4 27/2 28/1 29/12 29/17

---

30/1 32/9 32/23 33/14 33/13 34/14 37/10

**what's [4]** 4/13 12/3 13/5 13/12

**when [33]** 6/2 8/14 8/22 9/2 9/8 12/14 12/15 14/15 15/4 17/6 17/7 17/11 18/19 19/9 19/12 19/22 19/24 22/10 24/6 24/14 24/14 26/7 26/16 28/7 29/8 31/3 31/5 31/7 31/19 32/18 32/24 33/5 33/12

**when's [1]** 8/16

**where [12]** 8/1 8/2 8/7 12/13 21/14 27/9 28/12 29/1 29/25 33/12 34/23 36/11

**whether [7]** 5/7 16/10 16/23 16/24 20/9 23/2 33/25

**which [16]** 5/21 5/24 9/11 11/19 11/25 14/16 19/6 19/7 21/19 25/16 26/15 27/6 28/11 33/15 34/17 35/14

**while [1]** 36/13

**who [31]** 6/3 9/3 9/12 9/13 9/13 9/16 14/2 16/25 19/25 20/4 20/6 21/1 22/12 22/12 22/20 23/5 23/7 25/5 30/6 30/11 30/11 30/21 30/21 30/24 31/10 31/11 31/20 32/4 33/15 33/17 34/16

**who's [2]** 22/18 27/12

**whoever's [1]** 21/16

**whom [1]** 20/7

**whose [1]** 9/18

**why [8]** 5/9 5/11 6/25 11/7 12/25 14/2 28/16 33/6

**wielding [1]** 35/24

**wife [11]** 4/18 27/15 27/16 31/14 32/13 32/14 32/17 37/1 37/2 37/2 37/5

**wiling [1]** 27/17

**Wilkins [1]** 11/4

**will [13]** 12/20 16/18 16/22 17/22 19/14 21/23 22/22 26/15 27/17 32/17 33/12 34/9 37/14

**William [3]** 2/4 39/2 39/11

**willing [2]** 4/19 32/15

**wind [1]** 20/17

**window [1]** 23/6

**winter [1]** 32/24

**within [5]** 19/13 27/21 28/19 31/15 33/23

**word [1]** 29/17

**words [1]** 37/7

**work [1]** 34/19

**working [1]** 34/21

**works [2]** 37/24 38/19

## W

**worst [1]** 29/4
**worth [1]** 30/4
**would [26]** 4/16 5/4
6/19 8/11 8/12 10/20
10/25 12/6 12/23 14/8
17/18 22/5 26/11 27/11
28/3 28/22 29/2 29/17
29/23 34/19 34/25
35/24 36/6 36/14 37/20
38/1
**wrong [3]** 8/20 22/5
29/12

## Y

**Yeah [5]** 6/21 10/25
11/9 13/5 37/6
**year [7]** 19/9 19/13
28/19 30/8 30/10 33/5
34/12
**years [1]** 26/1
**Yep [1]** 13/9
**yes [17]** 3/12 3/20 3/25
6/11 7/9 7/24 12/17
13/19 15/6 15/22 16/4
25/12 30/14 36/20
36/23 37/16 38/8
**yet [3]** 9/18 16/17
29/22
**you [90]**
**you'd [4]** 4/12 15/24
30/12 35/8
**you're [4]** 17/20 25/10
28/11 31/10
**you've [2]** 29/25 30/1
**your [42]**
**Your Honor [28]** 3/2
3/10 3/25 4/15 5/2 5/13
6/11 7/9 8/10 10/16
11/9 12/6 13/19 15/6
16/1 16/4 16/7 20/21
25/12 28/22 30/14
35/10 36/23 37/16
37/23 37/24 38/8 38/13

## Z

**Zaremba [3]** 2/4 39/2
39/11
**ZOOM [2]** 1/9 4/18