IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           )
                                    )
          Plaintiff,                )
                                    )     CR No. 21-178
                                    )     Washington, D.C.
        vs.                         )     March 2, 2022
                                    )     4:41 p.m.
MARKUS MALY (3),                    )
                                    )
          Defendant.                )
_____)


TRANSCRIPT OF BOND HEARING VIA ZOOM PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:          Mitra Jafary-Hariri
                             DOJ-USAO
                             211 W. Fort Street
                             Suite 2001
                             Detroit, MI 48226
                             (313) 226-9632
                             Email:
                             mitra.jafary-hariri@usdoj.gov


For the Defendant:           Benjamin Mark Schiffelbein
                             FEDERAL PUBLIC DEFENDER
                             Western District of Virginia
                             210 First Street SW
                             Suite 400
                             Roanoke, VA 24011
                             (540) 777-0888
                             Email:
                             benjamin_schiffelbein@fd.org

APPEARANCES CONTINUED:

Pretrial Services Officer:    Christine Schuck

Court Reporter:              William P. Zaremba
                             Registered Merit Reporter
                             Certified Realtime Reporter
                             Official Court Reporter
                             E. Barrett Prettyman CH
                             333 Constitution Avenue, NW
                             Washington, D.C. 20001
                             (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
1                    P R O C E E D I N G S
2            COURTROOM DEPUTY:  Good afternoon, Your Honor.
3    This is Criminal Case No. 21-178-3, United States of America
4    versus Markus Maly.
5            Mitra Jafary for the government.
6            Benjamin Schiffelbein for the defense.
7            Christine Schuck on behalf of Pretrial Services.
8            The defendant's appearing via videoconference for
9    this hearing.
10           Your Honor, I can't hear you.
11           THE COURT:  All right.  How about now?
12           COURTROOM DEPUTY:  Yep.  Thanks.
13           THE COURT:  I have to change the microphone
14   sometimes.
15           Anyway, Mr. Maly, can you hear me all right?
16           THE DEFENDANT:  Yes, I can.  Yes, I can.
17   Thank you.
18           THE COURT:  Okay.
19           All right.  So we're back for a continuation of
20   Mr. Maly's detention hearing, which I think was held Monday.
21           In the interim, I've received some additional
22   evidence from the government; specifically, the FBI 302 that
23   summarizes Mr. Maly's post-arrest statements, as well as --
24   well, his post-arrest statements, I've reviewed that, as
25   well as received from the government today a video of a
```

```
 1    live-stream that Mr. Maly's common-law wife, with whom he
 2    lives, at least that's what we'll refer to her as, that she
 3    sort of streamed on Facebook Live, if you will, while the
 4    FBI -- when the FBI arrived at the house in the early
 5    morning to arrest Mr. Maly, some of her comments and her
 6    reactions that she expressed.  So I've had an opportunity to
 7    review that as well.
 8              We also asked for an interview to be done of the
 9    common-law wife, as well as her parents, and that was
10    done -- I want to make sure counsel for both sides did see
11    the email that was sent by Pretrial Services about that?
12              MS. JAFARY:  Yes, Your Honor.  Thank you.  I did
13    see it.
14              MR. SCHIFFELBEIN:  Yes, Your Honor.  Thank you.
15              THE COURT:  So I think the question -- let me just
16    ask a clarification of Pretrial Services, then I'll ask
17    counsel if they wish to add anything.
18              I guess it's two questions.  Do I understand
19    correctly that the mother and the father who've been
20    identified live with the common-law wife; is that right?
21              PRETRIAL SERVICES OFFICER:  Good afternoon,
22    Your Honor.  Christine Schuck, Pretrial Services.
23              That's correct, everyone lives all in the same
24    household.
25              THE COURT:  Okay.
```

```
1              So does the fact that the common-law wife is
2    ineligible to serve as a third-party custodian, does that
3    disqualify the parents who otherwise are qualified because
4    they all live under the same roof?
5              PRETRIAL SERVICES OFFICER:  It does -- we will
6    defer to the Court regarding Ms. Anderson.
7              And as discussed in the email, we typically -- you
8    know, regarding Mr. Anderson's status, it is not something
9    we typically allow, but since the defendant is a
10   United States citizen, we will allow it.
11             THE COURT:  Okay.
12             PRETRIAL SERVICES OFFICER:  And if further
13   discussion is needed, I would request a breakout room.
14             THE COURT:  Thank you for that.
15             But my question was slightly different, which is
16   that, the common-law wife, she's been determined to not be
17   eligible.  But the parents of the common-law wife, they have
18   been determined to be eligible with the qualification that
19   you've just identified.
20             But does the fact that somebody who's ineligible
21   who lives under the same roof as two people who are eligible
22   disqualify the eligible people from serving as third-party
23   custodians?
24             PRETRIAL SERVICES OFFICER:  We screen them
25   individually.
```

```
 1              But in reference to Ms. Anderson, we are deferring
 2   to the Court.  We are not saying that she's eligible.  For
 3   the reasons stated in the email, we are deferring to the
 4   Court in regards to Ms. Anderson.
 5              THE COURT:  Okay.
 6              Maybe I'm just confused because...
 7              PRETRIAL SERVICES OFFICER:  But in regards to what
 8   the reason this person --
 9              THE COURT:  Just to be clear because -- I'm sorry
10   to interrupt, because the mother, she's not the one who's
11   the dual citizen, it's the father, right?
12              PRETRIAL SERVICES OFFICER:  No.
13              Right.  Yes, that is correct.
14              THE COURT:  So you're deferring with respect to
15   the father and not the mother?
16              PRETRIAL SERVICES OFFICER:  No.  We are deferring
17   in regards to the mother because of information that we
18   uncovered.
19              THE COURT:  Oh, all right.  Well, I don't know
20   anything about that.
21              PRETRIAL SERVICES OFFICER:  I can discuss it in a
22   breakout room.  We can't discuss it on the public record.
23   But it was listed in the email.
24              THE COURT:  Oh, is that the only thing?
25              PRETRIAL SERVICES OFFICER:  Yes.
```

1          THE COURT:  Well, let's unhook the public line.

2          And just to make sure I'm fully appreciating what

3     you're saying.

4          So let's go ahead and just do that.  We'll go off

5     the public record at this point for a few moments and then

6     we'll go back on once we've gotten clarification from

7     Pretrial.

8          COURTROOM DEPUTY:  And, Your Honor, just to

9     clarify, I believe -- two members of the public are also in

10    the Zoom call.  Should I put them in the waiting room as

11    well?

12         THE COURT:  Yes.

13         Well, I'm not sure what you mean.  When you say

14    put them in the waiting room, do you mean outside of where

15    we'll be or they'll be --

16         COURTROOM DEPUTY:  That's correct.

17         THE COURT:  Okay.

18         COURTROOM DEPUTY:  So they won't be able to hear

19    us.

20         THE COURT:  All right.  Perfect.  Thank you.

21         COURTROOM DEPUTY:  And the virtual courtroom is

22    now clear.

23         THE COURT:  All right.  Great.

24         (Sealed)

25









████████████████    ████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████

████████████    ██████████████████████

████████████████

(Open court)

COURTROOM DEPUTY:  And this is Jean-Claude,
Judge Mehta's Courtroom Deputy.  I'd like welcome anyone
that may be listening in on the public-access line and
remind you pursuant to standing order 20-20, you may not
record or re-broadcast these proceedings.

THE COURT:  Okay.

With that resolved on the record, is there
anything either side wants to argue further or put before me
for consideration?

MS. ROBIN:  Yes, Your Honor.

I would like to have the opportunity to address
the custodians and why the government does not believe that
they are qualified.

First of all, I want to make sure that the record
is clear that we are proffering everything that the Court
has reviewed in support of detention, and that would include
the Pretrial Services Report from Virginia.

That Pretrial Services Report does recommend

1    detention.  They are the ones that will have to go into this

2    house and do the supervision and supervise Mr. Maly if he's

3    released, and they recommended detention.

4           I submitted the video that I know your Honor

5    reviewed.  And I think that just shows not only a

6    non-compliance or being upset, I think it shows a hostility

7    towards law enforcement.

8           The family was all there when this happened.  And

9    you can even hear in parts of the video the mom,

10   Ms. Anderson, of the girlfriend, Ms. Murphy, trying to calm

11   her down, and she just can't.  And it's -- this family has

12   been together through all of this, they were aware, at least

13   Ms. Murphy was, of Mr. Maly going to the Capitol, engaging

14   in these crimes or, you know, at least being there.

15          And, Your Honor, they were not -- you know,

16   they're continuing to be hostile towards law enforcement,

17   calling them names, putting the young children -- especially

18   the baby -- in her arms when she walked out, at risk, while

19   she's screaming really bad language to the officers.

20          It just is not an environment that is safe, it is

21   not an environment that's safe for him to even be compliant

22   or for a Pretrial Services Officer to go into.

23          Another thing in the transcript from the detention

24   hearing in Virginia on page 45 of that transcript, the agent

25   did testify about a gun that was found in the bedroom.

1          And, you know, this gun was in a home with two

2     prohibited people.  And with children, with children with

3     special needs, with minor children.  Whoever owned it, it

4     was in the room that belonged to, we believe, would be the

5     father of Ms. Murphy, and it was not in a secure way, it was

6     in a zippered bag in a closet.

7          So this is -- again, we do not believe that it is

8     a safe environment, we believe that the case law supports

9     detention, and these cases where somebody has actually

10    assaulted or attempted to assault law enforcement with a

11    dangerous weapon, and that is a serious consideration and

12    the D.C. Circuit has affirmed the detention of other people

13    who have done that.  So we do still request detention in

14    this case, and we think that there are no conditions of his

15    release that would be safe for the community.

16          THE COURT:  Thank you, Ms. Jafary.

17          Mr. Schiffelbein, would you like to add anything

18    before I rule?

19          MR. SCHIFFELBEIN:  Just briefly, Your Honor.

20          With respect to the District of Columbia

21    Court of Appeals, the standard of review for the District

22    Court bond decisions is not clearly set forth by the

23    statute, and nor, unfortunately, hasn't been made clear in

24    any of the cases found before the Court.

25          THE COURT:  I think the Court of Appeals, it is

