UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :
                             :   CASE NO. 21-cr-178-APM
v.                           :
                             :
PETER J. SCHWARTZ,           :
                             :
       Defendant.            :

## VERDICT FORM

**Count 1:** Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon

_____X_____          _____
Guilty                  Not Guilty

If you have marked Guilty as to Count 1 above, proceed to Count 2. If not, you must consider the lesser offense:

**Assaulting, Resisting, or Impeding Certain Officers**

_____          _____
Guilty                  Not Guilty

**Count 2:** Obstructing Officers During a Civil Disorder

_____X_____          _____
Guilty                  Not Guilty

**Count 3:** Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon

_____X_____          _____
Guilty                  Not Guilty

If you have marked Guilty as to Count 3 above, proceed to Count 4. If not, you must consider the lesser offense:

**Assaulting, Resisting, or Impeding Certain Officers**

_____          _____
Guilty                  Not Guilty

**Count 4:**     **Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**

____✗____                                   _____
Guilty                                              Not Guilty

If you have marked Guilty as to Count 4 above, proceed to Count 7. If not, you must consider the lesser offense:

**Assaulting, Resisting, or Impeding Certain Officers**

_____                                    _____
Guilty                                              Not Guilty

**Count 7:**     **Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**

____✗____                                   _____
Guilty                                              Not Guilty

If you have marked Guilty as to Count 7 above, proceed to Count 8. If not, you must consider the lesser offense:

**Assaulting, Resisting, or Impeding Certain Officers**

_____                                    _____
Guilty                                              Not Guilty

**Count 8:**   **Obstructing an official proceeding**

__✗_____   _____
Guilty                         Not Guilty

**Count 9:**   **Entering or Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

__✗_____   _____
Guilty                         Not Guilty

If you have marked Guilty as to Count 9 above, proceed to Count 10. If not, you must consider the lesser included offense:

**Entering or Remaining in a Restricted Building or Grounds**

__~~✗~~ of~~__   _____
Guilty                         Not Guilty

**Count 10:**   **Disorderly or Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

__✗_____   _____
Guilty                         Not Guilty

If you have marked Guilty as to Count 10 above, proceed to Count 11. If not, you must consider the lesser included offense:

**Disorderly or Disruptive Conduct in a Restricted Building or Grounds**

_____   _____
Guilty                         Not Guilty

**Count 11:** Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon

____X____   _____
Guilty       Not Guilty

If you have marked Guilty as to Count 11 above, proceed to Count 12. If not, you must consider the lesser included offense:

**Engaging in Physical Violence in a Restricted Building or Grounds**

_____   _____
Guilty     Not Guilty

**Count 12:** Disorderly Conduct in a Capitol Building

____X____   _____
Guilty       Not Guilty

**Count 13:** Act of Physical Violence in a Capitol Building

____X____   _____
Guilty       Not Guilty

Dated this __6__ day of __December__, 2022