UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **Case No. 21-cr-178-APM** |
| **SHELLY STALLINGS,** | |
| Defendant. | |

**GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURSUANT
TO LOCAL CRIMINAL RULE 49 AND STANDING ORDER 21-28**

The United States hereby gives notice, pursuant to Local Criminal Rule 49 and Standing Order 21-28, of the following exhibits provided to the Court and counsel to be used by the government in the sentencing in this matter. Exhibit 1 was obtained from open-source materials, and Exhibit 2 is footage from U.S. Capitol Police surveillance video. The United States does not object to releasing these exhibits to the public. The exhibits were sent to the Court via USAfx and counsel on April 6, 2023, and consist of the following:

1. Exhibit 1 is an open-source video approximately 8 seconds in length, depicting Stallings spraying officers on the Lower West Terrace.

2. Exhibit 2 is U.S. Capitol Police surveillance video depicting events in the Lower West Terrace "tunnel" from approximately 2:49 pm through 3:28 pm.

3. Exhibit 2-A is a set of six screenshots from Exhibit 2, from 3:11 pm through 3:14 pm, to guide the Court and defense counsel through the relevant portions of Exhibit 2, depicting Stallings in the "tunnel."

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052


By:_____/s/_____
Cindy J. Cho
Assistant United States Attorney
Member of NY Bar
U.S. Attorney's Office for the District of Columbia
601 D Street NW
Washington, D.C. 20530
Phone: 317-229-2425
Email: Cindy.Cho@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 6, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all parties listed on the Electronic Case Filing System.

By: <u>/s/ Cindy J. Cho</u>
CINDY J. CHO
Assistant United States Attorney