UNITED STATES

VS.  CRIMINAL NO. 21-CR-178 (APM)

MARKUS MALY

**EXHIBIT A**
**GOVERNMENT'S TRIAL EXHIBITS REFERENCED IN THE GOVERNMENT'S SENTENCING MEMORANDUM**

| Government Exhibit No. | Exhibit Description |
|---|---|
| 103.7 | 5:57 long video of USCP Camera 0074, with defendants Schwartz, Maly, and Brown circled |
| 103.9 | 1:11 long video combining USCP Camera 0074 and the open-source "Farina" video together depicting the use of OC spray against the police line in the LWT tunnel |
| 106A | 51:59 long video of MPD Officer Christopher Boyle's Body Worn Camera from 1:53 p.m. to 2:45 p.m. on January 6, 2021 |
| 106A.28 | Still shot from Office Boyle's Body Worn Camera depicting Markus Maly at 2:35:47 p.m. on January 6, 2021 |
| 117.1 | 1:36 long clip from an open-source video titled "Just Another Channel" depicting Markus Maly on the Lower West Terrace at approximately 2:33 p.m. on January 6, 2021 |
| 121 | 1:36 long clip from an open-source video titled "Parler - Savanah Hernandez" depicting the police line being overrun on the Lower West Terrace at approximately 2:30 p.m. on January 6, 2021 |
| 302 | 0:39 long "selfie" video taken by Markus Maly on Capitol grounds on January 6, 2021, and recovered from a search of his cell phone |
| 303.3 | Facebook exchange between Markus Maly and Jennifer Murphy on January 6, 2021 |

| 303.4 | Facebook exchange between Markus Maly and Jennifer Murphy on January 6, 2021 |
| --- | --- |
| 303.6 | Facebook message from Markus Maly to another individual sent on January 7, 2021 |
| 303.7 | Facebook exchange between Markus Maly and Samuel Tempel sent on January 12, 2021 |