```
 1   clear.  But they review for clear error.  They don't review
 2   for --
 3             MR. SCHIFFELBEIN:  That's what they --
 4             THE COURT:  It's not de novo.
 5             MR. SCHIFFELBEIN:  Well, that's what they said
 6   most recently.
 7             Unfortunately, there was no analysis given to that
 8   point.  And in a prior decision involving Paul Manafort just
 9   two years ago, the Court acknowledged that it actually
10   hadn't considered what the standard of review should be.
11   I'll let the Court know that in my research, only the
12   D.C. Circuit and the Fourth Circuit are the ones -- and the
13   Fifth as well -- invoke a clear answer.
14             But the point here being a Court of Appeals
15   decision finding that the District Court did not clearly
16   err, I think has less precedent and less weight for the
17   Court then the Court of Appeals deciding de novo on the same
18   legal issue.
19             In any event, we do have two people who are
20   willing to be third-party custodians that Probation --
21   Pretrial Services has agreed are able to serve as
22   custodians.
23             There's a significant difference between being
24   woken up at 6:00 in the morning to police officers and
25   having gone through court proceedings several times and
```

1    going in front of the judge and being informed of your

2    duties as a third-party custodian.

3          It's my understanding that Sven Anderson has since

4    obtained the ability to secure his firearm.  Mr. Maly didn't

5    even know that the firearm was there.  The transcript,

6    I think, of the detention hearing makes that clear is, when

7    he was questioned by Pretrial Services, he said there

8    weren't any weapons in the home, and then the police found a

9    weapon in Mr. Anderson's house.

10         In any event, there are third-party custodians

11   that are available.  Given the length of time between the

12   alleged incident and now and the presence of third-party

13   custodians, our position is that there are conditions of

14   release that can reasonably assure the safety of the

15   community.

16         THE COURT:  Let me just cut to the chase.

17         I think this is a really close case, obviously a

18   closer case than I usually -- than most.

19         You know, Mr. Maly presents a lot of numerous red

20   flags and a number of factors that weigh heavily in favor --

21   or weigh in favor of detention.

22         There's the conduct itself.  Not only was he part

23   of the riot at the Capitol that day, he picked up canisters

24   and not only picked them up but he sprayed them in the

25   direction of the police officers.  In fact, contrary to what

1    the defense is suggesting, he actually admits in his 302

2    that he sprayed canisters at the police officers, a canister

3    or two, as he admitted.

4           He was there for a long period of time.  You know,

5    he moved from one part of the Capitol complex to that tunnel

6    and was in the midst of probably some of the more disturbing

7    images of what happened that day; that crowd of people that

8    began pushing up against officers trying to enter the

9    Capitol complex through that tunnel.

10          You know, there's also the issue of his

11   convictions.  I mean, he's not -- you know, unlike a lot of

12   folks who come before me, Mr. Maly is not -- doesn't have a

13   clean record.  And there is some recency to it, including

14   some failures to appear, although, as I understand it, they

15   are -- it's not entirely clear to me what any of that means

16   in this context.

17          I guess ultimately the question is, are there

18   conditions of release that would ensure the safety of the

19   community.  And what *Munchel* tells us is not only

20   do you have to consider a danger, you have to ask yourselves

21   danger to do what and in what circumstances might that

22   danger arise.

23          And the question here is, is Mr. Maly likely to

24   re-offend, either in circumstances that are similar to those

25   that happened on January 6th, perhaps not at the same

1  magnitude, but even something more modest than that, or is

2  he even a risk to engage in assaultive behavior toward

3  police officers and law enforcement?

4          And I think at the end of the day where I come out

5  is that there are conditions that will ensure the safety of

6  the community from those two specific risks, short of full

7  pretrial detention.

8          And there are a number of factors in my mind that

9  sort of lead me to that conclusion.

10          The first is with respect to the conduct.  And let

11  me in no way, shape, or form suggest either one of two

12  things; one is that I've viewed the government's video, and

13  I've read his 302 and the government's case against Mr. Maly

14  is strong, the evidence against him is strong.

15          Secondly, none of this should be interpreted to

16  condone or go light on somebody who is accused of assaulting

17  a police officer, not at all.  Nobody should think that for

18  one moment.

19          But against these two considerations, Mr. Maly is

20  presumed innocent at this time, notwithstanding the evidence

21  I've reviewed.  And secondly, you know, liberty is the

22  presumption under the Bail Reform Act and constitutionally,

23  and the government carries a heavy burden not only to

24  demonstrate that somebody is dangerous and poses a danger

25  but that there are no other conditions that will ensure the

1   safety of the community.

2          Some of what he's alleged to do or alleged to have

3   done reduces my concern.  Unlike other cases in which I have

4   held people, Mr. Maly is not alleged to have sort of acted

5   in a conspiratorial fashion with other people.  He's not

6   alleged to have done any planning or preparation for January

7   the 6th, he's not alleged to have engaged in any

8   surreptitious or encrypted communications, he's not engaged,

9   he's not alleged to have armed himself in a premeditated

10  way, at least that's not the evidence before me.  In fact,

11  in his 302, you know, it at least suggests that the spraying

12  of the officers was more a matter of circumstance and

13  opportunity than pre-planning.  And what I mean by that is

14  what he said to the officers is, I found some canisters on

15  the ground and I picked them up and I sprayed the police

16  officers.

17         And so unlike others who I've detained, Mr. Maly

18  doesn't have a lot of the indicia that the Circuit found to

19  be more dangerous; that is, specifically, conspiratorial

20  behavior.  Possession of a weapon, at least in the sense --

21  at least I'm viewing it if somebody who brought a weapon to

22  the fray.  I'm not suggesting that pepper spray is not a

23  dangerous weapon in this context, there's certainly -- the

24  grand jury has determined probable cause that it is.  But

25  that said, this was something that he found on the ground or

1  at least that's what his statement is.  And so this was not

2  something that was pre-planned and done with others;

3  although, you know, he did pass the canister to others in

4  the tunnel, and I've considered that.

5          You know, Mr. Maly, I think it's not for me to

6  ultimately judge your guilt or innocence, that's going to

7  potentially be left for a jury.  But the thing that

8  continues to mystify me about what happened that day is how

9  many people who are otherwise law-abiding, decent people

10 behaved in ways that are really inexplicable.  And I put you

11 in that category notwithstanding your criminal history.

12         I mean, you clearly had a life in which you had

13 some hardship early on, drug addiction and the life, but you

14 also have overcome it and become a law-abiding citizen more

15 recently, and I think you deserve credit for that.  That's

16 what we want people to become.  We don't want people to be

17 defined by their mistakes that they've made in the past.  So

18 I'm not holding your criminal history against you because it

19 is remote.  But, you know, all the hard work you've put in

20 over the years, it's all going poof.  And why?  Because you

21 thought the election was stolen, when all the evidence was

22 to the contrary.  I don't get it.

23         But, again, it's not for me to judge guilt or

24 innocence at this point, I'm just observing what I'm

25 observing based upon the record evidence and who you are, at

1    least what I believe you to be.

2             So here's what I'm going to do.  I will release

3    Mr. Maly and grant the motion.  It will, however, be

4    contingent upon the strictest of conditions.  That means

5    home confinement, monitored by GPS.

6             Ms. Schuck, I don't have all the conditions I've

7    placed on people in the Oath Keepers case, but those are

8    going to be the conditions that are going to be placed on

9    Mr. Maly upon his release, and you can share all those with

10   him and his counsel to make sure they clearly understand

11   what those conditions are.

12            I will add as a condition for Mr. Maly that he

13   will be released to third-party custodians; that is, two

14   parents and common-law wife, all of whom will be responsible

15   for reporting any violations by Mr. Maly of his conditions

16   of release.

17            What this means, Mr. Maly, is that you will be

18   restricted to your house.  It doesn't mean you can go out to

19   work, it doesn't mean you can take the family out for a

20   pizza.  You are going to be restricted to your home until

21   this case resolves itself one way or another.

22            The question before me is, are there less

23   restrictive conditions than confinement that will ensure the

24   safety of the community.  And for the last year, you have

25   been a law-abiding citizen.  You've not engaged in any

1   assaultive behavior.  There's no evidence in front of me

2   that you've even gone to a political protest, although

3   perhaps you share in the same beliefs that you did as of

4   January 6th.  I don't have any record evidence of that one

5   way or another.

6          So for all of those reasons -- oh, and one more

7   reason.  Look, I think the government's made a compelling

8   case here that -- or at least the argument the government's

9   made that there are others involved in the conduct here,

10  notably Mr. Brown, Mr. Brown has been detained, the

11  Court of Appeals affirmed Mr. Brown's detention.  Even

12  though Mr. Brown is charged with one less assaultive conduct

13  and no criminal history, I think the defense is absolutely

14  right on this, that the Bail Reform Act does not allow

15  courts to consider parity of detention determinations.

16  Detention determinations are individual and regrettably --

17  not regrettably, but as a result of that, there's going to

18  be some disparity.

19         And the fact that there's disparate treatment here

20  between District Court judges, to me at least, doesn't favor

21  releasing Mr. Maly or jailing Mr. Maly.  To me, it -- I'll

22  just stop there.  It doesn't mean Mr. Maly should be jailed

23  because somebody else was.

24         And while I take the Court of Appeals decision,

25  it's not -- it was -- bail reform decisions are not binding

1    in the sense that -- I have to apply the principles.  But

2    the fact Mr. Brown was detained and that was affirmed by the

3    Court of Appeals is not sort of binding precedent for

4    Mr. Maly, I still have the discretion, so long as I'm

5    applying the proper factors in considering them and making

6    an individualized determination for him.

7             And I think Mr. Schiffelbein is right, at least in

8    Mr. Brown's case, the D.C. Circuit did review the District

9    Court's determination based on a clear-error standard.  And,

10   you know, weighing the factors, it arguably wasn't clear

11   error, I've just come to a different determination when it

12   comes to Mr. Maly, notwithstanding some of the differences

13   from one of his co-defendants.

14            So that is going to be the decision of the Court.

15   Mr. Maly will remain held until whatever needs to be done is

16   done with respect to the custodians, including any oath that

17   needs to be taken before me.  We'll figure out -- you all

18   can figure out with my Courtroom Deputy whether that is

19   something that can happen, and then we will go from there,

20   okay?

21            I think the question is now, what do we do in

22   terms of scheduling?  Do we have a date in that case for

23   another status conference, is that right, with Mr. Brown?

24            MR. SCHIFFELBEIN:  I think we're currently

25   scheduled for trial in November, unless that was just for

1    Mr. Brown or Mr. --

2           THE COURT:  Is that -- look, you'll forgive me.

3    I don't have --

4           MR. SCHIFFELBEIN:  The Court's in another trial,

5    I understand.

6           THE COURT:  No, no, it's not just that.  I've got

7    a lot of these cases and I don't always know what the next

8    date is.

9           So the next date is --

10          COURTROOM DEPUTY:  Your Honor --

11          THE COURT:  What's that, Mr. Douyon?

12          COURTROOM DEPUTY:  I believe the next date for all

13   parties is April 18th.

14          We also have a matter set for March 7th, but I

15   think that's only for Peter Schwartz.

16          THE COURT:  Okay.

17          So April -- you said April 18th?

18          COURTROOM DEPUTY:  April 18th, that's correct.

19          THE COURT:  Okay.

20          COURTROOM DEPUTY:  At 3:00 p.m.

21          THE COURT:  All right.

22          So that'll be our next court date, Mr. Maly,

23   April 18th, 3:00 p.m.  Unless Mr. Maly will exercise his

24   right to be in person, we'll do that remotely for him.

25          Mr. Schiffelbein, is he prepared to exclude speedy

1    trial until that date?

2              MR. SCHIFFELBEIN:  Yes, Your Honor.

3              THE COURT:  All right.

4              So I will find that the interests of justice

5    outweigh the interests of the defendant and the public in a

6    speedy trial and exclude time until the next court date of

7    April the 18th; specifically, the exclusion of time is

8    warranted to enable the government to make discovery

9    available to Mr. Maly and his counsel, for them to begin

10   review of that discovery, and to begin to prepare a defense

11   and prepare for a potential trial if that's what they wish

12   to do.

13             Mr. Schiffelbein, if we've got a November trial

14   date, I don't remember exactly what all the dates are,

15   obviously that will -- absent some reason that you can't

16   make that trial, that will apply to Mr. Maly as well,

17   because I assume the government is going to want to try all

18   these folks together, and so you ought to make sure your

19   calendar is cleared and those dates are in your calendar,

20   okay?

21             MR. SCHIFFELBEIN:  Already done, Your Honor.

22   Thank you.

23             THE COURT:  Anything further -- yes, Ms. Jafary?

24             MS. JAFARY:  Yes, Your Honor.

25             I would make a motion that the order of release be

1    stayed for at least one week while I pursue potential appeal

2    of this order.

3             THE COURT:  Well, are you telling me you're going

4    to actually appeal it or you're going to think about

5    appealing?

6             MS. JAFARY:  Well, I have to get approval to say

7    I'm going to appeal it, but I am in the process of exploring

8    if we will have that approval.  So I think in a week I would

9    know whether we are or not.

10            THE COURT:  You know, it's an interesting issue.

11   I mean, I've got -- I've not dealt with this question of

12   appeal of a bond-review determination by the government and

13   what that means in terms of whether I should continue to

14   hold somebody.

15            You know, I guess magistrate judges who've been

16   inclined to release folks have held them over if the

17   government has indicated that they are going to appeal the

18   review determination, and I guess that's analogous.

19            I'll give you till Friday, and you'll let me know

20   whether the government is going to appeal or not.  And if

21   the government does appeal -- the reason I'm pausing here

22   is, you know, it seems to me that the same question presents

23   itself whenever any party asks for me to stay a decision and

24   whether the government is sort of -- what the likelihood of

25   success is on appeal and irreparable harm and the like.

```
1            I guess here's what I'm prepared to do.  I'll stay

2    the Order of Release until Friday.  The government will have

3    to let me know by 2:00 on Friday what it intends to do, and

4    then I'll hear from the parties about whether Mr. Maly

5    should remain in jail until the appeal is heard.  Maybe

6    there's some case law or some statute that says that he

7    should be, I'm not sure.

8            But why don't we plan to -- will you all be

9    available at 5:00 on Friday?

10           MR. SCHIFFELBEIN:  I am, Your Honor.

11           MS. JAFARY:  Your Honor, I'm not.  I have a

12   doctor's appointment from 4:00 to 5:00.

13           THE COURT:  Okay.  Let's do 3:00.

14           MS. JAFARY:  Okay.

15           THE COURT:  I can't promise I'll be exactly on

16   time, because I've got both of the Oath Keeper cases back to

17   back that afternoon.

18           COURTROOM DEPUTY:  Your Honor, this is the

19   Courtroom Deputy.

20           It doesn't appear that the facility is available

21   at that time.

22           THE COURT:  When's the facility available?

23           COURTROOM DEPUTY:  Their next availability is 4:00

24   or 4:30.

25           MR. SCHIFFELBEIN:  Your Honor, for that particular
```

1    hearing, I'm prepared to waive the appearance rights of my

2    client just for that particular hearing, if the Court is

3    willing.

4            THE COURT:  It's not a question of -- oh, all

5    right.  Well, if that's the case, then we can do 3:00 if

6    you're prepared to waive.

7            MR. SCHIFFELBEIN:  3:00 is fine with the defense.

8            THE COURT:  Okay.

9            Do you want to confer with Mr. Maly about his

10   right to be there?

11           MR. SCHIFFELBEIN:  If we can just have a minute,

12   that would be helpful.

13           THE COURT:  Okay.

14           Put Mr. Maly in a breakout room with counsel.

15           PRETRIAL SERVICES OFFICER:  Your Honor, this is

16   Pretrial Services.

17           While we're waiting, Pretrial just needs

18   clarification regarding the home confinement.

19           THE COURT:  Why don't we wait for counsel and

20   Mr. Maly to come back in and then we can address that.

21           PRETRIAL SERVICES OFFICER:  Okay.  Yes,

22   Your Honor.

23           THE COURT:  Why don't you go ahead, Ms. Schuck.

24           COURTROOM DEPUTY:  Your Honor, Mr. Maly is still

25   not back.

```
1              THE COURT:  Oh, okay.

2              COURTROOM DEPUTY:  It will take 51 seconds,

3    according to the counter.

4              THE COURT:  Mr. Maly is back.

5              Before we just -- I want to just add two more

6    things to the record as I'm thinking about it.  One is, with

7    respect to the weapon that was found at the house, there was

8    no evidence that that weapon belonged to Mr. Maly, it wasn't

9    in the room that he occupies, there's no evidence presented

10   before me that he was aware of it.  If that was his weapon,

11   my thinking would be very different.  But given the absence

12   of any evidence to support his knowledge of a weapon, let

13   alone his possession of it, you know, I don't think that

14   factor should be held against him.  It's regrettable that

15   his father-in-law, let's call him that, doesn't know how to

16   secure a weapon in a house of children, but that's not on

17   Mr. Maly.

18             Secondly, with respect to the common-law wife and

19   her reaction to law enforcement when they came into arrest

20   Mr. Maly, you know, look, it wasn't an ideal reaction, but,

21   you know, the circumstances are such that it wouldn't be a

22   surprise for somebody to react that way spontaneously.

23   You know, you can see that it's still dark outside, early

24   morning hours, there are a number of law enforcement

25   officials there, obviously caught the family by surprise.
```

1    And none of it excuses the behavior or the kind of comments

2    that she made, but it does at least put it in some context,

3    and I don't think that that ought to be a reason to

4    disqualify to her as a custodian.  And given that her

5    parents are going to be custodians as well, it sort of

6    mitigates my concern even further.

7                All right.  Mr. Schiffelbein, in terms of the

8    third party -- I'm sorry, 3:00 hearing and your client

9    waiving his right to appear?

10               MR. SCHIFFELBEIN:  He is waiving his right to

11   appear at the 3:00 hearing on Friday, your Honor.

12               THE COURT:  Okay.  All right.

13               So let's reconvene Friday at 3:00 and we'll see

14   where we are.

15               You know, perhaps if the government is going to

16   appeal, I guess I'd like to hear from both sides.  And if

17   anybody has any case law about what standard I ought to

18   apply in terms of granting the government's stay on this

19   kind of review, I'm happy to hear it, I've just never

20   confronted this before.  So if you've got something, be

21   prepared to talk about it, okay?

22               MS. JAFARY:  Thank you.

23               And, Your Honor, if I find out in advance of that

24   hearing that we will not be appealing the order, would it be

25   acceptable to email your case manager and opposing counsel

1   and let everybody know?

2          THE COURT:  What I'd ask you to do, Ms. Jafary,

3   just given that you've said on the record that the

4   government is contemplating an appeal, just file a notice.

5   If the government does decide that they're not going to

6   appeal, putting something on the docket as a notice would be

7   preferable in this situation.

8          MS. JAFARY:  If I find out before the hearing,

9   I will do that as soon as possible.

10          THE COURT:  Okay.

11          All right.  Is there anything else we need to take

12   up this afternoon?

13          MS. JAFARY:  Nothing from the government.

14   Thank you.

15          PRETRIAL SERVICES OFFICER:  Yes, Your Honor.

16          THE COURT:  Oh, yes, Ms. Schuck, you had asked a

17   question and I put you on hold for a minute.

18          PRETRIAL SERVICES OFFICER:  No problem.

19   Thank you, Your Honor.

20          Just in regards to home confinement, is Your Honor

21   placing the defendant on home detention or home

22   incarceration?

23          Home detention allows an individual out for

24   employment, education, and other things approved by the

25   probation office, where home incarceration, it's only for

1    medical necessity and court appearances.

2              THE COURT:  Yeah, it's the latter.  I always get

3    the lingo confused.

4              PRETRIAL SERVICES OFFICER:  Okay.

5              THE COURT:  No.  It is home incarceration; that

6    is, he needs to be in his home 24 hours a day, seven days a

7    week, with the only limited exceptions being those that

8    you've identified.

9              And obviously critical to that is no weapons in

10   the house.  And the other conditions, Ms. Schuck, that were

11   placed on the defendants in the Oath Keepers cases, those

12   strict conditions, you know, no communications on encrypted

13   devices, encrypted apps, and the like.  I just don't have

14   the language in front of me.

15             PRETRIAL SERVICES OFFICER:  I have that language.

16             The other thing we would request, just because

17   it's home incarceration, should the Western District of

18   Virginia feel the need to drug test any subsequent

19   treatment -- substance abuse treatment, if it's needed, that

20   the defendant be authorized to leave the residence for those

21   specific reasons, that we include that in the order?

22             THE COURT:  Yeah.  Look, let's put it this way.

23   Yes.  But if Mr. Maly tests positive, he's not going to be

24   living at that house very long.

25             PRETRIAL SERVICES OFFICER:  Thank you, Your Honor.

1          THE COURT:  Okay?

2          I mean, this is not a circumstance where I'm

3   prepared -- I shouldn't get over my skis, but Mr. Maly is on

4   a very, very short leash, and any violation of the pretrial

5   conditions could result in a very quick return to where he

6   is right now, okay?

7          Anything else?

8          MR. SCHIFFELBEIN:  Nothing further from the

9   defense, Your Honor.

10          THE COURT:  I guess either way, let's make sure we

11   appear at 3:00 on Friday, because even if the government

12   doesn't -- and I don't know, Ms. Jafary, whether you need to

13   be there, but even if the government is not going to appeal,

14   I do need to -- I guess I need to have the third-party

15   custodians sworn before me; is that right?

16          Ms. Schuck, did we lose you?

17          PRETRIAL SERVICES OFFICER:  Yes, Your Honor, the

18   third-party custodians need to be sworn on the record.

19          THE COURT:  Okay.  Before me.  Right.  Okay.  Of

20   course.

21          PRETRIAL SERVICES OFFICER:  Yes, Your Honor.

22          THE COURT:  So let's plan either way to gather at

23   3:00 on Friday and we'll see where we go from there, okay?

24          MS. JAFARY:  Thank you very much.

25          MR. SCHIFFELBEIN:  Thank you, Your Honor.

1          (Proceedings concluded at 5:27 p.m.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Please note:  This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.


Date:__March 4, 2022_____        

William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [15]** 3/2 3/12 7/8 7/16 7/18 7/21 12/8 24/10 24/12 24/18 24/20 27/18 27/23 28/24 29/2
**MR. SCHIFFELBEIN: [19]** 4/14 9/24 10/2 10/7 12/1 14/19 15/3 15/5 23/24 24/4 25/2 25/21 27/10 27/25 28/7 28/11 30/10 33/8 33/25
**MS. JAFARY: [9]** 4/12 25/24 26/6 27/11 27/14 30/22 31/8 31/13 33/24
**MS. ROBIN: [12]** 12/17
**PRETRIAL SERVICES OFFICER: [25]** 4/21 5/5 5/12 5/24 6/7 6/12 6/16 6/21 6/25 8/4 8/8 8/15 8/18 9/4 9/8 9/14 28/15 28/21 31/15 31/18 32/4 32/15 32/25 33/17 33/21
**THE COURT: [66]**
**THE DEFENDANT: [1]** 3/16

**0**

**0888 [1]** 1/20

**1**

**178 [1]** 1/4
**18th [5]** 24/13 24/17 24/18 24/23 25/7
**19 [1]** 35/6

**2**

**20 [1]** 12/11
**20-20 [1]** 12/11
**20001 [1]** 2/6
**2001 [1]** 1/14
**202 [1]** 2/6
**2022 [2]** 1/5 35/10
**21-178 [1]** 1/4
**21-178-3 [1]** 3/3
**210 [1]** 1/19
**211 [1]** 1/14
**226-9632 [1]** 1/15
**24 [1]** 32/6
**24011 [1]** 1/20
**2:00 [1]** 27/3

**3**

**302 [4]** 3/22 17/1 18/13 19/11
**313 [1]** 1/15
**3249 [1]** 2/6
**333 [1]** 2/5
**354-3249 [1]** 2/6
**3:00 [10]** 24/20 24/23 27/13 28/5 28/7 30/8 30/11 30/13 33/11 33/23

**4**

**400 [1]** 1/19

**4501 [1]** 1/3
**48226 [1]** 1/15
**4:00 [2]** 27/12 27/23
**4:30 [1]** 27/24
**4:41 [1]** 1/6

**5**

**51 [1]** 29/2
**540 [1]** 1/20
**5:00 [2]** 27/9 27/12
**5:27 [1]** 34/1

**6**

**6:00 [1]** 15/24
**6th [3]** 17/25 19/7 22/4

**7**

**777-0888 [1]** 1/20
**7th [1]** 24/14

**9**

**9632 [1]** 1/15

**A**

**abiding [3]** 20/9 20/14 21/25
**ability [1]** 16/4
**able [2]** 7/18 15/21
**about [11]** 3/11 4/11 6/20 13/25 20/8 26/4 27/4 28/9 29/6 30/17 30/21
**above [1]** 35/4
**above-titled [1]** 35/4
**absence [1]** 29/11
**absent [1]** 25/15
**absolutely [2]** 22/13
**abuse [1]** 32/19
**acceptable [1]** 30/25
**access [1]** 12/10
**according [1]** 29/3
**accused [1]** 18/16
**acknowledged [1]** 15/9
**Act [2]** 18/22 22/14
**acted [1]** 19/4
**actually [4]** 14/9 15/9 17/1 26/4
**add [4]** 4/17 14/17 21/12 29/5
**addiction [1]** 20/13
**additional [1]** 3/21
**address [2]** 12/18 28/20
**admits [1]** 17/1
**admitted [1]** 17/13
**advance [1]** 30/23
**affirmed [3]** 14/12 22/11 23/2
**afternoon [4]** 3/2 4/21 27/17 31/12
**again [2]** 14/7 20/23
**against [6]** 17/8 18/13 18/14 18/19 20/18 29/14
**agent [1]** 13/24
**ago [1]** 15/9
**agreed [1]** 15/21
**ahead [2]** 7/4 28/23

**all [30]** 3/11 3/15 3/19 4/23 5/4 6/19 7/20 7/23 12/21 13/8 13/12 18/17 20/19 20/20 20/21 21/6 21/9 21/14 22/6 23/17 24/12 24/21 25/3 25/14 25/17 27/8 28/4 30/7 30/12 31/11
**all right [2]** 3/15 30/7
**alleged [7]** 16/12 19/2 19/2 19/4 19/6 19/7 19/9
**allow [3]** 5/9 5/10 22/14
**allows [1]** 31/23
**alone [1]** 29/13
**Already [1]** 25/21
**also [5]** 4/8 7/9 17/10 20/14 24/14
**although [3]** 17/14 20/3 22/2
**always [2]** 24/7 32/2
**am [2]** 26/7 27/10
**AMERICA [2]** 1/3 3/3
**AMIT [1]** 1/10
**analogous [1]** 26/18
**analysis [1]** 15/7
**Anderson [5]** 5/6 6/1 6/4 13/10 16/3
**Anderson's [2]** 5/8 16/9
**another [5]** 13/23 21/21 22/5 23/23 24/4
**answer [1]** 15/13
**any [16]** 14/24 15/19 16/8 16/10 17/15 19/6 19/7 21/15 21/25 22/4 23/16 26/23 29/12 30/17 32/18 33/4
**anybody [1]** 30/17
**anyone [1]** 12/9
**anything [7]** 4/17 6/20 12/15 14/17 25/23 31/11 33/7
**Anyway [1]** 3/15
**appeal [13]** 26/1 26/4 26/7 26/12 26/17 26/20 26/21 26/25 27/5 30/16 31/4 31/6 33/13
**appealing [2]** 26/5 30/24
**Appeals [7]** 14/21 14/25 15/14 15/17 22/11 22/24 23/3
**appear [5]** 17/14 27/20 30/9 30/11 33/11
**appearance [1]** 28/1
**appearances [3]** 1/12 2/1 32/1
**appearing [1]** 3/8
**apply [3]** 23/1 25/16 30/18
**applying [1]** 23/5
**appointment [1]** 27/12
**appreciating [1]** 7/2
**approval [2]** 26/6 26/8
**approved [1]** 31/24

**April [6]** 24/13 24/17 24/17 24/18 24/23 25/7
**April 18th [1]** 24/23
**are [43]**
**arguably [1]** 23/10
**argue [1]** 12/15
**argument [1]** 22/8
**arise [1]** 17/22
**armed [1]** 19/9
**arms [1]** 13/18
**arrest [4]** 3/23 3/24 4/5 29/19
**arrived [1]** 4/4
**as [29]** 3/23 3/23 3/24 3/25 4/2 4/7 4/9 4/9 5/2 5/7 5/21 5/22 7/10 15/13 15/21 16/2 17/3 17/14 21/12 22/3 22/17 23/4 25/16 29/6 30/4 30/5 31/6 31/9 31/9
**ask [4]** 4/16 4/16 17/20 31/2
**asked [2]** 4/8 31/16
**asks [1]** 26/23
**assault [1]** 14/10
**assaulted [1]** 14/10
**assaulting [1]** 18/16
**assaultive [3]** 18/2 22/1 22/12
**assume [1]** 25/17
**assure [1]** 16/14
**attempted [1]** 14/10
**authorized [1]** 22/10
**availability [1]** 27/23
**available [5]** 16/11 25/9 27/9 27/20 27/22
**Avenue [1]** 2/5
**aware [2]** 13/12 29/10

**B**

**baby [1]** 13/18
**back [7]** 3/19 7/6 27/16 27/17 28/20 28/25 29/4
**bad [1]** 13/19
**bag [1]** 14/6
**bail [3]** 18/22 22/14 22/25
**Barrett [1]** 2/5
**based [2]** 20/25 23/9
**be [53]**
**because [12]** 5/3 6/6 6/9 6/10 6/17 20/18 20/20 22/23 25/17 27/16 32/16 33/11
**become [2]** 20/14 20/16
**bedroom [1]** 13/25
**been [8]** 4/19 5/16 5/18 13/12 14/23 21/25 22/10 26/15
**before [14]** 1/10 12/15 14/18 14/24 17/12 19/10 21/22 23/4 25/9 29/10 30/20 31/8 33/15 33/19
**began [1]** 17/8
**begin [2]** 25/9 25/10

**behalf [1]** 3/7

**behaved [1]** 20/10
**behavior [4]** 18/2 19/20 22/1 30/1
**being [6]** 13/6 13/14 15/14 15/23 16/1 32/7
**beliefs [1]** 22/3
**believe [7]** 7/9 12/19 14/4 14/7 14/8 21/1 24/12
**belonged [2]** 14/4 29/8
**benjamin [3]** 1/17 1/21 3/6
**between [3]** 15/23 16/11 22/20
**binding [2]** 22/25 23/3
**bond [3]** 1/9 14/22 26/12
**bond-review [1]** 26/12
**both [3]** 4/10 27/16 30/16
**breakout [1]** 5/13 6/22 28/14
**briefly [1]** 14/19
**broadcast [1]** 12/12
**brought [1]** 19/21
**Brown [6]** 22/10 22/10 22/12 23/2 23/23 24/1
**Brown's [2]** 22/11 23/8
**burden [1]** 18/23

**C**

**calendar [2]** 25/19 25/19
**call [2]** 7/10 29/15
**calling [1]** 13/17
**calm [1]** 13/10
**came [1]** 29/19
**can [16]** 3/15 3/16 3/16 6/21 13/9 16/14 21/9 21/18 21/19 23/18 23/19 28/5 28/11 28/20 29/23
**can't [5]** 3/10 6/22 13/11 25/15 27/15
**canister [2]** 17/2 20/3
**canisters [1]** 16/23 17/2 19/14
**Capitol [4]** 13/13 16/23 17/5 17/9
**carries [1]** 18/8
**case [15]** 3/3 14/8 14/14 16/17 16/18 18/13 21/7 21/24 22/8 23/8 23/22 27/6 28/5 30/17 30/25
**cases [6]** 14/9 14/24 19/3 24/7 27/16 32/11
**category [1]** 20/11
**caught [1]** 29/25
**cause [1]** 19/24
**certainly [1]** 19/23
**Certified [1]** 2/4
**certify [1]** 35/2
**CH [1]** 2/5
**change [1]** 3/13
**charged [1]** 22/12
**chase [1]** 16/16

# C

**children [5]** 13/17 14/2 14/2 14/3 29/16
**Christine [3]** 2/2 3/7 4/22
**Circuit [5]** 14/12 15/12 15/12 19/18 23/8
**circumstance [2]** 19/12 33/2
**circumstances [3]** 17/21 17/24 29/21
**citizen [4]** 5/10 6/11 20/14 21/25
**clarification [3]** 4/16 7/6 28/18
**clarify [1]** 7/9
**Claude [1]** 12/8
**clean [1]** 17/13
**clear [11]** 6/9 7/22 12/22 14/23 15/1 15/1 15/13 16/6 17/15 23/9 23/10
**clear answer [1]** 15/13
**clear-error [1]** 23/9
**cleared [1]** 25/19
**clearly [4]** 14/22 15/15 20/12 21/10
**client [2]** 28/2 30/8
**close [1]** 16/17
**closer [1]** 16/18
**closet [1]** 14/6
**co [1]** 23/13
**co-defendants [1]** 23/13
**COLUMBIA [2]** 1/1 14/20
**come [4]** 17/12 18/4 23/11 28/20
**comes [1]** 23/12
**comments [2]** 4/5 30/1
**common [8]** 4/1 4/9 4/20 5/1 5/16 5/17 21/14 29/18
**common-law [8]** 4/1 4/9 4/20 5/1 5/16 5/17 21/14 29/18
**communications [2]** 19/8 32/12
**community [6]** 14/15 16/15 17/19 18/6 19/1 21/24
**compelling [1]** 22/7
**complex [2]** 17/5 17/9
**compliance [1]** 13/6
**compliant [1]** 13/21
**computer [1]** 2/8
**computer-aided [1]** 2/8
**concern [2]** 19/3 30/6
**concluded [1]** 34/1
**conclusion [1]** 18/9
**condition [1]** 21/12
**conditions [14]** 14/14 16/13 17/18 18/5 18/25 21/4 21/6 21/8 21/11 21/15 21/23 32/10 32/12 33/5
**condone [1]** 18/16

**conduct [4]** 17/12 17/22 18/10 22/9 22/12
**confer [1]** 28/9
**conference [1]** 23/23
**confinement [4]** 21/5 21/23 28/18 31/20
**confronted [1]** 30/20
**confused [2]** 6/6 32/3
**consider [2]** 17/20 22/15
**consideration [2]** 12/16 14/11
**considerations [1]** 18/19
**considered [2]** 15/10 20/4
**considering [1]** 23/5
**conspiratorial [2]** 19/5 19/19
**Constitution [1]** 2/5
**constitutionally [1]** 18/22
**contemplating [1]** 31/4
**context [3]** 17/16 19/23 30/2
**contingent [1]** 21/4
**continuation [1]** 3/19
**continue [1]** 26/13
**CONTINUED [1]** 2/1
**continues [1]** 20/8
**continuing [1]** 13/16
**contrary [2]** 16/25 20/22
**convictions [1]** 17/11
**correct [5]** 4/23 6/13 7/16 24/18 35/3
**correctly [1]** 4/19
**could [1]** 33/5
**counsel [7]** 4/10 4/17 21/10 25/9 28/14 28/19 30/25
**counter [1]** 29/3
**course [1]** 33/20
**court [29]** 1/1 2/3 2/4 5/6 6/2 6/4 12/7 12/22 14/21 14/22 14/24 14/25 15/9 15/11 15/14 15/15 15/17 15/17 15/25 22/11 22/20 22/24 23/3 23/14 24/22 25/6 28/2 32/1 35/7
**Court's [2]** 23/9 24/4
**courtroom [4]** 7/21 12/9 23/18 27/19
**courts [1]** 22/15
**COVID [1]** 35/6
**COVID-19 [1]** 35/6
**CR [1]** 1/4
**credit [1]** 20/15
**crimes [1]** 13/14
**criminal [4]** 3/3 20/11 20/18 22/13
**critical [1]** 32/9
**crowd [1]** 17/7
**CRR [2]** 35/2 35/11
**currently [1]** 23/24
**custodian [3]** 5/2 16/2 30/4

**custodians [1]** 5/2
**cut [1]** 16/16

# D

**D.C [2]** 1/5 2/6
**D.C. [3]** 14/12 15/12 23/8
**D.C. Circuit [3]** 14/12 15/12 23/8
**danger [4]** 17/20 17/21 17/22 18/24
**dangerous [4]** 14/11 18/24 19/19 19/23
**dark [1]** 29/23
**date [9]** 23/22 24/8 24/9 24/12 24/22 25/1 25/6 25/14 35/10
**dates [2]** 25/14 25/19
**day [5]** 16/23 17/7 18/4 20/8 32/6
**days [1]** 32/6
**de [2]** 15/4 15/17
**dealt [1]** 26/11
**decent [1]** 20/9
**decide [1]** 31/5
**deciding [1]** 15/17
**decision [5]** 15/8 15/15 22/24 23/14 26/23
**decisions [2]** 14/22 22/25
**defendant [6]** 1/7 1/17 5/9 25/5 31/21 32/20
**defendant's [1]** 3/8
**defendants [2]** 23/13 32/11
**DEFENDER [1]** 1/18
**defense [6]** 3/6 17/1 22/13 25/10 28/7 33/9
**defer [1]** 5/6
**deferring [4]** 6/1 6/3 6/14 6/16
**defined [2]** 20/17
**demonstrate [1]** 18/24
**Deputy [3]** 12/9 23/18 27/19
**deserve [1]** 20/15
**detained [3]** 19/17 22/10 23/2
**detention [16]** 3/20 12/23 13/1 13/3 13/23 14/9 14/12 14/13 16/6 16/21 18/7 22/11 22/15 22/16 31/21 31/23
**determination [5]** 23/6 23/9 23/11 26/12 26/18
**determinations [2]** 22/15 22/16
**determined [3]** 5/16 5/18 19/24
**Detroit [1]** 1/15
**devices [1]** 32/13
**did [8]** 4/10 4/12 13/25 15/15 20/3 22/3 23/8
**didn't [1]** 16/4

**differences [1]** 23/12
**different [3]** 5/15 23/11 29/11
**direction [1]** 16/25
**discovery [2]** 25/8 25/10
**discretion [1]** 23/4
**discuss [2]** 6/21 6/22
**discussed [1]** 5/7
**discussion [1]** 5/13
**disparate [1]** 22/19
**disparity [1]** 22/18
**disqualify [3]** 5/3 5/22 30/4
**DISTRICT [10]** 1/1 1/1 1/10 1/18 14/20 14/21 15/15 22/20 23/8 32/17
**disturbing [1]** 17/6
**do [24]** 4/18 7/4 7/14 13/2 14/7 14/13 15/19 17/20 17/21 19/2 21/2 23/21 23/21 23/22 24/24 25/12 27/1 27/3 27/13 28/5 28/9 31/2 31/9 33/14
**do you have [1]** 17/20
**docket [1]** 31/6
**doctor's [1]** 27/12
**does [10]** 5/1 5/2 5/5 5/20 12/19 12/25 22/14 26/21 30/2 31/5
**doesn't [9]** 17/12 19/18 21/18 21/19 22/20 22/22 27/20 29/15 32/13
**DOJ [1]** 1/13
**DOJ-USAO [1]** 1/13
**don't [16]** 6/19 15/1 20/16 20/22 21/6 22/4 24/3 24/7 25/14 27/8 28/19 28/23 29/13 30/3 32/13 33/12
**done [9]** 4/8 4/10 14/13 19/3 19/6 20/2 23/15 23/16 25/21
**Douyon [1]** 24/11
**down [1]** 13/11
**drug [2]** 20/13 32/18
**dual [1]** 6/11
**during [1]** 35/5
**duties [1]** 16/2

# E

**early [3]** 4/4 20/13 29/23
**education [1]** 31/24
**either [5]** 12/15 17/24 18/11 33/10 33/22
**election [1]** 20/21
**eligible [5]** 5/17 5/18 5/21 5/22 6/2
**else [3]** 22/23 31/11 33/7
**email [7]** 1/16 1/21 4/11 5/7 6/3 6/23 30/25
**employment [1]** 31/24
**enable [1]** 25/8

**encrypted [3]** 19/8 32/12 32/13
**end [1]** 18/4
**enforcement [6]** 13/7 13/16 14/10 18/3 29/19 29/24
**engage [1]** 18/2
**engaged [3]** 19/7 19/8 21/25
**engaging [1]** 13/13
**ensure [4]** 17/18 18/15 18/25 21/23
**enter [1]** 17/8
**entirely [1]** 17/15
**environment [3]** 13/20 13/21 14/8
**err [1]** 15/16
**error [2]** 15/1 23/9 23/11
**especially [1]** 13/17
**even [10]** 13/9 13/21 16/5 18/1 18/22 22/2 22/11 30/6 33/11 33/13
**event [2]** 15/19 16/10
**everybody [1]** 31/1
**everyone [1]** 4/23
**everything [1]** 12/22
**evidence [11]** 3/22 18/14 18/20 19/10 20/21 20/25 22/1 22/4 29/8 29/9 29/12
**exactly [2]** 25/14 27/15
**exceptions [1]** 32/7
**exclude [2]** 24/25 25/6
**exclusion [1]** 25/7
**excuses [1]** 30/1
**exercise [1]** 24/23
**exploring [1]** 26/7
**expressed [1]** 4/6

# F

**Facebook [1]** 4/3
**facility [2]** 27/20 27/22
**fact [6]** 5/1 5/20 16/25 19/10 22/19 23/2
**factor [1]** 29/14
**factors [4]** 16/20 18/8 23/5 23/10
**failures [1]** 17/14
**family [4]** 13/8 13/11 21/19 29/25
**fashion [1]** 19/5
**father [5]** 4/19 6/11 6/15 14/5 29/15
**favor [3]** 16/20 16/21 22/20
**FBI [3]** 3/22 4/4 4/4
**fd.org [1]** 1/21
**FEDERAL [1]** 1/18
**feel [1]** 32/18
**few [1]** 7/5
**Fifth [1]** 15/13
**figure [2]** 23/17 23/18
**file [1]** 31/4
**find [3]** 25/4 30/23 31/8
**finding [1]** 15/15
**fine [1]** 28/7
**firearm [2]** 16/4 16/5

**F**

**first [3]** 1/19 12/21 18/10
**flags [1]** 16/20
**folks [3]** 17/12 25/18 26/16
**foregoing [1]** 35/3
**forgive [1]** 24/2
**form [1]** 18/11
**Fort [1]** 1/14
**forth [1]** 14/22
**found [7]** 13/25 14/24 16/8 19/14 19/18 19/25 29/7
**Fourth [1]** 15/12
**fray [1]** 19/22
**Friday [8]** 26/19 27/2 27/3 27/9 30/11 30/13 33/11 33/23
**front [3]** 16/1 22/1 32/14
**full [1]** 18/6
**fully [1]** 7/2
**further [5]** 5/12 12/15 25/23 30/6 33/8

**G**

**gather [1]** 33/22
**get [4]** 20/22 26/6 32/2 33/3
**girlfriend [1]** 13/10
**give [1]** 26/19
**given [5]** 15/7 16/11 29/11 30/4 31/3
**go [10]** 7/4 7/4 7/6 13/1 13/22 18/16 21/18 23/19 28/23 33/23
**go ahead [1]** 7/4
**going [21]** 13/13 16/1 20/6 20/20 21/2 21/8 21/8 21/20 22/17 23/14 25/17 26/3 26/4 26/7 26/17 26/20 30/5 30/15 31/5 32/23 33/13
**gone [2]** 15/25 22/2
**Good [2]** 3/2 4/21
**got [5]** 24/6 25/13 26/11 27/16 30/20
**gotten [1]** 7/6
**government [20]** 1/13 3/5 3/22 3/25 12/19 18/23 25/8 25/17 26/12 26/17 26/20 26/21 26/24 27/2 30/15 31/4 31/5 31/13 33/11 33/13
**government's [5]** 18/12 18/13 22/7 22/8 30/18
**GPS [1]** 21/5
**grand [1]** 19/24
**grant [1]** 21/3
**granting [1]** 30/18
**Great [1]** 7/23
**ground [2]** 19/15 19/25
**guess [8]** 4/18 17/17 26/15 26/18 27/1 30/16 33/10 33/14
**guilt [2]** 20/6 20/23

**H**

**had [4]** 4/6 20/12 20/12 31/16
**hadn't [1]** 15/10
**happen [1]** 23/19
**happened [4]** 13/8 17/7 17/25 20/8
**happy [1]** 30/19
**hard [1]** 20/19
**hardship [1]** 20/13
**hariri [2]** 1/13 1/16
**harm [1]** 26/25
**has [11]** 12/23 13/11 14/9 14/12 15/16 15/21 16/3 19/24 22/10 26/17 30/17
**hasn't [1]** 14/23
**have [34]** 3/13 5/17 12/18 13/1 14/13 15/19 17/12 17/20 17/20 19/2 19/3 19/4 19/6 19/7 19/9 19/18 20/14 21/6 21/24 22/4 23/1 23/4 23/22 24/3 24/14 24/6 26/8 26/16 27/2 27/11 28/11 32/13 32/15 33/14
**having [1]** 15/25
**he [23]** 4/1 16/7 16/7 16/22 16/23 16/24 17/1 17/2 17/3 17/4 17/5 18/2 19/14 19/25 20/3 21/12 24/25 27/6 29/9 29/10 30/10 32/6 33/5
**he said [2]** 16/7 19/14
**he's [8]** 13/2 17/11 19/2 19/5 19/7 19/8 19/9 32/23
**hear [7]** 3/10 3/15 7/18 13/9 27/4 30/16 30/19
**heard [1]** 27/5
**hearing [12]** 1/9 3/9 3/20 13/24 16/6 28/1 28/2 30/8 30/11 30/24 31/8 35/5
**heavily [1]** 16/20
**heavy [1]** 18/23
**held [5]** 3/20 19/4 23/15 26/16 29/14
**helpful [1]** 28/12
**her [9]** 4/2 4/5 4/5 4/9 13/11 13/18 29/19 30/4 30/4
**here [6]** 15/14 17/23 22/8 22/9 22/19 26/21
**here's [2]** 21/2 27/1
**him [7]** 13/21 18/14 21/10 23/6 24/24 29/14 29/15
**himself [1]** 19/9
**his [22]** 3/24 14/14 16/4 17/1 17/10 18/13 19/11 20/1 21/9 21/10 21/15 23/13 24/23 25/9 25/11 25/9 29/19 29/21 29/24 29/24 32/6

**hold [2]** 26/14 31/17
**holding [1]** 20/18
**home [13]** 14/1 16/8 21/5 21/20 28/18 31/20 31/21 31/21 31/23 31/25 32/5 32/6 32/17
**Honor [31]** 3/2 3/10 4/12 4/14 4/22 7/8 12/17 13/4 13/15 14/19 24/10 25/2 25/21 25/24 27/10 27/11 27/18 27/25 28/15 28/22 28/24 30/11 30/23 31/15 31/19 31/20 32/25 33/9 33/17 33/21 33/25
**HONORABLE [1]** 1/10
**hostile [1]** 13/16
**hostility [1]** 13/6
**hours [2]** 29/24 32/6
**house [8]** 4/4 13/2 16/9 21/18 29/7 29/16 32/10 32/24
**household [1]** 4/24
**how [3]** 3/11 20/8 29/15
**however [1]** 21/3

**I**

**I am [2]** 26/7 27/10
**I assume [1]** 25/17
**I believe [3]** 7/9 21/1 24/12
**I can [1]** 6/21
**I can't [2]** 3/10 27/15
**I did [1]** 4/12
**I don't [4]** 24/7 25/14 29/13 30/3
**I don't have [3]** 21/6 22/4 24/3
**I don't know** [1] 6/19
**I guess [7]** 4/18 17/17 26/18 27/1 30/16 33/10 33/14
**I have [6]** 3/13 19/3 23/1 26/6 27/11 32/15
**I just [1]** 32/13
**I mean [4]** 17/11 19/13 26/11 33/2
**I should [1]** 26/13
**I think [14]** 3/20 13/5 13/6 14/25 15/16 16/6 16/17 18/4 20/15 22/7 22/13 23/7 23/21 23/24
**I understand [2]** 17/14 24/5
**I want [3]** 4/10 12/21 29/5
**I will [4]** 21/2 21/12 25/4 31/9
**I'd [3]** 12/9 30/16 31/2
**I'll [7]** 4/16 15/11 22/21 26/19 27/1 27/4 27/15
**I'm [21]** 6/6 6/9 7/2 7/13 19/21 19/24 20/18 20/24 20/24 21/2 23/4

**history [4]** 26/11 27/3 22/13
**hold [2]** 26/14 31/17
**I'm going [2]** 21/2 26/7
**I'm just [2]** 6/6 20/24
**I'm not [3]** 19/22 20/18 27/11
**I've [15]** 3/21 3/24 4/6 18/12 18/13 18/21 19/17 20/4 21/6 23/11 24/6 26/11 26/11 27/16 30/19
**ideal [1]** 29/20
**identified [1]** 4/20 5/19 32/8
**images [1]** 17/7
**incarceration [4]** 31/22 31/25 32/5 32/17
**incident [1]** 16/12
**inclined [1]** 26/16
**include [2]** 12/23 32/21
**including [2]** 17/13 23/16
**indicated [1]** 26/17
**indicia [1]** 19/18
**individual [2]** 22/16 31/23
**individualized [1]** 23/6
**individually [1]** 5/25
**ineligible [2]** 5/2 5/20
**inexplicable [1]** 20/10
**information [1]** 6/17
**informed [1]** 16/1
**innocence [2]** 20/6 20/24
**innocent [1]** 18/20
**intends [1]** 27/3
**interesting [1]** 26/10
**interests [2]** 25/4 25/5
**interim [1]** 3/21
**interpreted [1]** 18/15
**interrupt [1]** 6/10
**interview [1]** 4/8
**invoke [1]** 15/13
**involved [1]** 22/9
**involving [1]** 15/8
**irreparable [1]** 26/25
**is [99]**
**Is there [1]** 31/11
**issue [3]** 15/18 17/10 26/10
**it [54]**
**it's [19]** 4/18 6/11 13/11 15/14 16/3 17/15 20/5 20/20 20/23 22/25 24/6 26/10 28/4 29/14 29/23 31/25 32/2 32/17 32/19
**itself [3]** 16/22 21/21 26/23

**J**

**Jafary [6]** 1/13 3/5 14/16 25/23 31/2 33/7
**Jafary-Hariri [1]** 1/13
**jail [1]** 27/5
**jailed [1]** 22/22
**jailing [1]** 22/21

**January [3]** 17/25 19/6 22/4
**January 6th [1]** 22/4
**Jean [1]** 12/8
**Jean-Claude [1]** 12/8
**judge [5]** 1/10 12/9 16/1 20/6 20/23
**Judge Mehta's [1]** 12/9
**judges [2]** 22/20 26/15
**jury [2]** 19/24 20/1
**just [29]** 4/15 5/19 6/6 6/9 7/2 7/4 7/8 13/5 13/11 13/20 14/19 15/8 16/16 20/24 22/22 23/11 23/25 24/6 28/2 28/11 28/17 29/5 29/5 30/19 31/3 31/4 31/20 32/13 32/16 33/12
**justice [1]** 25/4

**K**

**Keeper [1]** 27/16
**Keepers [2]** 21/7 32/11
**kind [2]** 30/1 30/19
**know [34]** 5/8 6/19 13/4 13/14 13/15 14/1 15/11 16/5 16/19 17/4 17/10 17/11 18/21 19/11 20/3 20/5 20/19 23/10 24/7 26/9 26/10 26/15 26/19 26/22 27/3 29/13 29/15 29/20 29/21 29/23 30/15 31/1 32/12 33/12
**knowledge [1]** 29/12

**L**

**language [3]** 13/19 32/14 32/15
**last [1]** 21/24
**latter [1]** 32/2
**law [21]** 4/1 4/9 4/20 5/1 5/16 5/17 13/7 13/16 14/8 14/10 18/3 20/9 20/14 21/14 21/25 27/6 29/15 29/18 29/19 29/24 30/17
**law-abiding [3]** 20/9 20/14 21/25
**lead [1]** 18/9
**leash [1]** 33/4
**least [14]** 4/2 13/12 13/14 19/10 19/11 19/20 19/21 20/1 21/1 22/8 22/20 23/7 26/1 30/2
**leave [1]** 32/20
**left [1]** 20/7
**legal [1]** 15/18
**length [1]** 16/11
**less [4]** 15/16 15/16 21/22 22/12
**let [8]** 4/15 15/11 16/16 18/10 26/19 27/3 29/12 31/1
**let's [8]** 7/1 7/4 27/13 29/15 30/13 32/22

**L**

let's... [2] 33/10 33/22
liberty [1] 18/21
life [2] 20/12 20/13
light [1] 18/16
like [6] 12/9 12/18
14/17 26/25 30/16
32/13
likelihood [1] 26/24
likely [1] 17/23
limitations [1] 35/7
limited [1] 32/7
line [2] 7/1 12/10
lingo [1] 32/3
listed [1] 6/23
listening [1] 12/10
live [4] 4/1 4/3 4/20 5/4
live-stream [1] 4/1
lives [3] 4/2 4/23 5/21
living [1] 32/24
long [3] 17/4 23/4
32/24
look [4] 22/7 24/2
29/20 32/22
lose [1] 33/16
lot [4] 16/19 17/11
19/18 24/7

**M**

made [5] 14/23 20/17
22/7 22/9 30/2
magistrate [1] 26/15
magistrate judges [1]
26/15
magnitude [1] 18/1
make [9] 4/10 7/2
12/21 21/10 25/8 25/16
25/18 25/25 33/10
makes [1] 16/5
making [1] 23/5
MALY [41]
Maly's [3] 3/20 3/23 4/1
Manafort [1] 15/8
manager [1] 30/25
many [1] 20/9
March [3] 1/5 24/14
35/10
Mark [1] 1/17
MARKUS [2] 1/6 3/4
matter [3] 19/12 24/14
35/4
may [2] 12/10 12/11
Maybe [2] 6/6 27/5
me [27] 3/15 4/15
12/15 16/16 17/12
17/15 18/9 18/11 19/10
20/5 20/8 20/23 21/22
22/1 22/20 22/21 23/17
24/2 26/3 26/19 26/22
26/23 27/3 29/10 32/14
33/15 33/19
mean [10] 7/13 7/14
17/11 19/13 20/12
21/18 21/19 22/22
26/11 33/2
means [4] 17/15 21/4
21/17 26/13
mechanical [1] 2/8

MEHTA [1] 1/10
Mehta's [1] 12/9
members [1] 7/9
Merit [1] 2/3
MI [1] 1/15
microphone [1] 3/13
midst [1] 17/6
might [1] 17/21
mind [1] 18/8
minor [1] 14/3
minute [2] 28/11 31/17
mistakes [1] 20/17
mitigates [1] 30/6
Mitra [2] 1/13 3/5
mitra.jafary [1] 1/16
mitra.jafary-hariri [1]
1/16
modest [1] 18/1
mom [1] 13/9
moment [1] 18/18
moments [1] 7/5
Monday [1] 3/20
monitored [1] 21/5
more [7] 17/6 18/1
19/12 19/19 20/14 22/6
29/5
morning [3] 4/5 15/24
29/24
most [2] 15/6 16/18
mother [4] 4/19 6/10
6/15 6/17
motion [2] 21/3 25/25
moved [1] 17/5
Mr [3] 13/2 24/1 29/4
Mr. [56]
Mr. Anderson's [2] 5/8
16/9
Mr. Brown [6] 22/10
22/10 22/12 23/2 23/23
24/1
Mr. Brown's [2] 22/11
23/8
Mr. Douyon [1] 24/11
Mr. Maly [37]
Mr. Maly's [3] 3/20
3/23 4/1
Mr. Schiffelbein [5]
14/17 23/7 24/25 25/13
30/7
Ms. [16] 5/6 6/1 6/4
13/10 13/10 13/13 14/5
14/16 21/6 25/23 28/23
31/2 31/16 32/10 33/12
33/16
Ms. Anderson [4] 5/6
6/1 6/4 13/10
Ms. Jafary [4] 14/16
25/23 31/2 33/12
Ms. Murphy [3] 13/10
13/13 14/5
Ms. Schuck [5] 21/6
28/23 31/16 32/10
33/16
much [1] 33/24
Munchel [1] 17/19
Murphy [3] 13/10
13/13 14/5

16/3 18/8 19/3 23/18
28/1 29/11 30/6 33/3
mystify [1] 20/8

**N**

names [1] 13/17
necessity [1] 32/1
need [6] 31/11 32/18
33/12 33/14 33/14
33/18
needed [2] 5/13 32/19
needs [5] 14/3 23/15
23/17 28/17 32/6
never [1] 30/19
next [6] 24/7 24/9
24/12 24/22 25/6 27/23
no [18] 1/4 3/3 6/12
6/16 14/14 15/7 18/11
18/25 22/1 22/13 24/6
24/6 29/8 29/9 31/18
32/5 32/9 32/12
Nobody [1] 18/17
non [1] 13/6
non-compliance [1]
13/6
none [2] 18/15 30/1
not [58]
notably [1] 22/10
note [1] 35/5
Nothing [2] 31/13 33/8
notice [2] 31/4 31/6
notwithstanding [3]
18/20 20/11 23/12
November [2] 23/25
25/13
novo [2] 15/4 15/17
now [5] 3/11 7/2
16/12 23/21 33/6
number [6] 16/20 18/8
29/24
numerous [1] 16/19
NW [1] 2/5

**O**

oath [4] 21/7 23/16
27/16 32/11
observing [2] 20/24
20/25
obtained [1] 16/4
obviously [4] 16/17
25/15 29/25 32/9
occupies [1] 29/9
occurred [1] 35/5
off [1] 7/4
offend [1] 17/24
office [1] 31/25
officer [3] 2/2 13/22
18/17
officers [9] 13/19
15/24 16/25 17/12 17/8
18/3 19/12 19/14 19/16
Official [1] 2/4
officials [1] 29/25
oh [6] 6/19 6/24 22/6
28/4 29/1 31/16
okay [25] 3/18 4/25
5/11 6/5 7/17 12/13

25/20 27/13 27/14 28/8
28/13 28/21 29/1 30/12
30/21 31/10 32/4 33/1
33/6 33/19 33/19 33/23
once [1] 7/6
one [12] 6/10 17/5
18/11 18/12 18/18
21/21 22/4 22/6 22/12
23/13 26/1 29/6
ones [2] 13/5 15/12
only [10] 6/24 13/5
15/11 16/22 16/24
17/19 18/23 24/15
31/25 32/7
Open [1] 12/7
opportunity [3] 4/6
12/18 19/13
opposing [1] 30/25
order [6] 12/11 25/25
26/2 27/2 30/2 30/10
other [7] 14/12 18/25
19/3 19/5 31/24 32/10
32/16
others [4] 19/17 20/2
20/3 22/9
otherwise [2] 5/3 20/9
ought [3] 25/18 30/3
30/17
our [2] 16/13 24/22
out [9] 13/18 18/4
21/18 21/19 23/17
23/18 30/23 31/8 31/23
outside [2] 7/14 29/23
outweigh [1] 25/5
over [3] 20/20 26/16
33/3
overcome [1] 20/14
owned [1] 14/3

**P**

p.m [4] 1/6 24/20 24/23
34/1
page [1] 13/24
pandemic [1] 35/6
parents [5] 4/9 5/3
5/17 21/14 30/5
parity [1] 22/15
part [2] 16/22 17/5
particular [2] 27/25
28/2
parties [2] 24/13 27/4
parts [1] 13/9
party [1] 5/2 5/22
15/20 16/2 16/10 16/12
21/13 26/23 30/8 33/14
33/18
pass [1] 20/3
past [1] 20/17
Paul [1] 15/8
pausing [1] 26/21
people [13] 5/21 5/22
14/2 14/12 15/19 17/7
19/4 19/5 20/9 20/9
20/16 20/16 21/7
pepper [1] 19/22
Perfect [1] 7/20
perhaps [3] 17/25 22/3

30/15
period [1] 17/4
person [2] 6/8 24/24
Peter [1] 24/15
picked [3] 16/23 16/24
19/15
pizza [1] 21/20
placed [3] 21/7 21/8
32/11
placing [1] 31/21
Plaintiff [1] 1/4
plan [2] 27/8 33/22
planned [1] 20/2
planning [1] 19/6
19/13
Please [1] 35/5
point [4] 7/5 15/8
15/14 20/24
police [7] 15/24 16/8
16/25 17/2 18/3 18/17
19/15
political [1] 22/2
poof [1] 20/20
poses [1] 18/24
position [1] 16/13
positive [1] 32/23
possession [2] 19/20
29/13
possible [1] 31/9
post [2] 3/23 3/24
post-arrest [2] 3/23
3/24
potential [2] 25/11
26/1
potentially [1] 20/7
pre [2] 19/13 20/2
pre-planned [1] 20/2
pre-planning [1] 19/13
precedent [2] 15/16
23/3
preferable [1] 31/7
premeditated [1] 19/9
preparation [1] 19/6
prepare [2] 25/10
25/11
prepared [6] 24/25
27/1 28/1 28/6 30/21
33/3
presence [1] 16/12
presented [1] 29/9
presents [2] 16/19
26/22
presumed [1] 18/20
presumption [1] 18/22
pretrial [15] 2/2 3/7
4/11 4/16 4/22 7/7
12/24 12/25 13/22
15/21 16/7 18/7 28/16
28/17 33/4
Prettyman [1] 2/5
principles [1] 23/1
prior [1] 15/8
probable [1] 19/24
probably [1] 17/6
probation [2] 15/20
31/25
problem [1] 31/18
proceedings [6] 1/9

**P**

proceedings... [5]  2/8
12/12 15/25 34/1 35/4
process [1]  26/7
produced [1]  2/8
proffering [1]  12/22
prohibited [1]  14/2
promise [1]  27/15
proper [1]  23/5
protest [1]  22/2
public [7]  1/18 6/22 7/1
7/5 7/9 12/10 25/5
public-access [1]
12/10
pursuant [1]  12/11
pursue [1]  26/1
pushing [1]  17/8
put [9]  7/10 7/14 12/15
20/10 20/19 28/14 30/2
31/17 32/22
putting [2]  13/17 31/6

**Q**

qualification [1]  5/18
qualified [2]  5/3 12/20
question [10]  4/15
5/15 15/17 17/23 21/22
23/21 26/11 26/22 28/4
31/17
questioned [1]  16/7
questions [1]  4/18
quick [1]  33/5

**R**

re [2]  12/12 17/24
re-broadcast [1]  12/12
re-offend [1]  17/24
react [1]  29/22
reaction [2]  29/19
29/20
reactions [1]  4/6
read [1]  18/13
really [3]  13/19 16/17
20/10
Realtime [1]  2/4
reason [5]  6/8 22/7
25/15 26/21 30/3
reasonably [1]  16/14
reasons [3]  6/3 22/6
32/21
received [2]  3/21 3/25
recency [1]  17/13
recently [2]  15/6 20/15
recommend [1]  12/25
recommended [1]  13/3
reconvene [1]  30/13
record [12]  6/22 7/5
12/12 12/14 12/21
17/13 20/25 22/4 29/6
31/3 33/18 35/3
recorded [1]  2/8
red [1]  16/19
reduces [1]  19/3
refer [1]  4/2
reference [1]  6/1
reform [3]  18/22 22/14
22/25
regarding [3]  5/6 5/8

regards [4]  6/4 6/7
6/17 31/20
Registered [1]  2/3
regrettable [1]  29/14
regrettably [2]  22/16
22/17
release [9]  14/15 16/14
17/18 21/2 21/9 21/16
25/25 26/16 27/2
released [2]  13/3 21/13
releasing [1]  22/21
remain [2]  23/15 27/5
remember [1]  25/14
remind [1]  12/11
remote [1]  20/19
remotely [2]  24/24
35/7
Report [2]  12/24 12/25
Reporter [4]  2/3 2/3
2/4 2/4
reporting [2]  21/15
35/7
request [3]  5/13 14/13
32/16
research [1]  15/11
residence [1]  32/20
resolved [1]  12/14
resolves [1]  21/21
respect [6]  6/14 14/20
18/10 23/16 29/7 29/18
responsible [1]  21/14
restricted [2]  21/18
21/20
restrictive [1]  21/23
result [2]  22/17 33/5
return [1]  33/5
review [10]  4/7 14/21
15/1 15/1 15/10 23/8
25/10 26/12 26/18
30/19
reviewed [4]  3/24
12/23 13/5 18/21
right [25]  3/11 3/15
3/19 4/20 6/11 6/13
6/19 7/20 7/23 22/14
23/7 23/23 24/21 24/24
25/3 28/5 28/10 30/7
30/9 30/10 30/12 31/11
33/6 33/15 33/19
rights [1]  28/1
riot [1]  16/23
risk [2]  13/18 18/2
risks [1]  18/6
RMR [2]  35/2 35/11
Roanoke [1]  1/20
roof [2]  5/4 5/21
room [7]  5/13 6/22
7/10 7/14 14/4 28/14
29/9
rule [1]  14/18

**S**

safe [4]  13/20 13/21
14/8 14/15
safety [5]  16/14 17/18
18/5 19/1 21/24
said [5]  15/5 16/7

same [7]  4/23 5/4 5/21
15/17 17/25 22/3 26/22
say [2]  7/13 26/6
saying [2]  6/2 7/3
says [1]  27/6
scheduled [1]  23/25
scheduling [1]  23/22
schiffelbein [8]  1/17
1/21 3/6 14/17 23/7
24/25 25/13 30/7
Schuck [8]  2/2 3/7 4/22
21/6 28/23 31/16 32/10
33/16
Schwartz [1]  24/15
screaming [1]  13/19
screen [1]  5/24
Sealed [1]  7/24
secondly [3]  18/15
18/21 29/18
seconds [1]  29/2
secure [3]  14/5 16/4
29/16
see [5]  4/10 4/13 29/23
30/13 33/23
seems [1]  26/22
sense [2]  19/20 23/1
sent [1]  4/11
serious [1]  14/11
serve [2]  5/2 15/21
Services [1]  2/2 3/7
4/11 4/16 4/22 12/24
12/25 13/22 15/21 16/7
28/16
serving [1]  5/22
set [2]  14/22 24/14
seven [1]  32/6
several [1]  15/25
shape [1]  18/11
share [2]  21/9 22/3
she [5]  4/2 4/6 13/11
13/18 30/2
she's [4]  5/16 6/2 6/10
13/19
short [2]  18/6 33/4
should [10]  7/10 15/10
18/15 18/17 22/22
26/13 27/5 27/7 29/14
32/17
shouldn't [1]  33/3
shows [2]  13/5 13/6
side [1]  12/15
sides [2]  4/10 30/16
significant [1]  15/23
similar [1]  17/24
since [2]  5/9 16/3
situation [1]  31/7
skis [1]  33/3
slightly [1]  5/15
so [25]  3/19 4/6 4/15
5/1 6/14 7/4 7/18 14/7
14/13 19/17 20/1 20/17
21/2 22/6 23/4 23/14
24/9 24/17 24/22 25/4
25/18 26/8 30/13 30/20
33/22
So I think [2]  4/15 26/8
So this is [1]  14/7

17/6 17/13 17/14 19/2
19/14 20/13 22/18
23/12 25/15 27/6 27/6
30/2
somebody [8]  5/20
14/9 18/16 18/24 19/21
22/23 26/14 29/22
something [7]  5/8 18/11
19/25 20/2 23/19 30/20
31/6
sometimes [1]  3/14
soon [1]  31/9
sorry [2]  6/9 30/8
sort [6]  4/3 18/9 19/4
23/3 26/24 30/5
special [1]  14/3
specific [2]  18/6 32/21
specifically [3]  3/22
19/19 25/7
speedy [2]  24/25 25/6
spontaneously [1]
29/22
spray [1]  19/22
sprayed [3]  16/24 17/2
19/15
spraying [1]  19/11
standard [4]  14/21
15/10 23/9 30/17
standing [1]  12/11
stated [1]  6/3
statement [1]  20/1
statements [2]  3/23
3/24
STATES [5]  1/1 1/3
1/10 3/3 5/10
status [2]  5/8 23/23
statute [2]  14/23 27/6
stay [3]  26/23 27/1
30/18
stayed [1]  26/1
stenography [1]  2/8
still [4]  14/13 23/4
28/24 29/23
stolen [1]  20/21
stop [1]  22/22
stream [1]  4/1
streamed [1]  4/3
Street [2]  1/14 1/19
strict [1]  32/12
strictest [1]  21/4
strong [2]  18/14 18/14
subject [1]  35/6
submitted [1]  13/4
subsequent [2]  32/18
substance [1]  32/19
success [1]  26/25
such [1]  29/21
suggest [1]  18/11
suggesting [2]  17/1
19/22
suggests [1]  19/11
Suite [2]  1/14 1/19
summarizes [1]  3/23
supervise [1]  13/2
supervision [1]  13/2
support [2]  12/23
29/12

supports [1]  14/8
sure [8]  4/10 7/2 7/13
12/21 21/10 25/18 27/7
33/10
surprise [2]  29/22
29/25
surreptitious [1]  19/8
Sven [1]  16/3
SW [1]  1/19
sworn [2]  33/15 33/18

**T**

take [4]  21/19 22/24
29/2 31/11
taken [1]  23/17
talk [1]  30/21
technological [1]  35/7
telling [1]  26/3
tells [1]  17/19
terms [4]  23/22 26/13
30/7 30/18
test [1]  32/18
testify [1]  13/25
tests [1]  32/23
than [5]  16/18 16/18
18/1 19/13 21/23
Thank [13]  3/17 4/12
4/14 5/14 7/20 14/16
25/22 30/22 31/14
31/19 32/25 33/24
33/25
Thank you [8]  3/17
5/14 14/16 31/14 31/19
32/25 33/24 33/25
Thanks [1]  3/12
that [175]
that'll [1]  24/22
that's [16]  4/2 4/23
7/16 13/21 15/3 15/5
19/10 20/1 20/6 20/15
24/15 24/18 25/11
26/18 28/5 29/16
their [2]  20/17 27/23
them [10]  5/24 7/10
7/14 13/17 16/24 16/24
19/15 23/5 25/9 26/16
then [8]  4/16 7/5 15/17
16/8 23/19 27/4 28/5
28/20
there [26]  12/14 13/8
13/14 14/14 15/7 16/5
16/7 16/10 16/13 17/4
17/13 17/17 18/5 18/8
18/25 21/22 22/9 22/22
23/19 28/10 29/7 29/24
29/25 31/11 33/13
33/23
there's [9]  15/23 16/22
17/10 19/23 22/1 22/17
22/19 27/6 29/9
therefore [1]  35/6
these [6]  12/12 13/14
14/9 18/19 24/7 25/18
they [18]  4/17 5/4 5/17
7/18 12/20 13/1 13/3
13/12 13/15 15/1 15/1
15/15 15/7 17/14 21/10
25/11 26/17 29/19

**they'll [1]** 7/15
**they're [2]** 13/16 31/5
**they've [1]** 20/17
**thing [4]** 6/24 13/23 20/7 32/16
**things [3]** 18/12 29/6 31/24
**think [23]** 3/20 4/15 13/5 13/6 14/14 14/25 15/16 16/6 16/17 18/4 18/17 20/5 20/15 22/7 22/13 23/7 23/21 23/24 24/15 26/4 26/8 29/13 30/3
**thinking [2]** 29/6 29/11
**third [10]** 5/2 5/22 15/20 16/2 16/10 16/12 21/13 30/8 33/14 33/18
**third-party [9]** 5/2 5/22 15/20 16/2 16/10 16/12 21/13 33/14 33/18
**this [34]** 3/3 3/9 6/8 7/5 12/8 13/1 13/8 13/11 13/12 14/1 14/7 14/14 16/17 17/16 18/15 18/20 19/23 19/25 20/1 20/24 21/17 21/21 22/14 26/2 26/11 27/18 28/15 30/18 30/20 31/7 31/12 32/22 33/2 35/5
**those [10]** 17/24 18/6 21/7 21/9 21/11 22/6 25/19 32/7 32/11 32/20
**though [1]** 22/12
**thought [1]** 20/21
**through [3]** 13/12 15/25 17/9
**till [1]** 26/19
**time [7]** 16/11 17/4 18/20 25/6 25/7 27/16 27/21
**times [1]** 15/25
**titled [1]** 35/4
**today [1]** 3/25
**together [2]** 13/12 25/18
**toward [1]** 18/2
**towards [2]** 13/7 13/16
**transcript [6]** 1/9 2/8 13/23 13/24 16/5 35/3
**transcription [1]** 2/8
**treatment [3]** 22/19 32/19 32/19
**trial [7]** 23/25 24/4 25/1 25/6 25/11 25/13 25/16
**try [1]** 25/17
**trying [2]** 13/10 17/8
**tunnel [3]** 17/5 17/9 20/4
**two [12]** 4/18 5/21 7/9 14/1 15/9 15/19 17/3 18/6 18/11 18/19 21/13 29/5
**typically [2]** 5/7 5/9

**U**
**ultimately [2]** 17/17

**uncovered [1]** 6/18
**under [2]** 5/4 5/21 18/22
**understand [4]** 4/18 17/14 21/10 24/5
**understanding [1]** 16/3
**unfortunately [2]** 14/23 15/7
**unhook [1]** 7/1
**UNITED [5]** 1/1 1/3 1/10 3/3 5/10
**United States [1]** 5/10
**United States of [1]** 3/3
**unless [2]** 23/25 24/23
**unlike [3]** 17/11 19/3 19/17
**until [6]** 21/20 23/15 25/1 25/6 27/2 27/5
**up [6]** 15/24 16/23 16/24 17/8 19/15 31/12
**upon [3]** 20/25 21/4 21/9
**upset [1]** 13/6
**us [2]** 7/19 17/19
**USAO [1]** 1/13
**usdoj.gov [1]** 1/16
**usually [1]** 16/18

**V**
**VA [1]** 1/20
**versus [1]** 3/4
**very [6]** 29/11 32/24 33/4 33/4 33/5 33/24
**via [2]** 1/9 3/8
**video [4]** 3/25 13/4 13/9 18/12
**videoconference [1]** 3/8
**viewed [1]** 18/12
**viewing [1]** 19/21
**violation [1]** 33/4
**violations [1]** 21/15
**Virginia [4]** 1/18 12/24 13/24 32/18
**virtual [1]** 7/21
**vs [1]** 1/5

**W**
**wait [1]** 28/19
**waiting [1]** 7/10 7/14 28/17
**waive [2]** 28/1 28/6
**waiving [2]** 30/9 30/10
**walked [1]** 13/18
**want [7]** 4/10 12/21 20/16 20/16 25/17 28/9 29/5
**wants [1]** 12/15
**warranted [1]** 25/8
**was [33]** 3/20 4/9 4/11 5/15 6/23 13/8 13/13 13/25 14/1 14/4 14/5 14/5 15/7 16/5 16/7 16/22 17/4 17/6 19/12 19/25 20/1 20/2 20/21

**uncovered**... 23/2 23/25 29/7 29/7 29/10 29/10
**Washington [2]** 1/5 2/6
**wasn't [3]** 23/10 29/8 29/20
**way [9]** 14/5 18/11 19/10 21/21 22/5 29/22 32/22 33/10 33/22
**ways [1]** 20/10
**we [41]**
**we believe [2]** 14/4 14/8
**we will [5]** 5/5 5/10 23/19 26/8 30/24
**we'll [8]** 4/2 7/4 7/6 7/15 23/17 24/24 30/13 33/23
**we're [3]** 3/19 23/24 28/17
**we've [2]** 7/6 25/13
**weapon [10]** 14/11 16/9 19/20 19/21 19/23 29/7 29/8 29/10 29/12 29/16
**weapons [2]** 16/8 32/9
**week [3]** 26/1 26/8 32/7
**weigh [2]** 16/20 16/21
**weighing [1]** 23/10
**weight [1]** 15/16
**welcome [1]** 12/9
**well [16]** 3/23 3/24 3/25 4/7 4/9 6/19 7/1 7/11 7/13 15/5 15/13 25/16 26/3 26/6 28/5 30/5
**were [3]** 13/12 13/15 32/10
**weren't [1]** 16/8
**Western [2]** 1/18 32/17
**what [34]** 4/2 6/7 7/2 7/13 15/3 15/5 15/10 16/25 17/7 17/15 17/19 17/21 17/21 19/2 19/13 19/14 20/1 20/8 20/16 20/24 21/1 21/2 21/11 21/17 23/21 24/7 25/11 25/14 26/13 26/24 27/1 27/3 30/17 31/2
**What's [1]** 24/11
**whatever [1]** 23/15
**when [8]** 4/4 7/13 13/8 13/18 16/6 20/21 23/11 29/19
**When's [1]** 27/22
**whenever [1]** 26/23
**where [8]** 7/14 14/9 18/4 30/14 31/25 33/2 33/5 33/23
**whether [7]** 23/18 26/9 26/13 26/20 26/24 27/4 33/12
**which [4]** 3/20 5/15 19/3 20/12
**while [5]** 4/3 13/18 22/24 26/1 28/17
**who [11]** 5/3 5/21 5/21

**who's [2]** 5/20 6/10
**who've [2]** 4/19 26/15
**Whoever [1]** 14/3
**whom [2]** 4/1 21/14
**why [5]** 12/19 20/20 27/8 28/19 28/23
**wife [8]** 4/1 4/9 4/20 5/1 5/16 5/17 21/14 29/18
**will [25]** 4/3 5/5 5/10 13/1 18/5 18/25 21/2 21/3 21/12 21/13 21/14 21/17 21/23 23/15 23/19 24/23 25/4 25/15 25/16 26/8 27/2 27/8 29/2 30/24 31/9
**William [3]** 2/3 35/2 35/11
**willing [2]** 15/20 28/3
**wish [2]** 4/17 25/11
**woken [1]** 15/24
**won't [1]** 7/18
**work [2]** 20/19 21/19
**would [14]** 5/13 12/18 12/23 14/4 14/15 14/17 17/18 25/25 26/8 28/12 29/11 30/24 31/6 32/16
**wouldn't [1]** 29/21

**Y**
**Yeah [2]** 32/2 32/22
**year [1]** 21/24
**years [2]** 15/9 20/20
**Yep [1]** 3/12
**yes [17]** 3/16 3/16 4/12 4/14 6/13 6/25 7/12 12/17 25/2 25/23 25/24 28/21 31/15 31/16 32/23 33/17 33/21
**you [80]**
**you know [2]** 23/10 29/23
**you'll [2]** 24/2 26/19
**you're [5]** 6/14 7/3 26/3 26/4 28/6
**you've [7]** 5/19 20/19 21/25 22/2 30/20 31/3 32/8
**young [1]** 13/17
**your [41]**
**your Honor [31]** 3/2 3/10 4/12 4/14 4/22 7/8 12/17 13/4 13/15 14/19 24/10 25/2 25/21 25/24 27/10 27/11 27/18 27/25 28/15 28/22 28/24 30/11 30/23 31/15 31/19 31/20 32/25 33/9 33/17 33/21 33/25
**yourselves [1]** 17/20

**Z**
**Zaremba [3]** 2/3 35/2 35/11

**zippered [1]** 14/6
**ZOOM [2]** 1/9 7/10