IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )    CR No. 21-178-2
                                )    Washington, D.C.
        vs.                     )    April 28, 2023
                                )    3:30 p.m.
JEFFREY SCOTT BROWN,            )
                                )
            Defendant.          )
_____)


TRANSCRIPT OF SENTENCING PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:        Stephen James Rancourt
                           DOJ-USAO
                           Northern District of Texas
                           1205 Texas Avenue
                           Suite 700
                           Lubbock, TX 79412
                           (806) 472-7351
                           Email:
                           stephen.rancourt@usdoj.gov


For the Defendant:         Samuel C. Moore
                           LAW OFFICE OF
                           SAMUEL C. MOORE, PLLC
                           526 King Street
                           Suite 506
                           Alexandria, VA 22314
                           (703) 535-7809
                           Email: scmoore@scmoorelaw.com

APPEARANCES CONTINUED:

Probation Officer:          Kelli Willett

Court Reporter:             William P. Zaremba
                            Registered Merit Reporter
                            Certified Realtime Reporter
                            Official Court Reporter
                            E. Barrett Prettyman CH
                            333 Constitution Avenue, NW
                            Washington, D.C. 20001
                            (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
 1                    P R O C E E D I N G S
 2            COURTROOM DEPUTY:  Good afternoon, Your Honor.
 3   This is Criminal Case Number 21-178-2, United States of
 4   America versus Jeffrey Scott Brown.
 5            Stephen Rancourt for the government.
 6            Samuel Moore for the defense.
 7            Kelli Willett on behalf of the probation office.
 8            The defendant is appearing in person for these
 9   proceedings.
10            THE COURT:  All right.  Good afternoon again,
11   everyone.
12            Mr. Brown, good afternoon to you, sir.
13            Okay.  So we're here for sentencing this
14   afternoon.  Everybody ready to proceed?
15            MR. MOORE:  Yes, Your Honor.
16            MR. RANCOURT:  Yes, Judge.
17            THE COURT:  Okay.
18            So let me just first put on the record what I've
19   received and reviewed:
20            The Presentence Investigation Report, which is ECF
21   194; probation office's recommendation at 95; government's
22   memorandum in aid of sentencing at 201; defendant's
23   memorandum in aid of sentencing and motion -- I'm sorry,
24   it's just a memorandum in aid of sentencing at 205, and that
25   included various letters of support, all of which I have
```

1    reviewed.

2           Anything I should have received and reviewed that

3    I didn't mention?

4           MR. RANCOURT:  Nothing from the government,

5    Your Honor.

6           MR. MOORE:  No, Your Honor.

7           THE COURT:  Okay.

8           I guess I should just add, I have reviewed the

9    videos that I received from Mr. Maly's sentencing, which

10   includes video of Mr. Brown's actions that day.  So I have

11   re-reviewed that evidence in advance of sentencing.

12          So, Mr. Moore, can you confirm for me that

13   Mr. Brown has received the Presentence Report and has

14   reviewed it and whether you have any objections to make?

15          MR. MOORE:  He has received it and we have

16   reviewed it, and no objections to make, Your Honor.

17          THE COURT:  All right.

18          So with that, are there other preliminary matters

19   before we get down to business?

20          MR. RANCOURT:  No, Your Honor.

21          MR. MOORE:  No, Your Honor.

22          THE COURT:  All right.

23          First thing, let me just go through the Guidelines

24   calculation, and then I'll hear from the parties, all right?

25          So there's no dispute that Mr. Brown has no prior

1   criminal history resulting in any points, so he's in

2   Criminal History Category I.

3           With respect to the counts, Count 2, 18 U.S.C.

4   23 -- 231(a)(3) for civil disorder, the Guideline is 2A2.2,

5   Base Offense Level is 14.  Use of a dangerous weapon adds

6   four levels; because an official victim was involved, that

7   adds six levels, for a total offense level of 24.

8           Count 6, conviction for 18 U.S.C. 111(a) and (b).

9   Base Offense Level under 2A2.2 is 14.  Again, use of

10  dangerous weapon is 4.  Official victim, add 6.  And because

11  there's been a conviction under 111(b), that adds an

12  additional two levels, for a total offense level of 26.

13          Count 9, which is the 18 -- which is the

14  1752(a)(1) and (b)(1)(A) counts.  Under Guideline

15  2B2.3(c)(1), the offense level is 14; dangerous weapon used,

16  4; total offense level, 18.  The same Guidelines calculation

17  applies for Count 10.

18          And for Count 11, which is 18 U.S.C. 1752(a)(4)

19  and (b)(1)(A), 2A2.4 is the Guideline; Base Offense Level is

20  14; use of a dangerous weapon is four additional levels;

21  official victim is six levels, for a total offense level of

22  14.

23          Counts 2, 6, and 11 group because they involve the

24  same victim.

25          9 and 10 group because that also involves the same

1    victim; that is, Congress.

2              9 and 10 group with 2, 6, and 11 because 2, 6, and

3    11 embody conduct; that is, use of a dangerous weapon.  That

4    is treated as specific offense characteristics in Counts 9

5    and 10.

6              So having grouped all the counts, the highest

7    offense level is with respect to Counts -- the 18 U.S.C.

8    111(a) and (b) convictions.  So the highest offense level is

9    a 26, with a Criminal History of I -- category of I; the

10   Guidelines Range is 63 to 78 months, and a fine range of

11   20,000 to $200,000.

12             Okay.  With that, we'll hear from the government,

13   Mr. Rancourt.

14             MR. RANCOURT:  Thank you, Your Honor.

15             Your Honor, I appreciate that this Court heard all

16   the evidence and testimony during trial back in November,

17   December.  And I have no intent on replaying exhibits this

18   Court is already familiar with or otherwise wasting the

19   Court's time; I just have a couple points I'd like to make.

20             Judge, in my normal practice, I appear in front of

21   the same judge every single week.  And that particular judge

22   tells defendants almost every single week that a person is

23   not as bad as the worst thing they've ever done.  And

24   I think about it a lot and I try to have it guide me when I

25   prosecute a case.

1          I think it bears out that for most January 6th

2     defendants; their participation in the events that day was

3     the worst thing they've ever done, and I believe that to be

4     true in Mr. Brown's case.

5          Absent an unspecified incident way back in 1987

6     that I don't believe this Court should consider, Mr. Brown

7     has no criminal history.

8          When looking at the presentence report, it would

9     appear that Mr. Brown's involvement in January 6th and the

10    Capitol riot might be the worst thing he's ever done, and

11    I hope that it is, at least.

12         I hope that Jeffrey Brown is a better person than

13    his actions at the United States Capitol that day would lead

14    the government to believe, and I think the letters submitted

15    on his behalf by his family and friends back up that belief.

16         But today is about Mr. Brown's actions and his

17    crimes arising from that event.  And it's about the

18    consequences of those crimes.  Anything less than a 70-month

19    sentence that the government is asking for sends the wrong

20    message about Mr. Brown's contribution to that attack.

21         Your Honor, I understand why Mr. Brown and his

22    counsel refuse to concede that Jeffrey Brown deployed a

23    canister of OC spray against officers in the tunnel.  They

24    continue to dispute that fact, despite the overwhelming

25    evidence to the contrary and the video evidence submitted by

1    the government at trial that has now been proven beyond a

2    reasonable doubt.

3           What I don't understand, Your Honor, respectfully,

4    is Mr. Moore's argument in his sentencing memo that it is

5    somehow significant that Mr. Brown's use of OC spray against

6    law enforcement in the tunnel did not produce any

7    discernible victim, implying that such evidence may be

8    mitigating.

9           We were unable to produce those victims,

10   Your Honor, because Mr. Brown's deployment of OC spray was

11   not against a single officer but against dozens of officers,

12   who at the time were struggling valiantly to defend the

13   Capitol.  The fact that Mr. Brown assaulted dozens of

14   officers, and not just one, at a time that they were the

15   most vulnerable is the opposite of mitigating.

16          I also respectfully take issue with Mr. Moore's

17   argument that Jeffrey Brown entered the tunnel due to a

18   "misguided curiosity and almost as a tourist."  The

19   government disputes that characterization, Your Honor, and

20   the evidence, I believe, refutes it.

21          By the time Jeffrey Brown entered the tunnel,

22   police lines had been overrun, officers had been beaten and

23   sprayed, and law enforcement's retreat into that tunnel was

24   their final stand.

25          At a minimum, Jeffrey Brown knew this.  He did not

1    stumble from the West Front up the stairs to the lower West

2    Terrace and through a crowd to the tunnel by accident.  He

3    was not in the tunnel for some innocent purpose or some

4    innocent motive and purely out of curiosity, as Mr. Moore

5    argues.

6            He was there as part of a riot, and he was there

7    to assault law enforcement.  He did so by using a canister

8    of spray against the police line, and then immediately after

9    participating -- after doing that, participating in a

10   coordinated "heave-ho" against law enforcement.

11           The fact that he personally did not bring that

12   weapon and that it was handed to him is also not mitigating,

13   because Jeffrey Brown alone made the decision to use it.

14           Your Honor, in her rebuttal at this trial a few

15   months ago, my colleague so eloquently told the jury that if

16   you've ever been in a hailstorm, you know that the hail is

17   not at the whim of the storm, the hail is the storm.  On

18   January 6th, Jeffrey Brown was the hail.  He wasn't some

19   piece of dust or debris caught up in the wind.  And the last

20   thing, physical, emotional, and political damage that he has

21   caused this country is immeasurable.

22           To this day, Your Honor, Jeffrey Brown has shown

23   no remorse.  In May of 2022 in a video posted to his

24   GiveSendGo account in order to solicit money, he called

25   himself a political prisoner.  He said that the police had

1    initiated the violence and that he was being detained for

2    political motivations.  He's never backed off those

3    statements, and, as of this morning, has raised $27,410

4    based on those lies.

5            So in conclusion, Your Honor, while I hope that

6    this is the worst thing that Jeffrey Brown has ever done,

7    his actions that day were disgraceful and they were

8    deserving of significant punishment.  A sentence of

9    70 months is both wholly appropriate and accomplishes the

10   purposes of sentencing in this case.

11           Thank you, Your Honor.

12           THE COURT:  Mr. Rancourt, before you return to the

13   table, let me just ask you.  It's no secret that one of the

14   primary factors many of us are contemplating in this case is

15   trying to avoid unwarranted disparities; trying to compare

16   and contrast conduct, obviously it's challenging, given the

17   variety of conduct that occurred there that day.  But in the

18   government's estimation, what do you think is the most

19   comparable case and sentence to Mr. Brown's?

20           MR. RANCOURT:  My colleague in her sentencing memo

21   cited Daniel Caldwell.  While Mr. Caldwell entered the

22   building and Jeffrey Brown did not, I believe that it was

23   shown at trial that Mr. Brown's intent was to enter the

24   Capitol.

25           Mr. Caldwell was also convicted on his most

1    serious charge of 111(a)(1) and (b), received a sentence of

2    68 months.  But most significantly, he also decided to plead

3    guilty and accept responsibility.

4              THE COURT:  Yeah, I mean, I've looked closely at

5    his case, and there are certain parallels.

6              I mean, what Mr. Caldwell did in that case, at

7    least according to the government's proof, was that he sort

8    of was at the police line, was -- for nearly an hour, was

9    taunting, yelling expletives at the police.  And then at

10   some point approached multiple officers and sprayed them

11   with what was undoubtedly pepper spray.

12             There were actually, I think, two, perhaps three

13   victim officers in that case.  And then he actually went

14   inside the building for a couple of minutes and then made

15   some statements afterwards that sort of defended his

16   actions.

17             You know, he ends up in a 63-to-78-month

18   Guidelines Range, which is the same as Mr. Brown's, because

19   he had three additional enhancements -- he had three

20   additional points because of the injuries to the officers,

21   but those were offset by virtue of the fact that he took a

22   plea.

23             So if we're trying to make a comparison here in a

24   case in which Mr. Brown has gone to trial, and without

25   contemplating what some would consider a trial penalty,

1    comparing to Mr. Caldwell's conduct, do you think it's fair

2    to sentence Mr. Brown to a greater period of time than

3    Mr. Caldwell?

4            MR. RANCOURT:  By two months, Your Honor; I think

5    that's fair.

6            I think, as this Court is, I'm sure, aware, this

7    was the first case to go to trial where the government

8    alleges pepper spray as the use -- or as a deadly or

9    dangerous weapon.  I understand Mr. Brown intends on

10   appealing that and that may be an issue for a higher court,

11   but the Guidelines bear out as they do.

12           I think -- you know, obviously I know Mr. Brown

13   didn't enter the tunnel.  But we are dealing with a spray

14   that resulted in or being directed by [sic] a multitude of

15   officers and not just one.  We could have called 36 officers

16   to the stand or at sentencing.

17           And I want to make clear that we've asked if any

18   of those officers that testified at trial wanted to submit a

19   victim impact statement.  They did not.  I think, frankly,

20   they're a little bit tired.  But I do think Mr. Caldwell is

21   the most appropriate comparison case.

22           THE COURT:  Okay.

23           I don't think I have any other questions.

24   Thank you, Mr. Rancourt.

25           MR. RANCOURT:  Thank you, Your Honor.

1          THE COURT:  All right, Counsel, Mr. Moore.

2          MR. MOORE:  Good afternoon, Your Honor.

3          THE COURT:  Good afternoon.

4          MR. MOORE:  Obviously these are noisy cases in

5    many ways with the politics, the facts, and just the sheer

6    scope of them.  But obviously we're understanding the

7    Court's dilemma at some point is that you have a 56-year-old

8    man who has no relevant criminal history before you and you

9    have to make a decision for him individually.

10          I would like to bring to the Court's attention his

11   family and friends who are present; his partner Kathy, his

12   mother Shirley.  You may have met them remotely regarding

13   that release hearing previously.  Also, a family friend

14   Alice, who all traveled to be with him here today.  And you

15   saw the many letters representing his life history here.

16          THE COURT:  Welcome.

17          MR. MOORE:  You know, the convictions and events

18   that he has gone through due to his own decisions on

19   January 6th but also what's happened since will obviously

20   live with him for the rest of his life.

21          He lost his job, he's been detained multiple

22   times, he's lost his freedom, his liberty has been removed

23   from him family and friends.

24          And whatever the Court sentences him to, he's

25   going to live with that every day as he seeks employment, as

1    he seeks to reenter society.

2          And it just would push back on the government's

3    suggestion that the Guidelines would appropriately encompass

4    this case.  And the reason I say that is at some level, the

5    government's argument is, you should, you know, generally

6    follow the Guidelines and that's the standard.

7          In every respect, though, the government has come

8    to the Court and come to all parties and said, these cases

9    are unique, these cases are exceptional, whether it's

10   regarding speedy trial deadlines, whether it's regarding the

11   scope of discovery, access to discovery, how clients are

12   handled; in every sense, the government says this is

13   exceptional.  Even in their memo they say it's exceptional.

14   Exceptional can be worse, obviously in some respect, as the

15   government argues; it also can be better in some respects,

16   as we would submit.

17         And what I mean by that is, there are members of

18   the January -- who were there on January 6th who have a long

19   criminal history, many prior involvement with criminal --

20   with the criminal justice system.  But you also have a large

21   number, a 56-year-old man who has his first significant

22   criminal justice interaction is unique.  It's not singularly

23   unique, but it is unique.  And so I just would suggest that

24   the Guidelines and the traditional just this is what is

25   expected cannot come into play in a case like this that

1   doesn't address that.

2          THE COURT:  Can I ask you a question, Mr. Moore?

3          I actually -- in a sense, I think you're right.

4   I think this follows on the question I had for government

5   counsel, which is -- but even if I don't follow the

6   "Guidelines" -- I mean, if you look at the cases, and you've

7   cited yourself a number of them, with those who've been

8   convicted of 111(a) and (b), they've generally received

9   Guidelines sentences.

10         Ms. Stallings' case is an outlier, that was my

11  case, and I think there were some fairly mitigating and

12  extenuating circumstances in that case that are not

13  applicable here.

14         So even if I'm not strictly being bound by the

15  Guidelines, shouldn't I at least be looking at the other

16  cases that involve similar conduct and then measure

17  Mr. Brown's conduct against them?  And if that's what

18  I should do, where do you think he falls relative to others?

19         MR. MOORE:  Regarding sentence disparity,

20  absolutely, Your Honor.

21         Obviously, as the Court mentioned, Ms. Stallings'

22  case, setting aside mitigation for a moment, is most similar

23  because it's the same time, place, events, same convictions.

24         But there's a reason why we did not come before

25  the Court and say, please give us 24 months.  We understand

1    once she pled guilty, one, there's many other mitigating

2    factors.  But in all other respects, that's most comparable.

3         Setting aside that, even to the example that the

4    Court just brought to the government's attention as they

5    cited for Mr. Caldwell, as the Court raised, he received

6    less of a sentence, fewer months than they're asking for in

7    this case.

8         What sets him apart, though, in my mind is the

9    intent and the preparation which individuals showed up on

10   January 6th, to me, is very relevant.  I mean, why are you

11   coming to the Capitol that day?  And when you come with

12   plans, when you come with walkie-talkies, when you come with

13   goggles, when you come with your own bear spray, when you

14   come with other weapons, whatever the case may be, that,

15   circumstantially, very much tells me what your intent and

16   your purpose is that day.

17        THE COURT:  Mr. Caldwell had goggles; am I

18   remembering correctly?

19        MR. MOORE:  That is my memory.  Goggles,

20   walkie-talkie.  He came with bear spray.

21        THE COURT:  Yes, that's right.  You're right,

22   I remember at some point he got on the radio before he

23   actually sprayed.

24        MR. MOORE:  Yes, Your Honor.

25        To me, especially with the ubiquitous nature of

1    cell phones, if you're coming to an event with

2    walkie-talkies, that is very telling to me; that's unique in

3    my mind as to what your purpose and your intent is.  Let

4    alone the fact that he went into the Capitol and had

5    multiple interactions with law enforcement.

6            There's many cases that we cited even going --

7    kind of going down the ladder:  Mr. Mazza, who received 60

8    months, came to the Capitol with loaded firearms, stole a

9    baton, used that to assault law enforcement, filed a false

10   police report, carried a loaded firearm on Capitol grounds.

11           Again, I understand the singular assault may be

12   similar in some ways, but your purpose, your intent, your

13   motive, because to me that tells me what punishment is

14   appropriate, what deterrence is appropriate, what

15   rehabilitation is needed.

16           THE COURT:  What do you think I ought to do about

17   the fact that Mazza, for example, is a good comparator in a

18   sense because I think we'd all agree that his conduct was

19   more substantial both on January 6th and after.

20           You know, he not only pushes up against officers,

21   he steals a baton from them, strikes an officer with a

22   baton.  He encourages others to go into the west tunnel and

23   is there when Officer Fanone had been dragged down and

24   apparently was actually preventing further assaults.  But

25   then he went home and filed a false report about a firearm,

1    removed the serial number from the baton.  He gets 60

2    months.  I think, by any stretch of the imagination, the

3    combination -- the conduct here is not of that caliber.

4          But he took a plea.  And so -- and given where

5    somebody like Mr. Brown is, you know, that three-level

6    difference is fairly significant.  And so how do you think I

7    ought to be thinking about that and not render it a "trial

8    penalty"?

9          MR. MOORE:  I understand that that's the

10   difficulty the Court faces often with the Guidelines.

11         What I would suggest and where my position is on

12   this, on many cases, whether January 6th or not, the fight

13   is not always did the individual do anything wrong.

14         I mean, we said in closing argument, disorderly

15   conduct, he should have had a first sight of that tunnel and

16   walked away, turned away and never came back.  We took

17   responsibility for things that he did.

18         But often the reason that we end up having to go

19   to trial is over disputes such as "deadly and dangerous

20   weapon."  That was something that we contested here.  We

21   understand he was convicted of that, we respect the jury's

22   decision, but the allegation is that he used OC spray or

23   pepper spray.

24         As we argued in closing, law enforcement walks

25   down the street and can spray almost anyone in the face

1    without masks or any other reason with pepper spray if they

2    are slightly disorderly, slightly noncompliant, less of a

3    threat than punches and kicks that the police officer

4    doesn't use at the next step.

5            So for all those reasons, my answer to that

6    question is, we're often stuck with a difficult decision

7    regarding whether to go to trial or whether to take a plea

8    based on the options we have available to us.

9            It is not to say that he's taking no

10   responsibility.  I think he'll stand up here and tell you

11   he's remorseful, he should have never been in the tunnel.

12   He understands that even being present in the tunnel is

13   problematic; it lends support to the larger group and the

14   destruction that took place in there.  So it is not a

15   defiant always, I've done nothing wrong, I'm the victim and

16   the government is wrong.

17           THE COURT:  Well, on that point, let me ask you

18   this.

19           I mean, what do you make and where does your

20   client stand, and he can either address it or not --

21   you know, I listened to the entirety of his video that was

22   included on the fundraising website.

23           You know, he describes himself as a political

24   prisoner, but, okay, fine.  But, you know, he does suggest

25   that the attacks were -- or what happened that day was

1    provoked -- or unprovoked -- Capitol Police officers

2    attacked others unprovoked, that it was the police that

3    initiated the violence.  Does he still think that?

4            MR. MOORE:  I think I could give the Court

5    multiple responses.  But I guess the one I would like to

6    start with is, he's moved through five different facilities,

7    maybe even six, frankly, throughout the course of this

8    trial, which is unique for various reasons, as we attempted

9    to get him discovery.

10           I will say that I think Mr. Brown and others -- it

11   is not a healthy environment in the local facility, and so

12   I've -- different facilities and different places, he was

13   home free with his family and friends, I've seen him at CTF,

14   I've seen him at other facilities.  That environment is not

15   healthy.  And if we are to engender the purpose of

16   deterrence, punishment, rehabilitation, getting them out of

17   that facility, closer to home and away from others who were

18   involved on that day, I think, would be very healthy.

19           I do not believe he ascribes to all those beliefs.

20   I do believe he believes in why he was there that day as a

21   general political purpose, but that's different from saying

22   what I did is right, my actions are right, I did nothing

23   wrong.

24           And that's the very difficult balance in these

25   cases, is punishing someone for their First Amendment

1    political beliefs or punishing someone for their criminal

2    actions.  And I understand they're intertwined in many ways

3    here; I think he'll address the Court to that as well.

4         But I would suggest that we've had -- his family

5    and friends have been very supportive of him.  He's been

6    released twice, as the Court is aware, including a lengthy

7    amount of time leading up to the trial, he was entirely

8    compliant.  I don't believe that Pretrial -- I'm not aware

9    of anything that he did that was not in compliance.

10        He turned himself in the first time as ordered.

11   He was here and remained.  He's been a trustee in every

12   facility he's been in.  He served tens and tens of thousands

13   of meals.  Everything that we would expect to meet the goals

14   of deterrence, punishment, and rehabilitation have been met.

15        And so I think that's a difficult question.  But I

16   would suggest that removing him from the local facilities

17   would go a long way to address that concern of the Court, if

18   that fully answers that question.

19        THE COURT:  I appreciate the response.  I think

20   it's -- I understand it.  I understand it.

21        MR. MOORE:  And to me, Your Honor, the reason we

22   asked ultimately for that amount of time that we asked for

23   is obviously we understand Stallings is factually similar,

24   but mitigation.  We understand that we have Caldwell, Mazza,

25   and others who are heightened beyond his offense, both in

1    intent and actions, and so we're coming down below those.

2            But then there's many cases that we think are more

3    comparable that we cited in our brief where -- that did

4    receive between 41 and 48 months, on page 15 and 16 of our

5    memo, including --

6            THE COURT:  May I -- I'm sorry.  Go ahead,

7    Mr. Moore.

8            MR. MOORE:  Yes, Your Honor.

9            I just think that's a comparable range.

10           Frankly, the reason we even asked for that much

11   time is because we understand the Court has the obligation

12   of, you know, general deterrence.

13           THE COURT:  No, look -- I mean, look, I will say

14   this:  That, you know, for any defendant to come in and say,

15   we think four years is a reasonable sentence is not an easy

16   thing to do, particularly one who's never been convicted

17   before and undoubtedly has been awakened to realities of

18   incarceration in ways that others who have been there before

19   would not be.

20           But I will just make the observation.  I mean,

21   I did look at the cases you cited, and at least the first

22   three, Bledsoe, Decarlo, and Hale-Cusanelli, were all

23   1512(c)(2) cases in which the defendant entered the Capitol

24   Building, you know, was there for a significant amount of

25   time, traveled throughout the Capitol Building in a way that

1    suggested an intent to obstruct the proceeding, but none of

2    them involved assaultive conduct against the police.

3            MR. MOORE:  That's fair, Your Honor, and that's to

4    my -- I mean, that's on me, Your Honor.

5            The struggle I have with these cases, Your Honor,

6    obviously is the 1512 versus the assault offenses are so --

7    there's so much overlap.

8            And the government is correct in some ways that,

9    you know, why should he get credit if there's no

10   individually harmed officer.  But they also say in their

11   memo even at sentencing, the stream of liquid did not

12   directly hit any officer.

13           And I say the opposite is true; is if there was a

14   direct officer who was injured, as have been a part of these

15   cases, they would absolutely have them here providing that

16   aggravating evidence for the Court.  And so I don't mean to

17   say --

18           THE COURT:  No, I mean, look, I get it.

19           Your point is well taken in the following sense,

20   in terms of trying to compare conduct.

21           I mean, the government cites Khater, 21-CR-222.

22   And Mr. Khater literally aimed his spray can in the faces of

23   three different officers.  You know, that is a different

24   level of culpability, it's a different form of

25   intentionality.  So it is not an insignificant difference in

1   my mind as to how the spray can is handled and who actually

2   does or does not get hurt with it.

3           MR. MOORE:  Yes, Your Honor.

4           The bottom line, I guess, to address why we're

5   asking for what we're asking from my perspective is, we

6   understand, as a litigant, it's easy, we ask for what is in

7   our client's favor.  We understand you ultimately have to

8   weigh and make the decision.  I do not think the Guidelines

9   are an appropriate reflection, so I'm left with the

10  principles of sentencing as required by statute.

11          For punishment, I think even such factors as

12  living through the COVID times and detention has been

13  extremely painful on all detainees across the board across

14  the country.

15          Getting moved multiple times, having difficulty

16  with access to discovery, the specific facts that are in

17  play in this case, his lack of criminal history, his age,

18  his rehabilitative potential as shown by his actions while

19  in confinement, also while on release, while the -- through

20  the family support he has, the deterrence value that's

21  needed.

22          I will tell you that Jeffrey Brown, this

23  individual, is specifically deterred.  I do not have any

24  reason to believe you will ever see him in front of this

25  court or any other court for criminal action again.  But we

1   do understand the Court's obligation to general deterrence.

2           So when I weigh that and I compare that to

3   comparable cases, whether comparable or not, to avoid

4   unwarranted sentence disparity, that's why we ask for that

5   variance, that downward variance.

6           I know he would like to address the Court, and I'm

7   happy to answer any other questions the Court might have.

8           THE COURT:  No.  Thank you, Counsel.

9           MR. MOORE:  Yes, Your Honor.

10          THE COURT:  Mr. Brown, would you like to be heard,

11  sir?

12          MR. MOORE:  Your Honor, would you like him at the

13  podium or here?

14          THE COURT:  I would prefer that he come on up if

15  he's able to do so.

16          Mr. Brown.

17          THE DEFENDANT:  I guess I would like to start by

18  saying, thank you, Your Honor and the Court for giving me

19  this opportunity to speak on my behalf.  And I'd like to

20  thank my mother for being here, for my friend Alice.  And,

21  of course, Kathy.  Love you.

22          I want to begin by saying I take full

23  responsibility for my actions on January 6th and I apologize

24  for allowing myself to be caught up in the moment and the

25  weight of the situation for which I was there for and for

1  anyone who may have been injured, for any property damage

2  that may have occurred.  And that day was to be a patriotism

3  and optimism, for one, certainly I never expected that to

4  turn out the way that it did.

5         Since this Court and Your Honor is imposing

6  sentence on me, I feel it's important that Your Honor have a

7  little bit of insight to me, in the mind of a J6er, an

8  average-tempered person, I believe, that attended that day.

9  Like most others, I had no intention of committing any

10  violence that day.

11         You know, I have a lot that I've written down here

12  that I want to say.  And it's difficult to try and decide,

13  you know, what to tell Your Honor and what not without

14  sounding political, because, you know, this event has been

15  such a political time in our country and these cases as

16  well.

17         And I guess what I'd like to say is that, you

18  know, the reason that I went there was for the election, but

19  not the election in a vacuum.  There were things that had

20  occurred, you know, over the previous years that had, in a

21  sense, kind of vilified conservatives.

22         They -- you know, where we were labeled, whether

23  it was "extremists" or "domestic terrorists" or "racists" or

24  "white supremacists."  And those all range from various

25  activities that happened and things that were portrayed in

1   the media to us.

2          And as a result, I believe that that has created

3   labels on us that then translate into the courtrooms here

4   and then translate for things that the juries have heard on

5   the outside.

6          And regardless of what kind of order we can go

7   through, we're still going to find some biases that are

8   based on those assumptions that they've heard.  Whether

9   they're true or not, you know, if they're repeated enough,

10  people have a tendency to believe those, especially when

11  they aren't given an alternative source to find out whether

12  those labels, if you will, are accurate or not.  And, you

13  know, I mentioned what those labels were.

14          And I guess what I'd like to say or have

15  Your Honor do is, when evaluating my sentence, evaluate me

16  for that day, don't evaluate me for the actions and the

17  labels that have been subscribed to myself and the other

18  January 6th defendants, because those were painted with

19  broad brushes, and they're based on, you know, our opinions

20  and views.  And a lot of times the circumstances in which

21  issues had come up later find that they weren't exactly what

22  we were told originally, and that's come up a lot in the

23  news with a lot of things that have been revealed.  So I

24  request that Your Honor take that into consideration.

25          And one of the other things that I think is

1   pertinent as well is that, you know, is a riot a riot?

2   Meaning, is one riot over here the same as a riot over

3   there?

4           And what I'm referring to is the riots during the

5   summer of 2020 when we saw, all of Americans saw, those

6   riots happening on our televisions and what we were told

7   about those riots and staying home peaceful watching that

8   and realizing that it was wrong and wondering, you know,

9   what would happen.

10          And then when we have a riot in another situation,

11  it is highly politicized, even though, even though the same

12  type of things were conducted.  You know, what do we ever

13  hear about the summer of 2020 riots?

14          I'm not condoning riots whatsoever.  All I'm

15  saying is that being treated equally across the board,

16  I think, is part of what the justice system is, at least

17  I hope would apply.

18          And also, you know, those that were -- that didn't

19  have the labels placed on them.  And maybe it was the labels

20  that made the difference as to it those cases, whether they

21  were sentenced, given lesser sentences for the very same

22  activities that we did.  And, again, I'm not condoning

23  anything that I did and I do take responsibility for that.

24          But I just hope that in your evaluation, that you

25  remove those labels that have been placed on us that is

1   undoubtedly there.  You know, it's in every single news

2   story every single day that comes from the mouth of even the

3   President, I mean, as recently as three days ago when he

4   made an announcement for his Presidency.  So I hope that you

5   would take those things into consideration to compare apples

6   to apples.

7           I'd also like to say that I've learned much from

8   this journey and I understand what has happened and

9   I understand how I got caught up on the moment and I know

10  now how to avoid that in the future.  As the saying goes, if

11  I knew then what I know now, things would be different for

12  myself.

13          I've gone through a mental reflection and growth

14  and rehabilitation on how not to repeat those activities

15  again.  I get it.  I understand and I won't be back before

16  this Court or any other court for that matter.

17          As for my debt to society, I've been incarcerated

18  for 16 months thus far and home confinement for five months.

19  During this time, I have not had any discipline reports or

20  actions of any kind, even while having been in six different

21  jails with every type of inmate, correction officer, and

22  jail politics.

23          Two of those jails, I further fulfilled my debt as

24  a trustee.  I served in the kitchen.  And based on my time

25  of approximately 75 days, which is about 750 hours because

1    they are ten-hour-plus days, I prepared, served and cleaned

2    approximately 90,000 meals.  I could have just slept in my

3    bunk, watched TV, played cards, but I did not; I served the

4    jail.

5            My penance monetarily between two and a half years

6    of lost income and attorneys' fees is nearing $250,000,

7    along with many other financial losses.  Any more

8    incarceration will not provide more understanding of my

9    situation.  I know the errors of my ways.

10           I do not need to evaluate how to turn around a

11   life of crime or to rehabilitate my life from addiction,

12   chaos, or domestic violence.

13           I was involved in one incident for which a matter

14   of moments I was caught up in.  I did not incite or instruct

15   others.  I did not brag or boast about the involvement

16   before or after that day.  I did not have any stated

17   victims, as we've been talking about, or actually report

18   injury to anyone or property damage.  I had no intention to

19   hurt anyone that day, or, for that matter, to even enter the

20   Capitol, and there is no mandatory time for my charges.

21           I, therefore, humbly ask this Court and Your Honor

22   to see through the political fog of the labels that have

23   been placed on us and send me home with my family with time

24   served.  Thank you.

25           THE COURT:  Thank you, Mr. Brown.

1          You can have a seat.

2          Mr. Moore, before you do have a seat, can I just

3  ask.  Mr. Brown said something about legal fees and a sum of

4  legal fees.

5          MR. MOORE:  I think he was referencing lost wages

6  and legal fees --

7          THE COURT:  Okay.  I see.

8          MR. MOORE:  -- over a number of years.

9          THE COURT:  Okay.  Understood.

10         I just wanted to -- maybe I misheard, so I thought

11 he was referring only to legal fees.

12         MR. MOORE:  No, Your Honor.

13         And for clarification, that it was a combination

14 of --

15         THE DEFENDANT:  Yeah.  It's two-and-a-half years

16 of lost income, plus legal fees.

17         THE COURT:  Understood.  Okay.

18         Okay.  I'm going to take a few minutes, everyone,

19 and I'll be back with you shortly.

20         COURTROOM DEPUTY:  All rise.

21         This Court stands in recess.

22         (Recess from 4:20 p.m. to 4:35 p.m.)

23         COURTROOM DEPUTY:  All rise.  The Court is again

24 in session.  Please be seated and come to order.

25         THE COURT:  Please be seated.  Thank you,

1    everybody.

2            Okay.  Let me just reiterate what the Guidelines

3    are.  They are 63 to 78 months, a fine range of 20,000 to

4    $200,000.

5            In addition to the Guidelines, I must consider all

6    the factors that are set forth in 18 U.S.C. 3553(a) and

7    impose a sentence that's sufficient but not greater than

8    necessary to achieve the objectives of sentencing set forth

9    in the statute.

10           The factors I must consider are the nature and

11   circumstances of the offense and the history and

12   characteristics of the defendant, the need for the sentence

13   imposed to reflect the seriousness of the offense, to

14   promote respect for the law, and to provide just punishment

15   for the offense, to afford adequate deterrence, protect the

16   public, and to provide the defendant with any needed

17   educational or vocational training or medical care.  I also

18   should consider the kinds of sentences available and the

19   need to avoid unwarranted disparities.

20           Let me just begin with the history and

21   characteristics of Mr. Brown.  You know, he's not unlike

22   many defendants who have come before us for January 6th

23   related offenses.  He's 56 years old, has had a long-term

24   relationship with his partner who is here and has been

25   supportive throughout of him, along with his family, has a

bachelor's degree which he obtained 14 years after he
graduated high school, obtained a commercial pilot's license
and a training license, he's had steady employment
throughout his adult years, including most recently in
sales.

By all accounts from his family and friends and
people who know him best, he's a kind, generous, and
thoughtful person, and that's reflected in the fact that he
has no meaningful criminal history other than something
that's a little bit unclear but happened so long ago I don't
think it's even worth mentioning.

And, you know, again, when he was released on
pretrial release, he had an unblemished record.  And I dare
say I've considered and thought about the challenges that
have come upon him while incarcerated.  He did have to move
through multiple facilities.  Part of that was because of
trying to find a place where he could get access to
discovery, which made it more challenging and ultimately,
frankly, led to his release because he wasn't able to get
access to it.  The COVID conditions certainly did not help.
So I've considered all of those factors.

The conduct, let me just describe it.  The jury
found beyond a reasonable doubt that Mr. Brown entered the
Lower West Terrace tunnel.  He originally seemed as kind of
poked his head in there.  Had his phone with him.  This was

1    a few minutes before 3:00.  He seemed to at least be curious

2    about what was happening inside the tunnel.

3           But then goes away for approximately 13 minutes,

4    and then reappears walking behind Mr. Schwartz.  It's not

5    clear whether -- how he was there with Mr. Schwartz, whether

6    they had a conversation outside, whether they were there

7    together by happenstance.  That is not clear.

8           But what is clear is that the video evidence

9    clearly showed, and this is my view, not just the jury's,

10   that Mr. Schwartz and Mr. Brown, along with Mr. Maly,

11   entered the tunnel, Mr. Schwartz handed Mr. Brown -- excuse

12   me, first handed Mr. Maly a canister, Mr. Maly looked at

13   that canister, handed the canister to Mr. Brown, who then

14   clearly understood what it was.  He fiddled with it.  Was

15   unable to actually use it.  He hands it back to

16   Mr. Schwartz.  Mr. Schwartz does something to enable the

17   canister to be deployed.  And Mr. Brown walks to the front

18   of the line and he sprays a line of officers who are

19   collected there guarding the doors to the Capitol Building.

20          The spray evidently did not directly hit anyone,

21   perhaps it landed on multiple people, but it certainly --

22   there's no evidence brought forward that it directly hit

23   anyone.

24          But then even after having done that,

25   Mr. Schwartz -- excuse me, Mr. Brown remains in the tunnel.

1    He's among the group of people who are pushing back and

2    forth on what we've all been calling the "heave-ho" conduct

3    that resulted in injuries to officers, and a great deal of

4    stress, anxiety, to say the least.

5            Mr. Brown leaves about five minutes later.  I know

6    we're not told of any further conduct after he leaves, other

7    than that he is still in and around the Capitol around the

8    time it gets dark.

9            The defense has emphasized a number of what it

10   considers to be mitigating or, at a minimum, differentiating

11   factors that I've considered with respect to Mr. Brown.

12   In arriving and coming to Washington that day, he didn't

13   seem to have any plan to engage in violence, he didn't bring

14   anything with him like weapons or even spray or even goggles

15   or what have -- any kind of gear that would suggest he was

16   readying himself for potential aggression.  Nothing from

17   social media postings either before or after that really set

18   him apart in any meaningful way.  Notably, he doesn't go on

19   social media after the fact to crow about his actions or

20   take no real -- suggest that they were justified in some

21   way.

22           And as I've said with others, I think Mr. Brown's

23   conduct, frankly, everybody's conduct that day is mitigated

24   to some degree because of the reasons they were there and

25   the influences that brought them there.

1          But let me just say a few things, Mr. Brown, about

2    your actions that day and some of what you've said here

3    today.

4          Lives can change in a matter of minutes.

5    Decisions you make, in a matter of minutes, can impact you

6    and others in ways that are unpredictable.  That effect is

7    multiplied when you are among thousands, when you join

8    deliberately in a group of thousands of people who are

9    rioting.  It was a riot, make no mistake about it.  There

10   was hand-to-hand combat with police officers, barricades

11   were ripped down.  There were efforts to -- there was

12   property destroyed.  It was a riot, no question about it,

13   and you joined in that riot.

14          And what I think the false equivalency is with the

15   summer of 2000 riots is at least in one respect.  I don't

16   condone anything that happened during that summer for people

17   who destroyed property or set fire to property.  They should

18   have been prosecuted.  I don't know whether they were or

19   not, I don't think some were, but they should have been

20   prosecuted.

21          But I dare say it is different when the conduct

22   comes in the context of a fundamental Democratic tradition,

23   and that is what has been the peaceful transfer of power

24   from one Presidency to the next.

25          And that makes this different, it really does,

because it not only puts your behavior and the behavior of others in a different light, it's evaluated in a different light by people in countries and leaders around the world. Well, if it can happen in the United States, well, by gosh, why can't it happen here.  Look, they're no better than we are.

And the truth is, at least until January 6th, we were.  Collectively as a polity, we were.  We accepted election results.  We moved past them.  Your candidate lost. Okay.  Maybe you thought something was wrong.  Okay. I'm not quite sure why people thought that, but I understand that there were reasons for it.  But that's what makes it different.

And it's not, Mr. Brown, because I think and perhaps others -- well, let me put it differently.  I don't think you're an extremist, I don't think you're a white supremacist.  I think you're somebody who got there, was zealous in your beliefs, and you acted in that moment.

And I guess what I would have hoped this time would have conveyed, and perhaps it does, is that you're not here because you are being persecuted for your politics.

I don't care what your politics are.  That's not why you were prosecuted.  And for anyone else out there that thinks that that's why you were being prosecuted and others who are similarly situated to you, that's not why you were

1   prosecuted.

2          You were prosecuted because you participated,

3   along with others, in disrupting the peaceful transfer of

4   power in a way that brought about violence and injuries and,

5   frankly, shame.

6          That's why you were prosecuted.  Not because you

7   supported Donald Trump or you may have conservative values.

8   That's not why you were prosecuted.  That's not why this

9   jury convicted you.  They convicted you because the evidence

10  clearly showed beyond a reasonable doubt what your actions

11  were that day, plain and simple.

12         And I hope that you understand that, and others

13  understand that, that these prosecutions are not about

14  politics.  People aren't being selected because they have

15  certain views or because of the candidate that they support.

16  They're being prosecuted for their conduct that day, just as

17  anybody else should be.

18         You know, Mr. Brown, what has been very hard for

19  me throughout this, I've probably -- dare not make

20  comparisons, but I probably have more January 6th defendants

21  before me than any other judge in this courthouse.

22         And I am struck, time and again, with the

23  background of the people who did what they did on that day.

24  For the most part, they are like you, no prior criminal

25  history, have led lives in which they worked in pillars of

1  the community, have been loving sons, partners, husbands,

2  fathers, whatever the case may be, and but yet for that

3  moment in time, all of that walked away.  And what it really

4  shows and tells me is the power and sway that

5  disinformation, untruths can have on people, and the effect

6  it has on people.

7          You know, I don't think for a moment -- frankly,

8  I don't think the government thinks for a moment, Mr. Brown,

9  that you're going to walk out after you serve your sentence

10  and go out and commit any kind of offense; there's no reason

11  to think you will.  Nobody has to sentence you because we

12  think you are going to go out and commit more crimes.

13          But people do need to understand that you can't do

14  what you did that day and not have there be consequences.

15  And the consequences are not insignificant.

16          And, again, I say this because the context in

17  which it happens matters.  This wasn't just simply about

18  spraying OC spray against some police officers.  It was the

19  context in which it happened.  It was an affront to our

20  democracy, it hurt the democracy, and it set us back as a

21  country.

22          Look, all of that said, what really has mattered

23  to me or I've tried to have matter to me in these cases is

24  to try to judge people's conduct relative to others'.  I've

25  spent a lot of time in these cases reviewing the dockets in

1    other cases to try and understand what people have received

2    as sentences relative to the people who've come before me.

3    And I dare say that a number of the sentences in cases that

4    have been brought to my attention are for conduct more

5    serious than yours and have received sentences less than

6    what the government is asking of you.

7           Now, in many of those cases, the defendants

8    accepted pleas.  Understand that.  But you chose not to, and

9    you shouldn't be penalized for that; you're not being

10   penalized for that, but it does affect the Guidelines.  I've

11   considered all those cases:  Ms. Stallings's case,

12   Mr. Caldwell's case, Mr. Mazza's case, Mr. Palmer's case,

13   all of which have been cited by your lawyer.

14          And I agree with him that you are not as culpable

15   and are not as deserving of a sentence like Mr. Caldwell.

16   You know, he literally taunted police officers, he yelled

17   expletives at them, and then took a spray can and approached

18   officers and directly sprayed them, and resulted in injuries

19   to three of them and then he went inside the building.  And

20   then afterwards, he got on an interview with the media and

21   justified his conduct, and he got 68 months.

22          Mr. Mazza, you know, as I already explained

23   previously, he pushed up against officers in the west

24   tunnel, took a baton away from one, struck an officer with

25   the baton, encouraged others to go into the building, not

1    something that you're accused of doing, and then filed a

2    false report of a stolen firearm and removed a serial

3    number, engaged in obstructive conduct, and he got

4    60 months.  And, again, these folks have all pled.

5         Mr. Palmer threw a plank at officers, a wooden

6    plank in the lower west tunnel; used a fire extinguisher and

7    threw a fire extinguisher at officers.  But he got no

8    acceptance of responsibility points and was sentenced to

9    63 months.

10        The government has cited Mr. Khater's case;

11   I think I've said why I think that case is very different.

12   Mr. Khater actually directly came up to three separate

13   police officers and directly sprayed them in the face, all

14   of whom suffered injury of some level, and he, with a

15   78-to-97 month Guideline, got 80 months.  The spraying

16   spree, as the government described it, lasted almost

17   30 seconds in that case, far greater time than you did.

18        One last case I'll just note is a case that I had

19   that I've thought about, the case of *United States versus*

20   *Gardner*, 21-CR-622.  It was an individual who took a plea to

21   both 111(a) and (b), 1512(c)(2) and 231(a)(3).  He sprayed

22   officers on the lower west tunnel from the outside of the

23   tunnel and one actually got hit, actually sprayed them

24   twice.  He then urged the crowd to break a window.  He

25   actually had an axe in his backpack and removed it and

1   started banging it against -- I'm sorry, wrong person.

2          He used the canister to try and break a window.

3   Actually ended up inside a room where he, along with others,

4   trashed it and he sticks his head outside and celebrates it,

5   and then he actually hands a rioter a piece of furniture

6   that was used to club a police officer.  And he got 55

7   months because his Guidelines were 46 to 57 months, in a

8   sense showing the randomness of how these Guidelines

9   operate.

10          Mr. Brown, I can't just send you home; the conduct

11  is serious enough, and I think the importance of trying to

12  ensure there are not disparities relative to others who have

13  engaged in other conduct that's similar to yours doesn't

14  warrant the sentence that your counsel has recommended.  At

15  the same time, nor do I think it warrants the sentence that

16  the government has recommended.

17          And so the sentence of the Court will be as

18  follows:

19          Pursuant to the Sentencing Reform Act and in

20  consideration of the provisions of 18 U.S.C. 3553, as well

21  as the advisory Guidelines, it's the judgment of the Court

22  that you, Mr. Brown, will be committed to the custody of the

23  Bureau of Prisons for concurrent terms of 54 months on

24  Count 2, Counts 7, 9, 10, and 11, and six months on

25  Counts 12 and 13.  You are further sentenced to serve

concurrent 36-month terms of supervised release as to Counts 2, 7, 9, 10, and 11.

In addition, you will be ordered to pay a special assessment of $520 in accordance with 18 U.S.C. 3013.

While on supervision, you shall abide by the following mandatory conditions, as well as all the discretionary conditions that have been recommended by the probation office in part D of the sentencing options of the Presentence Report, which are imposed to establish basic expectations for your conduct while on supervision.

The mandatory conditions include not committing another federal, state, or local crime, not possessing a controlled substance; you must refrain from unlawful use of a controlled substance; you must submit to a drug test within 15 days of placement on supervision and at least two periodic drug tests thereafter as determined by Probation; cooperate in the collection of DNA; and must make restitution as ordered.

Restitution shall be paid in the amount of $2,000 to the Architect of the Capitol.  The Court determines you don't have the ability to pay interest, and, therefore, waives any interest or penalties that may accrue on the balance of the restitution.

I also will decline at this time -- I will decline to impose a fine, in part because it is not clear to me how

1    much of what Mr. Brown has collected from online donations

2    has gone to legal fees versus some other purposes.  And so

3    I will assume -- well, let me put it differently:  That

4    I cannot make an assumption that somehow Mr. Brown has

5    enriched himself by virtue of his online fundraising, and so

6    for that reason, I will not impose a fine.

7            I should have mentioned -- and I didn't -- that

8    part of the thinking in the sentencing and frankly for the

9    variance from the Guidelines is not only to ensure that

10   there aren't disparities from other sentences, but also I've

11   taken into account Mr. Brown's history, as I've mentioned

12   previously, and, frankly, some of his -- and his conduct

13   while he's been incarcerated.  I think it is laudable,

14   Mr. Brown, that you have worked and served others while you

15   have been in prison.

16           You must provide the probation office with access

17   to any requested financial information and authorize the

18   release of any financial information until the restitution

19   obligation is paid in full.

20           The financial obligations, that is, the court

21   costs of $520, those are immediately payable to the Clerk of

22   the Court for the U.S. District Court at 333 Constitution

23   Avenue, Northwest, in Washington, D.C.

24           Within 30 days of any change of address, you shall

25   notify the Clerk of the Court of the change until such time

1    as the financial obligation is paid in full.

2              The probation office may release the Presentence

3    Investigation Report to all appropriate agencies, which

4    includes the U.S. Probation Office in the approved district

5    of residence in order to execute the sentence of the Court.

6              The Court will authorize both supervision and

7    jurisdiction over this case to be transferred to the

8    jurisdiction of Mr. Brown's residence in California; I don't

9    know which one that is.

10             MR. MOORE:  Your Honor, there was one I was to

11   ask, if the Court would consider requesting that he be

12   evaluated for Lompoc, the facility.  I know that wasn't

13   quite the Court's question, but if the Court would consider

14   that as well.

15             THE COURT:  Sure, I'm happy to make a

16   recommendation for that facility.  Just make sure Mr. Douyon

17   knows how that's spelled, okay?

18             MR. MOORE:  Yes, Your Honor.

19             THE COURT:  And any treatment agencies, to the

20   extent they're required, shall return the Presentence Report

21   to the probation office upon the defendant's completion or

22   termination from treatment.

23             Mr. Brown, you do have the right to appeal your

24   convictions and the sentence that has been imposed.  If you

25   wish to file an appeal, you shall file an appeal within 14

1    days of judgment being entered by the Court.

2            If you are unable to afford the cost of an appeal,

3    you may request permission from the Court to file an appeal

4    without cost to you; in other words, you may -- and you also

5    may apply for court-appointed counsel if you aren't able to

6    afford counsel for purposes of an appeal.

7            You also have the right to challenge the

8    conviction that's been entered and the sentence that's been

9    imposed under 28 U.S.C. 2255, and the time for that filing

10   of that motion will begin to run once the judgment is

11   entered.

12           I'm reminded that a restitution rate -- I should

13   probably just impose a restitution rate of $50 a month, and

14   that once Mr. Brown is able to gain employment, that can be

15   increased appropriately, okay?

16           Are there any objections or any other things to

17   put on the record at this point?

18           MR. RANCOURT:  No, nothing from the government,

19   Your Honor.

20           MR. MOORE:  No, Your Honor.  Thank you.

21           THE COURT:  Okay.

22           Mr. Brown, good luck, I wish you well, and take

23   care of yourself.

24           COURTROOM DEPUTY:  This court stands in recess.

25           (Proceedings concluded at 5:00 p.m.)

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__May 4, 2023_____          

William P. Zaremba, RMR, CRR

COURTROOM
DEPUTY: [4] 3/2 3/1/20
31/23 46/24
MR. MOORE: [24]
3/15 4/6 4/15 4/21 13/2
13/4 13/17 15/19 16/9
16/24 18/9 20/4 21/21
22/8 23/3 24/3 25/9
25/12 31/5 31/8 31/12
45/10 45/18 46/20
MR. RANCOURT: [8]
3/16 4/4 4/20 6/14
10/20 12/4 12/25 46/18
THE COURT: [31]
3/10 3/17 4/7 4/17 4/22
10/12 11/4 12/22 13/1
13/3 13/16 15/2 16/17
16/21 17/16 19/17
21/19 22/6 22/13 23/18
25/8 25/10 25/14 30/25
31/7 31/9 31/17 31/25
45/15 45/19 46/21
THE DEFENDANT: [2]
25/17 31/15

$
$2,000 [1] 43/19
$200,000 [2] 6/11 32/4
$250,000 [1] 30/6
$27,410 [1] 10/3
$50 [1] 46/13
$520 [2] 43/4 44/21

1
10 [6] 5/17 5/25 6/2 6/5
42/24 43/2
11 [6] 5/18 5/23 6/2 6/3
42/24 43/2
111 [6] 5/8 5/11 6/8
11/1 15/8 41/21
12 [1] 42/25
1205 [1] 1/14
13 [2] 34/3 42/25
14 [7] 5/5 5/9 5/15 5/20
5/22 33/1 45/25
15 [2] 22/4 43/15
1512 [3] 22/23 23/6
41/21
16 [2] 22/4 29/18
1752 [2] 5/14 5/18
18 [3] 5/13 5/16 42/20
18 U.S.C [6] 5/3 5/8
5/18 6/7 32/6 43/4
194 [1] 3/21
1987 [1] 7/5

2
20,000 [2] 6/11 32/3
2000 [1] 36/15
20001 [1] 2/6
201 [1] 3/22
202 [1] 2/6
2020 [2] 28/5 28/13
2022 [1] 9/23
2023 [2] 1/5 47/7
205 [1] 3/24
21-178-2 [2] 1/4 3/3

21-CR-622 [1] 41/20
222 [1] 23/21
22314 [1] 1/21
2255 [1] 46/9
23 [1] 5/4
231 [2] 5/4 41/21
24 [2] 5/7 15/25
26 [2] 5/12 6/9
28 [2] 1/5 46/9
2A2.2 [2] 5/4 5/9
2A2.4 [1] 5/19
2B2.3 [1] 5/15

3
30 [1] 44/24
30 seconds [1] 41/17
3013 [1] 43/4
3249 [1] 2/6
333 [2] 2/5 44/22
354-3249 [1] 2/6
3553 [2] 32/6 42/20
36 [1] 12/15
36-month [1] 43/1
3:00 [1] 34/1
3:30 [1] 1/6

4
41 [1] 22/4
46 [1] 42/7
472-7351 [1] 1/16
48 [1] 22/4
4:20 [1] 31/22
4:35 [1] 31/22

5
506 [1] 1/20
526 [1] 1/20
535-7809 [1] 1/21
54 [1] 42/23
55 [1] 42/6
56 [1] 32/23
56-year-old [2] 13/7
14/21
57 [1] 42/7
5:00 [1] 46/25

6
60 [2] 17/7 18/1
60 months [1] 41/4
622 [1] 41/20
63 [2] 6/10 32/3
63 months [1] 41/9
68 [2] 11/2 40/21
6th [13] 7/1 7/9 9/18
13/19 14/18 16/10
17/19 18/12 25/23
27/18 32/22 37/7 38/20

7
70 months [1] 10/9
70-month [1] 7/18
700 [1] 1/15
703 [1] 1/17
7351 [1] 1/16
75 [1] 29/25
750 [1] 29/25
78 [2] 6/10 32/3
7809 [1] 1/21

8
80 [1] 41/15
806 [1] 1/16

9
90,000 [1] 30/2
95 [1] 3/21
97 [1] 41/15

A
abide [1] 43/5
ability [1] 43/21
able [4] 25/15 33/19
46/5 46/14
about [24] 6/24 7/16
7/17 7/20 17/16 17/25
18/7 28/7 28/13 29/25
30/15 30/17 31/3 33/14
34/2 35/5 35/19 36/1
36/9 36/12 38/4 38/13
39/17 41/19
above [1] 47/4
above-titled [1] 47/4
Absent [1] 7/5
absolutely [2] 15/20
23/15
accept [1] 11/3
acceptance [1] 41/8
accepted [2] 37/8 40/8
access [5] 14/11 24/16
33/17 33/20 44/16
accident [1] 9/2
accomplishes [1] 10/9
accordance [1] 43/4
according [1] 11/7
account [2] 9/24 44/11
accounts [1] 33/6
accrue [1] 43/22
accurate [1] 27/12
accused [1] 41/1
achieve [1] 32/8
across [3] 24/13 24/13
28/15
Act [1] 42/19
acted [1] 37/18
action [1] 24/25
actions [15] 4/10 7/13
7/16 10/7 11/16 20/22
21/2 22/1 24/18 25/23
27/16 29/20 35/19 36/2
38/10
activities [3] 26/25
28/22 29/14
actually [14] 11/12
11/13 15/3 16/23 17/24
24/1 30/17 34/15 41/12
41/23 41/23 41/25 42/3
42/5
add [2] 4/8 5/10
addiction [1] 30/11
addition [2] 32/5 43/3
additional [4] 5/12
5/20 11/19 11/20
address [7] 15/1 19/20
21/3 21/17 24/4 25/6
44/24

adequate [1] 32/15
adult [1] 33/4
advance [1] 4/11
advisory [1] 42/21
affect [1] 9/12
afford [3] 32/15 46/2
46/6
affront [1] 39/19
after [10] 9/8 9/9 17/19
30/16 33/1 34/24 35/6
35/17 35/19 39/9
afternoon [6] 3/2 3/10
3/12 3/14 13/2 13/3
afterwards [2] 11/15
40/20
again [11] 3/10 5/9
17/11 24/25 28/22
29/15 31/23 33/12
38/22 39/16 41/4
against [12] 7/23 8/5
8/11 8/11 9/8 9/10
15/17 17/20 23/2 39/18
40/23 42/1
age [1] 24/17
agencies [1] 45/3
45/19
aggravating [1] 23/16
aggression [1] 35/16
ago [3] 9/15 29/3 33/10
agree [2] 17/18 40/14
ahead [1] 22/6
aid [3] 3/22 3/23 3/24
aided [1] 2/3
aimed [1] 23/22
Alexandria [1] 1/21
Alice [2] 13/14 25/20
all [33] 3/10 3/25 4/17
4/22 4/24 6/6 6/15 13/1
13/14 14/8 16/2 17/18
19/5 20/19 22/22 24/13
26/24 28/5 28/14 31/20
35/2 39/3 39/22 40/11
40/13 41/4 41/13 43/6
45/3
all right [1] 4/24
allegation [1] 18/22
alleges [1] 12/8
allowing [1] 25/24
almost [4] 6/22 8/18
18/25 41/16
alone [2] 9/13 17/4
along [5] 30/7 32/25
34/10 38/3 42/3
already [2] 6/18 40/22
also [18] 5/25 8/16
9/12 10/25 11/2 12/13
13/19 14/15 14/20
23/10 24/19 28/18 29/7
32/17 43/24 44/10 46/4
46/7
alternative [1] 27/11
always [13] 18/13 19/15
am [2] 16/17 38/22
Amendment [1] 20/25
AMERICA [2] 1/3 3/4
Americans [1] 28/5

AMIT [1] 1/10

among [2] 35/1 36/7
amount [4] 21/7 21/22
22/24 43/19
announcement [1]
29/4
another [2] 28/10
43/12
answer [2] 19/5 25/7
answers [1] 21/18
anxiety [1] 35/4
any [33] 4/14 5/1 8/6
12/17 12/23 18/2 19/1
22/14 23/12 24/23
24/25 25/7 26/1 26/9
29/16 29/19 29/20 30/7
30/16 32/16 35/6 35/13
35/15 35/18 38/21
39/10 43/22 44/17
44/18 44/24 45/19
46/16 46/16
anybody [1] 38/17
anyone [7] 18/25 26/1
30/18 30/19 34/20
34/23 37/23
anything [4] 4/2 7/18
18/13 21/9 28/23 35/14
36/16
apart [2] 16/8 35/18
apologize [1] 25/23
apparently [1] 17/24
appeal [6] 45/23 45/25
45/25 46/2 46/3 46/6
appealing [1] 12/10
appear [2] 6/20 7/9
APPEARANCES [2]
1/12 2/1
appearing [1] 3/8
apples [2] 29/5 29/6
applicable [1] 15/13
applies [1] 5/17
apply [2] 28/17 46/5
appointed [1] 46/5
appreciate [2] 6/15
21/19
approached [2] 11/10
40/17
appropriate [6] 10/9
12/21 17/14 17/14 24/9
45/3
appropriately [2] 14/3
46/15
approved [1] 45/4
approximately [3]
29/25 30/2 34/3
April [1] 1/5
Architect [1] 43/20
are [49]
aren't [4] 27/11 38/14
44/10 46/5
argued [1] 18/24
argues [2] 9/5 14/15
argument [4] 8/4 8/17
14/5 18/14
arising [1] 7/17
around [4] 30/10 35/7
35/7 37/3
arriving [1] 35/12

## A

as [66]
ascribes [1] 20/19
aside [2] 15/22 16/3
ask [8] 10/13 15/2 19/17 24/6 25/4 30/21 31/3 45/11
asked [4] 12/17 21/22 21/22 22/10
asking [5] 7/19 16/6 24/5 24/5 40/6
assault [4] 9/7 17/9 17/11 23/6
assaulted [1] 8/13
assaultive [1] 23/2
assaults [1] 17/24
assessment [1] 43/4
assume [1] 44/3
assumption [1] 44/4
assumptions [1] 27/8
attack [1] 7/20
attacked [1] 20/2
attacks [1] 19/25
attempted [1] 20/8
attended [1] 26/8
attention [3] 13/10 16/4 40/4
attorneys' [1] 30/6
authorize [2] 44/17 45/6
available [2] 19/8 32/18
Avenue [3] 1/14 2/5 44/23
average [1] 26/8
average-tempered [1] 26/8
avoid [4] 10/15 25/3 29/10 32/19
awakened [1] 22/17
aware [3] 12/6 21/6 21/8
away [6] 18/16 18/16 20/17 34/3 39/3 40/24
axe [1] 41/25

## B

bachelor's [1] 33/1
back [10] 6/16 7/5 7/15 14/2 18/16 29/15 31/19 34/15 35/1 39/20
backed [1] 10/2
background [1] 38/23
backpack [1] 41/25
bad [1] 6/23
balance [2] 20/24 43/23
banging [1] 42/1
Barrett [1] 2/5
barricades [1] 36/10
Base [3] 5/5 5/9 5/19
based [5] 10/4 19/8 27/8 27/19 29/24
basic [1] 43/9
baton [6] 17/9 17/21 17/22 18/1 40/24 40/25
be [35] 7/3 7/10 8/7 12/10 13/14 14/14
17/11 18/7 20/18 22/19 25/10 25/24 26/2 29/11 29/15 31/19 31/24 31/25 34/1 34/17 35/10 38/17 39/2 39/14 40/9 42/17 42/22 43/3 43/19 45/7 45/11 46/14
bear [3] 12/11 16/13 16/20
bears [1] 7/1
beaten [1] 8/22
because [31] 5/6 5/10 5/23 5/25 6/2 8/10 9/13 11/18 11/20 15/23 17/13 17/18 22/11 26/14 27/18 29/25 33/16 33/19 35/24 37/1 37/14 37/21 38/2 38/6 38/9 38/14 38/15 39/11 39/16 42/7 43/25
been [44] 5/11 8/1 8/22 8/22 9/16 13/21 13/22 15/7 17/23 19/11 21/5 21/5 21/11 21/12 21/14 22/16 22/17 22/18 23/14 24/12 26/1 26/14 27/17 27/23 28/25 29/17 29/20 30/17 30/23 32/24 35/2 36/18 36/19 36/23 38/18 39/1 40/4 40/13 43/7 44/13 44/15 45/24 46/8 46/8
before [16] 1/10 4/19 10/12 13/8 15/24 16/22 22/17 22/18 29/15 30/16 31/2 32/22 34/1 35/17 38/21 40/2
begin [3] 25/22 32/20 46/10
behalf [3] 3/7 7/15 25/19
behavior [2] 37/1 37/1
behind [1] 34/4
being [12] 10/1 12/14 15/14 19/12 25/20 28/15 37/21 37/24 38/14 38/16 40/9 46/1
belief [1] 7/15
beliefs [2] 20/19 21/1 37/18
believe [12] 7/3 7/6 7/14 8/20 10/22 20/19 20/20 21/8 24/24 26/8 27/2 27/10
believes [1] 20/20
below [1] 22/1
best [1] 33/7
better [5] 7/12 14/15 37/5
between [2] 22/4 30/5
beyond [4] 8/1 21/25 33/23 38/10
biases [1] 27/7
bit [3] 12/20 26/7 33/10
Bledsoe [1] 22/22
board [2] 24/13 28/15
boast [1] 30/15

born [3] 12/9 14/20 21/25 24/11 45/6
bottom [1] 24/4
bound [1] 15/14
brag [1] 30/15
break [2] 41/24 42/2
brief [1] 22/3
bring [3] 9/11 13/10 35/13
broad [1] 27/19
brought [5] 16/4 34/22 35/25 38/4 40/4
BROWN [50]
Brown's [14] 4/10 7/4 7/9 7/16 7/20 8/5 8/10 10/19 10/23 11/18 15/17 35/22 44/11 45/8
brushes [1] 27/19
building [7] 10/22 11/14 22/24 22/25 34/19 40/19 40/25
bunk [1] 30/3
Bureau [1] 42/23
business [1] 4/19

## C

calculation [2] 4/24 5/16
Caldwell [10] 10/21 10/21 10/25 11/6 12/3 12/20 16/5 16/17 21/24 40/15
Caldwell's [2] 12/1 40/12
caliber [1] 18/3
California [1] 45/8
called [2] 9/24 12/15
calling [1] 35/2
came [4] 16/20 17/8 18/16 41/12
can [17] 4/12 14/14 14/15 15/2 18/25 19/20 23/22 24/1 27/6 31/1 31/2 36/4 36/5 37/4 39/5 40/17 46/14
can't [7] 37/5 39/13 42/10
candidate [2] 37/9 38/15
canister [7] 7/23 9/7 34/12 34/13 34/13 34/17 42/2
cannot [2] 14/25 44/4
Capitol [15] 7/10 7/13 8/13 10/24 16/11 17/4 17/8 17/10 20/1 22/23 22/25 30/20 34/19 35/7 43/20
Capitol grounds [1] 17/10
cards [1] 30/3
care [3] 32/17 37/22 46/23
carried [1] 17/10
case [33] 3/3 6/25 7/4 10/10 10/14 10/19 11/5 11/6 11/13 11/24 12/17 12/21 14/4 14/25 15/10
16/14 24/17 39/2 40/11 40/12 40/12 40/12 41/10 41/11 41/17 41/18 41/18 41/19 45/7
cases [22] 13/4 14/8 14/9 15/6 15/16 17/6 18/12 20/25 22/2 22/21 22/23 23/5 23/15 25/3 26/15 28/20 39/23 39/25 40/1 40/3 40/7 40/11
category [2] 5/2 6/9
Category I [1] 5/2
caught [4] 9/19 25/24 29/9 30/14
caused [1] 9/21
celebrates [1] 42/4
cell [1] 17/1
certain [2] 11/5 38/15
certainly [3] 26/3 33/20 34/21
Certified [1] 2/4
certify [1] 47/2
CH [1] 2/5
challenge [1] 46/7
challenges [1] 33/14
challenging [2] 10/16 33/18
change [3] 36/4 44/24 44/25
chaos [1] 30/12
characteristics [3] 6/4 32/12 32/21
characterization [1] 8/19
charge [1] 11/1
charges [1] 30/20
chose [1] 40/8
circumstances [3] 15/12 27/20 32/11
circumstantially [1] 16/15
cited [8] 10/21 15/7 16/5 17/6 22/3 22/21 40/13 41/10
cites [1] 23/21
civil [1] 5/4
clarification [1] 31/13
cleaned [1] 30/1
clear [5] 12/17 34/5 34/7 34/8 43/25
clearly [3] 34/9 34/14 38/10
Clerk [2] 44/21 44/25
client [1] 19/20
client's [1] 24/7
clients [1] 14/11
closely [1] 14/8
closer [1] 20/17
closing [2] 18/14 18/24
club [1] 42/6
colleague [2] 9/15 10/20
collected [2] 34/19 44/1
collection [1] 43/17
Collectively [1] 37/8

COLUMBIA [1] 1/1
combat [1] 36/10
combination [2] 18/3 31/13
come [17] 14/7 14/8 14/25 15/24 16/11 16/12 16/12 16/13 16/14 22/14 25/14 27/21 27/22 31/24 32/22 33/15 40/2
comes [2] 29/2 36/22
coming [4] 16/11 17/1 22/1 35/12
commercial [1] 33/2
commit [2] 39/10 39/10
committed [1] 42/22
committing [2] 26/9 43/11
community [1] 39/1
comparable [6] 10/19 16/2 22/3 22/9 25/3 25/3
comparator [1] 17/17
compare [4] 10/15 23/20 25/2 29/5
comparing [1] 14/11
comparison [2] 11/23 12/21
comparisons [1] 38/20
completion [1] 45/21
compliance [1] 21/9
compliant [1] 21/8
computer [1] 2/8
computer-aided [1] 2/8
concede [1] 7/22
concern [1] 21/17
concluded [1] 46/25
conclusion [1] 10/5
concurrent [2] 42/23 43/1
conditions [4] 33/20 43/6 43/7 43/11
condone [1] 36/16
condoning [2] 28/14 28/22
conduct [26] 6/3 10/16 10/17 12/1 15/16 15/17 17/18 18/3 18/15 23/2 23/20 33/22 35/2 35/6 35/23 35/23 36/21 38/16 39/24 40/4 40/21 41/3 42/10 42/13 43/10 44/12
conducted [1] 28/12
confinement [2] 24/19 29/18
confirm [1] 4/12
Congress [1] 6/1
consequences [3] 7/18 39/14 39/15
conservative [1] 38/7
conservatives [1] 26/21
consider [7] 7/6 11/25 32/5 32/10 32/18 45/11 45/13
consideration [3]

**C**

consideration... [3] 27/24 29/5 42/20
considered [4] 33/14 33/21 35/11 40/11
considers [1] 35/10
Constitution [2] 2/5 44/22
contemplating [2] 10/14 11/25
contested [1] 18/20
context [3] 36/22 39/16 39/19
continue [1] 7/24
CONTINUED [1] 2/1
contrary [1] 7/25
contrast [1] 10/16
contribution [1] 7/20
controlled [2] 43/13 43/14
conversation [1] 34/6
conveyed [1] 37/20
convicted [6] 10/25 15/8 18/21 22/16 38/9 38/9
conviction [3] 5/8 5/11 46/8
convictions [4] 6/8 13/17 15/23 45/24
cooperate [1] 43/17
coordinated [1] 9/10
correct [2] 23/8 47/3
correction [1] 29/21
correctly [1] 16/18
cost [2] 46/2 46/4
costs [1] 44/21
could [4] 12/15 20/4 30/2 33/17
counsel [7] 7/22 13/1 15/5 25/8 42/14 46/5 46/6
Count [6] 5/3 5/8 5/13 5/17 5/18 42/24
Count 10 [1] 5/17
Count 2 [2] 5/3 42/24
Count 6 [1] 5/8
countries [1] 37/3
country [4] 9/21 24/14 26/15 39/21
counts [9] 5/3 5/14 5/23 6/4 6/6 6/7 42/24 42/25 43/1
Counts 12 [1] 42/25
couple [2] 6/19 11/14
course [2] 20/7 25/21
court [47] 1/1 2/3 2/4 6/15 6/18 7/6 12/6 12/10 13/24 14/8 15/21 15/25 16/4 16/5 18/10 20/4 21/3 21/6 21/17 22/11 23/16 24/25 24/25 25/6 25/7 25/18 26/5 29/16 29/16 30/21 31/21 31/23 42/17 42/21 43/20 44/20 44/22 44/22 44/25 45/5 45/6 45/11 45/13 46/1 46/3 46/5 46/24

court-appointed [1] 46/5
courthouse [1] 38/21
courtrooms [1] 27/3
COVID [2] 24/12 33/20
CR [3] 1/4 23/21 41/20
created [1] 27/2
credit [1] 23/9
crime [2] 30/11 43/12
crimes [3] 7/17 7/18 39/12
criminal [15] 3/3 5/1 5/2 6/9 7/7 13/8 14/19 14/19 14/20 14/22 21/1 24/17 24/25 33/9 38/24 39/9
crow [1] 35/19
crowd [2] 9/2 41/24
CRR [2] 47/2 47/8
CTF [1] 20/13
culpability [1] 23/24
culpable [1] 40/14
curiosity [2] 8/18 9/4
curious [1] 34/1
Cusanelli [1] 22/22
custody [1] 42/22

**D**

D.C [3] 1/5 2/6 44/23
damage [3] 9/20 26/1 30/18
dangerous [7] 5/5 5/10 5/15 5/20 6/3 12/9 18/19
Daniel [1] 10/21
dare [4] 33/13 36/21 38/19 40/3
dark [1] 35/8
Date [1] 47/7
day [26] 4/10 7/2 7/13 9/22 10/7 10/17 13/25 16/11 16/16 19/25 20/18 20/20 26/2 26/8 26/10 27/16 29/2 30/16 30/19 35/12 35/23 36/2 38/11 38/16 38/23 39/14
days [6] 29/3 29/25 30/1 43/15 44/24 46/1
deadlines [1] 14/10
deadly [2] 12/8 18/19
deal [1] 35/3
dealing [1] 12/13
debris [1] 9/19
debt [2] 29/17 29/23
Decarlo [1] 22/22
December [1] 6/17
decide [1] 26/12
decided [1] 11/2
decision [5] 9/13 13/9 18/22 19/6 24/8
decisions [2] 13/18 36/5
decline [2] 43/24 43/24
defend [1] 8/12
defendant [7] 1/7 1/18 3/8 22/14 22/23 32/12

defendant's [2] 3/22 45/21
defendants [6] 6/22 7/2 27/18 32/22 38/20 40/7
defended [1] 11/15
defense [2] 3/6 35/9
defiant [1] 19/15
degree [2] 33/1 35/24
deliberately [1] 36/8
democracy [2] 39/20 39/20
Democratic [1] 36/22
deployed [2] 7/22 34/17
deployment [1] 8/10
describe [1] 33/22
described [1] 41/16
describes [1] 19/23
deserving [2] 10/8 40/15
despite [1] 7/24
destroyed [2] 36/12 36/17
destruction [1] 19/14
detained [2] 10/1 13/21
detainees [1] 24/13
detention [1] 24/12
determined [1] 43/16
determines [1] 43/20
deterred [1] 24/23
deterrence [7] 17/14 20/16 21/14 22/12 24/20 25/1 32/15
did [30] 8/6 8/25 9/7 9/11 10/22 11/6 12/19 15/24 18/13 18/17 20/22 20/22 21/9 22/3 22/21 23/11 26/4 28/22 28/23 30/3 30/14 30/15 30/16 33/15 33/20 34/20 38/23 38/23 39/14 41/17
didn't [6] 4/3 12/13 28/18 35/12 35/13 44/7
difference [3] 18/6 23/25 28/20
different [15] 20/6 20/12 20/12 20/21 23/23 23/23 23/24 29/11 29/20 36/21 36/25 37/2 37/2 37/13 41/11
differentiating [1] 35/10
differently [2] 37/15 44/3
difficult [4] 19/6 20/24 21/15 26/12
difficulty [2] 18/10 24/15
dilemma [1] 13/7
direct [1] 23/14
directed [1] 12/14
directly [6] 23/12 34/20 34/22 40/18 41/12 41/13

discipline [1] 29/19
discovery [5] 14/11 14/11 20/9 24/16 33/18
discretionary [1] 43/7
disgraceful [1] 10/7
disinformation [1] 39/5
disorder [1] 5/4
disorderly [2] 18/14 19/2
disparities [4] 10/15 32/19 42/12 44/10
disparity [2] 15/19 25/4
dispute [2] 4/25 7/24
disputes [2] 8/19 18/19
disrupting [1] 38/3
district [6] 1/1 1/1 1/10 1/14 44/22 45/4
DNA [1] 43/17
do [27] 10/18 12/1 12/11 12/20 15/18 15/18 17/16 17/16 18/6 18/13 19/19 20/19 20/20 22/16 24/8 24/23 25/1 25/15 27/15 28/12 28/23 30/10 31/2 39/13 39/13 42/15 45/23
do you [1] 19/19
dockets [1] 39/25
does [9] 19/19 19/24 20/3 24/2 24/2 34/16 36/25 37/20 40/10
doesn't [4] 15/1 19/4 35/18 42/13
doing [2] 9/9 41/1
DOJ [1] 1/13
DOJ-USAO [1] 1/13
domestic [2] 26/23 30/12
don't [18] 7/6 8/3 12/23 15/5 21/8 23/16 27/16 33/10 36/15 36/18 36/19 37/15 37/16 37/22 39/7 39/8 43/21 45/8
Donald [1] 38/7
Donald Trump [1] 38/7
donations [1] 44/1
done [6] 6/23 7/3 7/10 10/6 19/15 34/24
doors [1] 34/19
doubt [3] 8/2 33/23 38/10
Douyon [1] 45/16
down [7] 4/19 17/7 17/23 18/25 22/1 26/11 36/11
downward [1] 25/5
dozens [2] 8/11 8/13
dragged [1] 17/23
drug [2] 43/14 43/16
due [2] 8/17 28/4
during [4] 6/16 28/4 29/19 36/16
dust [1] 9/19

easy [2] 22/15 24/6
ECF [1] 3/20
educational [1] 32/17
effect [2] 36/6 39/5
efforts [1] 36/11
either [2] 19/20 35/17
election [3] 26/18 26/19 37/9
eloquently [1] 9/5
else [2] 37/23 38/17
Email [2] 1/16 1/22
embody [1] 6/3
emotional [1] 9/20
emphasized [1] 35/9
employment [3] 13/25 33/3 46/14
enable [1] 34/16
encompass [1] 14/3
encouraged [1] 40/25
encourages [1] 17/22
end [1] 18/18
ended [1] 42/3
ends [1] 11/17
enforcement [6] 8/6 9/7 9/10 17/5 17/9 18/24
enforcement's [1] 8/23
engage [1] 35/13
engaged [2] 41/3 42/13
engender [1] 20/15
enhancements [1] 11/19
enough [2] 27/9 42/11
enriched [1] 44/5
ensure [2] 42/12 44/9
enter [3] 10/23 12/13 30/19
entered [9] 8/17 8/21 10/21 22/23 33/23 34/11 46/1 46/8 46/11
entirely [1] 21/7
entirety [1] 19/21
environment [2] 20/11 20/14
equally [1] 28/15
equivalency [1] 36/14
errors [1] 30/9
especially [2] 16/25 27/10
establish [1] 43/9
estimation [1] 10/18
evaluate [3] 27/15 27/16 30/10
evaluated [2] 37/2 45/12
evaluating [1] 27/15
evaluation [1] 28/24
even [19] 14/13 15/5 15/14 16/3 17/6 19/12 20/7 22/10 23/11 24/11 28/11 28/11 29/2 29/20 30/19 33/11 34/24 35/14 35/14
event [2] 7/17 17/1 26/14
events [3] 7/2 13/17 15/23

**E**

ever [7]  6/23 7/3 7/10
9/16 10/6 24/24 28/12
every [9]  6/21 6/22
13/25 14/7 14/12 21/11
29/1 29/2 29/21
everybody [2]  3/14
32/1
everybody's [1]  35/23
everyone [2]  3/11
31/18
Everything [1]  21/13
evidence [10]  4/11
6/16 7/25 7/25 8/7 8/20
23/16 34/8 34/22 38/9
evidently [1]  34/20
exactly [1]  27/21
example [2]  16/3 17/17
exceptional [4]  14/9
14/13 14/13 14/14
excuse [2]  34/11 34/25
execute [1]  45/5
exhibits [1]  6/17
expect [1]  21/13
expectations [1]  43/10
expected [2]  14/25
26/3
explained [1]  40/22
expletives [2]  11/9
40/17
extent [1]  45/20
extenuating [1]  15/12
extinguisher [2]  41/6
41/7
extremely [1]  24/13
extremist [1]  37/16
extremists [1]  26/23

**F**

face [2]  18/25 41/13
faces [2]  18/10 23/22
facilities [5]  20/6 20/12
20/14 21/16 33/16
facility [5]  20/11 20/17
21/12 45/12 45/16
fact [8]  7/24 8/13 9/11
11/21 17/4 17/17 33/8
35/19
factors [7]  10/14 16/2
24/11 32/6 32/10 33/21
35/11
facts [2]  13/5 24/16
factually [1]  21/23
fair [3]  12/1 12/5 23/3
fairly [2]  15/11 18/6
falls [1]  15/18
false [2]  17/9 17/25
36/14 41/2
familiar [1]  6/18
family [10]  7/15 13/11
13/13 13/23 20/13 21/4
24/20 30/23 32/25 33/6
Fanone [1]  17/23
far [2]  29/18 41/17
fathers [1]  39/2
favor [1]  24/7
federal [1]  43/12
feel [1]  26/6

few [4]  9/14 31/18 34/1
36/1
fewer [1]  16/6
fiddled [1]  34/14
fight [1]  18/12
file [3]  45/25 45/25
46/3
filed [3]  17/9 17/25
41/1
filing [1]  46/9
final [1]  8/24
financial [5]  30/7 44/17
44/18 44/20 45/1
find [4]  27/7 27/11
27/21 33/17
fine [5]  6/10 19/24 32/3
43/25 44/6
fire [3]  36/17 41/6 41/7
firearm [3]  17/10 17/25
41/2
firearms [1]  17/8
first [9]  3/18 4/23 12/7
14/21 18/15 20/25
21/10 22/21 34/12
First Amendment [1]
20/25
five [3]  20/6 29/18 35/5
fog [1]  30/22
folks [1]  41/4
follow [2]  14/6 15/5
following [2]  23/19
43/6
follows [2]  15/4 42/18
foregoing [1]  47/3
form [1]  23/24
forth [3]  32/6 32/8 35/2
forward [1]  34/22
found [1]  33/23
four [3]  5/6 5/20 22/15
frankly [2]  12/19 20/7
22/10 33/19 35/23 38/5
39/7 44/8 44/12
free [1]  20/13
freedom [1]  13/22
friend [2]  13/13 25/20
friends [6]  7/15 13/11
13/23 20/13 21/5 33/6
front [4]  6/20 9/1 24/24
34/17
fulfilled [1]  29/23
full [3]  25/22 44/19
45/1
fully [1]  21/18
fundamental [1]  36/22
fundraising [1]  19/22
44/5
furniture [1]  42/5
further [4]  17/24 29/23
35/6 42/25
future [1]  29/10

**G**

gain [1]  46/14
Gardner [1]  41/20
gear [1]  35/15
general [3]  20/21 22/12

generally [2]  14/5 15/8
generous [1]  33/7
get [8]  4/19 20/9 23/9
23/18 24/2 29/15 33/17
33/19
gets [2]  18/1 35/8
getting [2]  20/16 24/15
give [2]  15/25 20/4
given [4]  10/16 18/4
27/11 28/21
GiveSendGo [1]  9/24
giving [1]  25/18
go [12]  4/23 12/7 17/22
18/18 19/7 21/17 22/6
27/6 35/18 39/10 39/12
40/25
Go ahead [1]  22/6
goals [1]  21/13
goes [2]  29/10 34/3
goggles [4]  16/13
16/17 16/19 35/14
going [7]  13/25 17/6
17/7 27/7 31/18 39/9
39/12
gone [4]  11/24 13/18
29/13 44/2
good [7]  3/2 3/10 3/12
13/2 13/3 17/17 46/22
gosh [1]  37/4
got [10]  16/22 29/9
37/17 40/20 40/21 41/3
41/7 41/15 41/23 42/6
government [22]  1/13
3/5 4/4 6/12 7/14 7/19
8/1 8/19 12/7 14/7
14/12 14/15 15/4 19/16
23/8 23/21 39/8 40/6
41/10 41/16 42/16
46/18
government's [6]  3/21
10/18 11/7 14/2 14/5
16/4
graduated [1]  33/2
great [1]  35/3
greater [3]  12/2 32/7
41/17
grounds [1]  17/10
group [6]  5/23 5/25 6/2
19/13 35/1 36/8
grouped [1]  6/6
growth [1]  29/13
guarding [1]  34/19
guess [7]  4/8 20/5 24/4
25/17 26/17 27/14
37/19
guide [1]  6/24
Guideline [4]  5/4 5/14
5/19 41/15
Guidelines [20]  4/23
5/16 6/10 11/18 12/11
14/3 14/6 14/24 15/6
15/9 15/15 18/10 24/8
32/2 32/5 40/10 42/7
42/8 42/21 44/9
Guidelines Range [1]
11/18
Guidelines sentences
[1]  15/9

**H**

had [24]  8/22 8/22 9/25
11/19 11/19 15/4 16/17
17/4 17/23 18/15 21/4
26/9 26/19 26/20 27/21
29/19 30/18 32/23 33/3
33/13 33/25 34/6 41/18
41/25
hail [3]  9/16 9/17 9/18
hailstorm [1]  9/16
Hale [1]  22/22
Hale-Cusanelli [1]
22/22
half [2]  30/5 31/15
hand [2]  36/10 36/10
handed [4]  9/12 34/11
34/12 34/13
handled [2]  14/12 24/1
hands [2]  34/15 42/5
happen [3]  28/9 37/4
37/5
happened [7]  13/19
19/25 26/25 29/8 33/10
36/16 39/19
happening [2]  28/6
34/2
happens [1]  39/17
happenstance [1]  34/7
happy [2]  25/7 45/15
hard [1]  38/18
harmed [1]  23/10
has [40]  4/13 4/13 4/15
4/25 7/7 8/1 9/20 9/22
10/3 10/6 11/24 13/8
13/18 13/22 14/7 14/21
22/11 22/17 24/12
24/20 26/14 27/2 29/8
32/23 32/24 32/25 33/9
35/9 36/23 38/18 39/6
39/11 39/22 41/10
42/14 42/16 44/1 44/2
44/4 45/24
have [77]
having [5]  6/6 18/18
24/15 29/20 34/24
he [99]
He said [1]  9/25
he'll [2]  19/10 21/3
he's [19]  5/1 7/10 10/2
13/21 13/22 13/24 19/9
19/11 20/6 21/5 21/11
21/12 22/5 32/21 32/21
32/23 33/3 33/7 35/1
44/13
head [2]  33/25 42/4
healthy [3]  20/11 20/15
20/18
hear [3]  4/24 6/12
28/13
heard [4]  6/15 25/10
27/4 27/8
hearing [1]  13/13
heave [2]  9/10 35/2
heave-ho [2]  9/10 35/2
heightened [1]  21/25
help [1]  33/20

her [2]  9/14 10/20

here [20]  3/13 11/23
13/14 13/15 15/13 18/3
18/20 19/10 21/3 21/11
23/15 25/13 25/20
26/11 27/3 28/2 32/24
36/2 37/5 37/21
high [1]  33/2
higher [1]  12/10
highest [2]  6/6 6/8
highly [1]  28/11
him [21]  9/12 13/9
13/14 13/20 13/23
13/24 16/8 20/9 20/13
20/14 21/5 21/16 24/24
25/12 32/25 33/7 33/15
33/25 35/14 35/18
40/14
himself [5]  9/25 19/23
21/10 35/16 44/5
his [47]  7/13 7/15 7/15
7/16 7/21 8/4 9/23 10/7
10/25 11/5 11/15 13/10
13/11 13/11 13/15
13/18 13/20 13/21
13/22 13/22 14/21
17/18 19/21 20/13 21/4
21/25 23/22 24/17
24/17 24/18 24/18 29/4
32/24 32/25 33/4 33/6
33/19 33/25 33/25
35/19 40/21 41/25 42/4
42/7 44/5 44/12 44/12
history [13]  5/1 5/2 6/9
7/7 13/8 13/15 14/19
24/17 32/11 32/20 33/9
38/25 44/11
hit [4]  23/12 34/20
34/22 41/23
ho [2]  9/10 35/2
home [7]  17/25 20/13
20/17 28/7 29/18 30/23
42/10
Honor [42]  3/2 3/15 4/5
4/6 4/16 4/20 4/21 6/14
6/15 7/21 8/3 8/10 8/19
9/14 9/22 10/5 10/11
12/4 12/25 13/2 15/20
16/24 21/21 22/8 23/3
23/4 23/5 24/3 25/9
25/12 25/18 26/5 26/6
26/13 27/15 27/24
30/21 31/12 45/10
45/18 46/19 46/20
HONORABLE [1]  1/10
hope [7]  7/11 7/12 10/5
28/17 28/24 29/4 38/12
hoped [1]  37/19
hour [2]  11/8 30/1
hours [1]  29/25
how [11]  14/11 18/6
24/1 29/19 30/14 29/14
30/10 34/5 42/8 43/25
45/17
humbly [1]  30/21
hurt [3]  24/2 30/19
39/20
husbands [1]  39/1

**I**

**I also [3]** 8/16 32/17 43/24
**I am [1]** 38/22
**I believe [5]** 7/3 8/20 10/22 26/8 27/2
**I can't [1]** 42/10
**I cannot [1]** 44/4
**I did [8]** 20/22 20/22 22/21 28/23 30/3 30/14 30/15 30/16
**I didn't [2]** 4/3 44/7
**I don't [11]** 7/6 12/23 21/8 33/10 36/19 37/15 37/16 37/22 39/7 39/8 45/8
**I feel [1]** 26/6
**I guess [4]** 4/8 24/4 25/17 27/14
**I have [8]** 3/25 4/8 4/10 6/17 12/23 23/5 26/11 29/19
**I hope [6]** 7/11 7/12 10/5 28/17 29/4 38/12
**I just [5]** 6/19 14/23 22/9 28/24 31/10
**I know [7]** 12/12 25/6 29/9 29/11 30/9 35/5 45/12
**I mean [6]** 11/6 16/10 18/14 19/19 23/21 29/3
**I remember [1]** 16/22
**I say [3]** 14/4 23/13 39/16
**I should [5]** 4/2 4/8 15/18 44/7 46/12
**I think [31]** 6/24 7/1 7/14 11/12 12/4 12/6 12/12 12/19 15/3 15/4 15/11 18/2 19/10 20/4 20/10 20/18 21/3 21/19 24/11 27/25 28/16 31/5 35/22 36/14 37/14 37/17 41/11 41/11 42/11 42/15 44/13
**I thought [1]** 31/10
**I understand [9]** 7/21 17/11 18/9 21/2 21/20 21/20 29/8 29/9 29/15
**I want [3]** 12/17 25/22 26/12
**I was [3]** 25/25 30/13 30/14
**I will [6]** 20/10 22/13 24/22 43/24 44/3 44/6
**I would [1]** 37/19
**I'd [5]** 6/19 25/19 26/17 27/14 29/7
**I'll [3]** 4/24 31/19 41/18
**I'm [17]** 3/23 12/6 15/14 19/15 21/8 22/6 24/9 25/6 28/4 28/14 28/14 28/22 31/18 37/11 42/1 45/15 46/12
**I'm going [1]** 31/18
**I'm not [5]** 15/14 21/8 28/18 28/22 37/11
**I'm sorry [3]** 3/23 22/6

**I've [22]** 3/18 11/4 19/15 20/12 20/13 20/14 26/11 29/7 29/13 29/17 33/14 33/21 35/11 35/22 38/19 39/23 39/24 40/10 41/11 41/19 44/10 44/11
**imagination [1]** 18/2
**immeasurable [1]** 9/21
**immediately [1]** 9/8 44/21
**impact [2]** 12/19 36/5
**implying [1]** 8/7
**importance [1]** 42/11
**important [1]** 26/6
**impose [4]** 32/7 43/25 44/6 46/13
**imposed [4]** 32/13 43/9 45/24 46/9
**imposing [1]** 26/5
**incarcerated [3]** 29/17 33/15 44/13
**incarceration [2]** 22/18 30/8
**incident [2]** 7/5 30/13
**incite [1]** 30/14
**include [1]** 43/11
**included [2]** 3/25 19/22
**includes [2]** 4/10 45/4
**including [3]** 21/6 22/5 33/4
**income [2]** 30/6 31/16
**increased [1]** 46/15
**individual [3]** 18/13 24/23 41/20
**individually [2]** 13/9 23/10
**individuals [1]** 16/9
**influences [1]** 35/25
**information [2]** 44/17 44/18
**initiated [2]** 10/1 20/3
**injured [2]** 23/14 26/11
**injuries [1]** 11/20 35/3 38/4 40/18
**injury [2]** 30/18 41/14
**inmate [1]** 29/21
**innocent [2]** 9/3 9/4
**inside [4]** 11/14 34/2 40/19 42/3
**insight [1]** 26/7
**insignificant [2]** 23/25 39/15
**instruct [1]** 30/14
**intends [1]** 12/9
**intent [8]** 6/17 10/23 16/9 16/15 17/3 17/12 22/1 23/1
**intention [2]** 26/9 30/18
**intentionality [1]** 23/25
**interaction [1]** 14/22
**interactions [1]** 17/5
**interest [2]** 43/21 43/22

**mentioned [1]**
**interview [1]** 40/20
**Investigation [2]** 3/20 45/3
**involve [2]** 5/23 15/16
**involved [4]** 5/6 20/18 23/2 30/13
**involvement [3]** 7/9 14/19 30/15
**involves [1]** 5/25
**is [146]**
**issue [2]** 8/16 12/10
**issues [1]** 27/21
**it [80]**
**it happened [1]** 39/19
**it just [1]** 14/2
**it's [22]** 3/24 7/17 10/13 10/16 12/1 14/9 14/10 14/13 14/22 15/23 21/20 23/24 24/6 26/6 26/12 29/1 31/15 33/11 34/4 37/2 37/14 42/21

**J**

**J6er [1]** 26/7
**jail [2]** 29/22 30/4
**jails [2]** 29/21 29/23
**James [1]** 1/13
**January [14]** 7/1 7/9 9/18 13/19 14/18 14/18 16/10 17/19 18/12 25/23 27/18 32/22 37/7 38/20
**January 6th [10]** 7/1 7/9 13/19 14/18 17/19 18/12 27/18 32/22 37/7 38/20
**JEFFREY [13]** 1/6 3/4 7/12 7/22 8/17 8/21 8/25 9/13 9/18 9/22 10/6 10/22 24/22
**Jeffrey Brown [10]** 7/12 7/22 8/17 8/21 8/25 9/13 9/18 10/6 10/22 24/22
**Jeffrey Scott Brown [1]** 3/4
**job [1]** 13/21
**join [1]** 36/7
**joined [1]** 36/13
**journey [1]** 29/8
**judge [7]** 1/10 3/16 6/20 6/21 6/21 38/21 39/24
**judgment [3]** 42/21 46/1 46/10
**juries [1]** 27/4
**jurisdiction [2]** 45/7 45/8
**jury [3]** 9/15 33/22 38/9
**jury's [2]** 18/21 34/9
**just [31]** 3/18 3/24 4/8 4/23 6/19 8/14 10/13 12/15 13/5 14/2 14/23 14/24 16/4 22/9 22/20 28/24 30/2 31/2 31/10 32/2 32/14 32/20 33/22

**41/18 42/10 45/16 46/13**
**justice [3]** 14/20 14/22 28/16
**justified [2]** 35/20 40/21

**K**

**Kathy [2]** 13/11 25/21
**Kelli [2]** 2/2 3/7
**Kelli Willett [2]** 2/2 3/7
**Khater [3]** 23/21 23/22 41/12
**Khater's [1]** 41/10
**kicks [1]** 19/3
**kind [8]** 17/7 26/21 27/6 29/20 33/7 33/24 35/15 39/10
**kinds [1]** 32/18
**King [1]** 1/20
**kitchen [1]** 29/24
**knew [2]** 8/25 29/11
**know [45]** 9/16 11/17 12/12 12/12 13/17 14/5 17/20 18/5 19/21 19/23 19/24 22/12 22/14 22/24 23/9 23/23 25/6 26/11 26/13 26/14 26/18 26/20 26/22 27/9 27/13 27/19 28/1 28/8 28/12 28/18 29/1 29/9 29/11 30/9 32/21 33/7 33/12 35/5 36/18 38/18 39/7 40/16 40/22 45/9 45/12
**knows [1]** 45/17

**L**

**labeled [1]** 26/22
**labels [8]** 27/3 27/12 27/13 27/17 28/19 28/19 28/25 30/22
**lack [1]** 24/17
**ladder [1]** 17/7
**landed [1]** 34/21
**large [1]** 14/20
**larger [1]** 19/13
**last [2]** 9/19 41/18
**lasted [1]** 41/16
**later [2]** 27/21 35/5
**laudable [1]** 44/13
**law [9]** 1/19 8/6 8/23 9/7 9/10 17/5 17/9 18/24 32/14
**lawyer [1]** 40/13
**lead [1]** 7/13
**leaders [1]** 37/3
**leading [1]** 21/7
**learned [1]** 29/7
**least [10]** 7/11 11/7 15/15 22/21 28/16 34/1 35/4 36/15 37/7 43/15
**leaves [2]** 35/5 35/6
**led [2]** 33/19 38/25
**left [1]** 24/9
**legal [3]** 31/3 31/4 31/6 31/11 31/16 44/2

**lends [1]** 19/13
**lengthy [1]** 21/6
**less [4]** 7/18 16/6 19/2 40/5
**lesser [1]** 28/21
**let [11]** 3/18 4/23 10/13 17/3 19/17 32/2 32/20 33/22 36/1 37/15 44/3 44/11
**letters [3]** 3/25 7/14 13/15
**level [14]** 5/5 5/7 5/9 5/12 5/15 5/16 5/19 5/21 6/7 6/8 14/4 18/5 23/24 41/14
**levels [5]** 5/6 5/7 5/12 5/20 5/21
**liberty [1]** 13/22
**license [2]** 33/2 33/3
**lies [1]** 10/4
**life [4]** 13/15 13/20 30/11 30/11
**light [2]** 37/2 37/3
**like [17]** 6/19 13/10 14/25 18/5 20/5 25/6 25/10 25/12 25/17 25/19 26/9 26/17 27/14 29/7 35/14 38/24 40/15
**line [5]** 9/8 11/8 24/4 34/18 34/18
**lines [1]** 8/22
**liquid [1]** 23/11
**listened [1]** 19/21
**literally [2]** 23/22 40/16
**litigant [1]** 24/6
**little [3]** 12/20 26/7 33/10
**live [2]** 13/20 13/25
**lives [2]** 36/4 38/25
**living [1]** 24/12
**loaded [2]** 17/8 17/10
**local [3]** 20/11 21/16 43/12
**Lompoc [1]** 45/12
**long [4]** 14/18 21/7 32/23 33/10
**long-term [1]** 32/23
**look [7]** 15/6 22/13 22/13 22/21 23/18 37/5 39/22
**looked [2]** 11/4 34/12
**looking [2]** 7/8 15/15
**losses [1]** 30/7
**lost [6]** 13/21 13/22 30/6 31/5 31/16 37/9
**lot [6]** 6/24 26/11 27/20 27/22 27/23 39/25
**Love [1]** 25/21
**loving [1]** 39/1
**lower [4]** 9/1 33/24 41/6 41/22
**Lower West Terrace [1]** 33/24
**Lubbock [1]** 1/15
**luck [1]** 46/22

**M**

**made [5]** 9/13 11/14 28/20 29/4 33/18

53

**M**

make [16]  4/14 4/16
6/19 11/23 12/17 13/9
19/19 22/20 24/8 36/5
36/9 38/19 43/17 44/4
45/15 45/16
makes [2]  36/25 37/12
Maly [3]  34/10 34/12
34/12
Maly's [1]  4/9
man [2]  13/8 14/21
mandatory [3]  30/20
43/6 43/11
many [12]  10/14 13/5
13/15 14/19 16/1 17/6
18/12 21/2 22/2 30/7
32/22 40/7
masks [1]  19/1
matter [7]  29/16 30/13
30/19 36/4 36/5 39/23
47/4
mattered [1]  39/22
matters [2]  4/18 39/17
may [17]  8/7 9/23
12/10 13/12 16/14
17/11 22/6 26/1 26/2
38/7 39/2 43/22 45/2
46/3 46/4 46/5 47/7
maybe [4]  20/7 28/19
31/10 37/10
Mazza [4]  17/7 17/17
21/24 40/22
Mazza's [1]  40/12
me [35]  3/18 4/12 4/23
6/24 10/13 16/10 16/15
16/25 17/2 17/13 17/13
19/17 21/21 23/4 25/18
26/6 26/7 27/15 27/16
30/23 32/2 32/20 33/22
34/12 34/25 36/1 37/15
38/19 38/21 39/4 39/23
39/23 40/2 43/25 44/3
meals [2]  21/13 30/2
mean [14]  11/4 11/6
14/17 15/6 16/10 18/14
19/19 22/13 22/20 23/4
23/16 23/18 23/21 29/3
Meaning [1]  28/2
meaningful [2]  33/9
35/18
measure [1]  15/16
mechanical [1]  2/8
media [4]  27/1 35/17
35/19 40/20
medical [1]  32/17
meet [1]  21/13
MEHTA [1]  1/10
members [1]  14/17
memo [5]  8/4 10/20
14/13 22/5 23/11
memorandum [3]  3/22
3/23 3/24
memory [1]  16/19
mental [1]  29/13
mention [1]  4/3
mentioned [4]  15/21
27/13 44/7 44/11
mentioning [1]  33/11

met [2]  13/12 21/14
might [2]  7/10 25/7
mind [4]  16/8 17/3 24/1
26/7
minimum [2]  8/25
35/10
minutes [7]  11/14
31/18 34/1 34/3 35/5
36/4 36/5
misguided [1]  8/18
misheard [1]  31/10
mistake [1]  36/9
mitigated [1]  35/23
mitigating [6]  8/8 8/15
9/12 15/11 16/1 35/10
mitigation [2]  15/22
21/24
moment [7]  15/22
25/24 29/9 37/18 39/3
39/7 39/8
moments [1]  30/14
monetarily [1]  30/5
money [1]  9/24
month [5]  7/18 11/17
41/15 43/1 46/13
months [21]  6/10 9/15
10/9 11/2 12/4 15/25
16/6 17/8 18/2 22/4
29/18 29/18 32/3 40/21
41/4 41/9 41/15 42/7
42/7 42/23 42/24
Moore [9]  1/18 1/19 3/6
4/12 9/4 13/1 15/2 22/7
31/2
Moore's [2]  8/4 8/16
more [8]  17/19 22/2
30/7 30/8 33/18 38/20
39/12 40/4
morning [1]  10/3
most [17]  7/1 8/15
10/18 10/25 11/2 12/21
15/22 16/2 26/9 33/4
38/24
mother [2]  13/12 25/20
motion [2]  3/23 46/10
motivations [1]  10/2
motive [2]  9/4 17/13
mouth [1]  29/2
move [1]  33/15
moved [2]  20/6 24/15
37/9
Mr [1]  23/22
Mr. [91]
Mr. Brown [37]  3/12
4/13 4/25 7/6 7/21 8/13
11/24 12/2 12/9 12/12
18/5 20/10 25/10 25/16
30/25 31/3 32/21 33/23
34/10 34/11 34/13
34/17 34/25 35/5 35/11
36/1 37/14 38/18 39/8
42/10 42/22 44/1 44/4
44/14 45/23 46/14
46/22
Mr. Brown's [14]  4/10
7/4 7/9 7/16 7/20 8/5

**N**

nature [2]  16/25 32/10
nearing [1]  30/6
nearly [1]  11/8
necessary [1]  32/8
need [4]  30/10 32/12
32/19 39/13
needed [3]  17/15 24/21
32/16
never [5]  10/2 18/16
19/11 22/16 26/3
news [2]  27/23 29/1
next [2]  19/4 36/24

message [1]  7/20
15/17 35/22 44/11 45/8
Mr. Caldwell [8]  10/21
10/25 11/6 12/3 12/20
16/5 16/17 40/15
Mr. Caldwell's [2]  12/1
40/12
Mr. Douyon [1]  45/16
Mr. Khater [1]  41/12
Mr. Khater's [1]  41/10
Mr. Maly [3]  34/10
34/12 34/12
Mr. Maly's [1]  4/9
Mr. Mazza [2]  17/7
40/22
Mr. Mazza's [1]  40/12
Mr. Moore [6]  4/12 9/4
13/1 15/2 22/7 31/2
Mr. Moore's [2]  8/4
8/16
Mr. Palmer [1]  41/5
Mr. Palmer's [1]  40/12
Mr. Rancourt [3]  6/13
10/12 12/24
Mr. Schwartz [7]  34/4
34/5 34/10 34/11 34/16
34/16 34/25
Ms. [3]  15/10 15/21
40/11
Ms. Stallings' [2]
15/10 15/21
Ms. Stallings's [1]
40/11
much [5]  16/15 22/10
23/7 29/7 44/1
multiple [7]  11/10
13/21 17/5 20/5 24/15
33/16 34/21
multiplied [1]  36/7
multitude [1]  12/14
must [6]  32/5 32/10
43/13 43/14 43/17
44/16
my [30]  6/20 9/15
10/20 15/10 16/8 16/19
17/3 18/11 19/5 20/22
23/4 24/1 24/5 25/19
25/20 25/20 25/23
27/15 29/17 29/23
29/24 30/2 30/5 30/8
30/9 30/11 30/20 30/23
34/9 40/4
myself [3]  25/24 27/17
29/12

4/20 4/21 4/25 4/25
6/17 7/7 9/23 10/13
13/8 19/9 22/13 23/9
23/18 25/8 26/9 30/18
30/20 31/12 33/9 34/22
35/20 36/9 36/12 37/5
38/24 39/10 41/7 46/18
46/20
Nobody [1]  39/11
noisy [1]  13/4
noncompliant [1]  19/2
none [1]  23/1
normal [1]  6/20
Northern [1]  1/14
Northwest [1]  44/23
not [84]
Notably [1]  35/18
note [1]  41/18
nothing [5]  4/4 19/15
20/22 35/16 46/18
notify [1]  44/25
November [1]  6/16
now [4]  8/1 29/10
29/11 40/7
number [8]  3/3 14/21
15/7 18/1 31/8 35/9
40/3 41/3
NW [1]  2/5

**O**

objections [3]  4/14
4/16 46/16
objectives [1]  32/8
obligation [4]  22/11
25/1 44/19 45/1
obligations [1]  44/20
observation [1]  22/20
obstruct [1]  23/1
obstructive [1]  41/3
obtained [2]  33/1 33/2
obviously [9]  10/16
12/12 13/4 13/6 13/19
14/14 15/21 21/23 23/6
OC [5]  7/23 8/5 8/10
18/22 39/18
occurred [3]  10/17
26/2 26/20
off [1]  10/2
offense [16]  5/5 5/7 5/9
5/12 5/15 5/16 5/19
5/21 6/4 6/7 6/8 21/25
32/11 32/13 32/15
32/24
offenses [2]  23/6 32/23
office [7]  1/19 3/7 43/8
44/16 45/2 45/4 45/21
office's [1]  3/21
officer [1]  2/2 8/11
17/21 17/23 19/3 23/10
23/12 23/14 29/21
40/24 42/6
officers [24]  7/23 8/11
8/14 8/22 11/10 11/13
11/20 12/15 12/15
12/18 17/20 20/1 23/23
34/18 35/3 36/10 39/18
40/16 40/18 40/23 41/5

official [4]  2/4 5/6 5/10
5/21
offset [1]  11/21
often [3]  18/10 18/18
19/6
okay [16]  3/13 3/17 4/7
6/12 12/22 19/24 31/7
31/9 31/17 31/18 32/2
37/10 37/10 45/17
46/15 46/21
old [3]  13/7 14/21
32/23
once [3]  16/1 46/10
46/14
one [17]  8/14 10/13
12/15 16/1 20/5 22/16
26/3 27/25 28/2 30/13
36/15 36/24 40/24
41/18 41/23 45/9 45/10
online [2]  44/1 44/5
only [4]  17/20 31/11
37/1 44/9
operate [1]  42/9
opinions [1]  27/19
opportunity [2]  8/15
23/13
opposite [2]  8/15
23/13
optimism [1]  26/3
options [2]  19/8 43/8
order [4]  9/24 27/6
31/24 45/5
ordered [3]  21/10 43/3
43/18
originally [2]  27/22
33/24
other [23]  4/18 12/23
15/15 16/1 16/2 16/14
19/1 20/14 24/25 25/7
27/17 27/25 29/16 30/7
33/9 35/6 38/21 40/1
42/13 44/2 44/10 46/4
46/16
others [20]  15/18
17/22 20/2 20/10 20/17
21/25 22/18 26/9 30/15
35/22 36/6 37/2 37/15
37/24 38/3 38/12 40/25
42/3 42/12 44/14
others' [1]  39/24
otherwise [1]  6/18
ought [2]  17/16 18/7
our [7]  22/3 22/4 24/7
26/15 27/19 28/6 39/19
out [10]  7/1 9/4 12/11
20/16 26/4 27/11 37/23
39/9 39/10 39/12
outlier [1]  15/10
outside [4]  27/5 34/6
41/22 42/4
over [6]  18/19 26/20
28/22 28/2 31/8 45/7
overlap [1]  23/7
overrun [1]  8/22
overwhelming [1]  7/24
own [2]  13/18 16/13

**P**

page [1] 22/4
paid [3] 43/19 44/19 45/1
painful [1] 24/13
painted [1] 27/18
Palmer [1] 41/5
Palmer's [1] 40/12
parallels [1] 11/5
part [8] 9/6 23/14 28/16 33/16 38/24 43/8 43/25 44/8
participated [1] 38/2
participating [2] 9/9 9/9
participation [1] 7/2
particular [1] 6/21
particularly [1] 22/16
parties [2] 4/24 14/8
partner [2] 13/11 32/24
partners [1] 39/1
past [1] 37/9
patriotism [1] 26/2
pay [2] 43/3 43/21
payable [1] 44/21
peaceful [3] 28/7 36/23 38/3
penalized [2] 40/9 40/10
penalties [1] 43/22
penalty [2] 11/25 18/8
penance [1] 30/5
people [15] 27/10 33/7 34/21 35/1 36/8 36/16 37/3 37/11 38/14 38/23 39/5 39/6 39/13 40/1 40/2
people's [1] 39/24
pepper [4] 11/11 12/8 18/23 19/1
perhaps [4] 11/12 34/21 37/15 37/20
period [1] 12/2
periodic [1] 43/16
permission [1] 46/3
persecuted [1] 37/21
person [6] 3/8 6/22 7/12 26/8 33/8 42/1
personally [1] 9/11
perspective [1] 24/5
pertinent [1] 28/1
phone [1] 33/7
phones [1] 17/1
physical [1] 9/20
piece [2] 9/19 42/5
pillars [1] 38/25
pilot's [1] 33/2
place [3] 15/23 19/14 33/17
placed [3] 28/19 28/25 30/23
placement [1] 43/15
places [1] 20/12
plain [1] 38/11
Plaintiff [1] 1/4
plan [1] 35/13
plank [2] 41/5 41/6
plans [1] 16/12

played [1] 30/3
plea [4] 11/22 18/4 19/7 41/20
plead [1] 11/2
pleas [1] 40/8
please [3] 15/25 31/24 31/25
pled [2] 16/1 41/4
PLLC [1] 1/19
plus [2] 30/1 31/16
podium [1] 25/13
point [6] 11/10 13/7 16/22 19/17 23/19 46/17
points [4] 5/1 6/19 11/20 41/8
poked [1] 33/25
police [15] 8/22 9/8 9/25 11/8 11/9 17/10 19/3 20/1 20/2 23/2 36/10 39/18 40/16 41/13 42/6
political [9] 9/20 9/25 10/2 19/23 20/21 21/1 26/14 26/15 30/22
politicized [1] 28/11
politics [5] 13/5 29/22 37/21 37/22 38/14
polity [1] 37/8
portrayed [1] 26/25
position [1] 18/11
possessing [1] 43/12
posted [1] 9/23
postings [1] 35/17
potential [2] 24/18 35/16
power [3] 36/23 38/4 39/4
practice [1] 6/20
prefer [1] 25/14
preliminary [1] 4/18
preparation [1] 16/9
prepared [1] 30/1
present [2] 13/11 19/12
presentence [6] 3/20 4/13 7/8 43/9 45/2 45/20
Presidency [2] 29/4 36/24
President [1] 29/3
pretrial [2] 21/8 33/13
Prettyman [1] 2/5
preventing [1] 17/24
previous [1] 26/20
previously [3] 13/13 40/23 44/12
primary [1] 10/14
principles [1] 24/10
prior [3] 4/25 14/19 38/24
prison [1] 44/15
prisoner [2] 19/25 19/24
Prisons [1] 42/23
probably [3] 38/19 38/20 46/13
probation [9] 2/2 3/7

realities [1] 22/17
realizing [1] 28/8
really [4] 35/17 36/25 39/3 39/22
Realtime [1] 2/4
reappears [1] 34/4
reason [10] 14/4 15/24 18/18 19/1 21/21 22/10 24/24 26/18 39/10 44/6
reasonable [4] 8/2 22/15 33/23 38/10
reasons [4] 19/5 20/8 35/24 37/12
rebuttal [1] 9/14
receive [1] 22/4
received [11] 3/19 4/2 4/9 4/13 4/15 11/1 15/8 16/5 17/7 40/1 40/5
recently [2] 29/3 33/4
recess [3] 31/21 31/22 46/24
recommendation [2] 3/21 45/16
recommended [3] 42/14 42/16 43/7
record [4] 3/18 33/13 46/17 47/3
recorded [1] 2/8
reenter [1] 14/1
referencing [1] 31/5
referring [2] 28/4 31/11
reflect [1] 32/13
reflected [1] 33/8
reflection [2] 24/9 29/13
Reform [1] 42/19
refrain [1] 43/13
refuse [1] 7/22
refutes [1] 8/20
regarding [5] 13/12 14/10 14/10 15/19 19/7
regardless [1] 27/6
Registered [1] 2/3
rehabilitate [1] 30/11
rehabilitation [4] 17/15 20/16 21/14 29/14
rehabilitative [1] 24/18
reiterate [1] 32/2
related [1] 32/23
relationship [1] 32/24
relative [4] 15/18 39/24 40/2 42/12
release [7] 13/13 24/19 33/13 33/19 43/1 44/18 45/2
released [2] 21/6 33/12
relevant [1] 13/8 16/10
remained [1] 21/11
remains [1] 34/25
remember [1] 16/22
remembering [1] 16/18
reminded [1] 46/12
remorse [1] 9/23
remorseful [1] 19/11
remotely [1] 13/12
remove [1] 28/25
removed [1] 13/22

removing [1] 21/16
render [1] 18/7
repeat [1] 29/14
repeated [1] 27/9
replaying [1] 6/17
report [10] 3/20 4/13 7/8 17/10 17/25 30/17 41/2 43/9 45/3 45/20
Reporter [4] 2/3 2/3 2/4 2/4
reports [1] 29/19
representing [1] 13/15
request [2] 27/24 46/3
requested [1] 44/17
requesting [1] 45/11
required [2] 24/10 45/20
residence [2] 45/5 45/8
respect [8] 5/3 6/7 14/7 14/14 18/21 32/14 35/11 36/15
respectfully [2] 8/3 8/16
respects [2] 14/15 16/2
response [1] 21/19
responses [1] 20/5
responsibility [6] 11/3 18/17 19/10 25/23 28/23 41/8
rest [1] 13/20
restitution [6] 43/18 43/19 43/23 44/18 46/12 46/13
result [1] 27/2
resulted [3] 12/14 35/3 40/18
resulting [1] 5/1
results [1] 37/9
retreat [1] 8/23
return [2] 10/12 45/20
revealed [1] 27/23
reviewed [7] 3/19 4/1 4/2 4/8 4/11 4/14 4/16 4/18 reviewing [1] 39/25
right [12] 3/10 4/17 4/22 4/24 13/1 15/3 16/21 16/21 20/22 20/22 45/23 46/7
riot [10] 7/10 9/6 28/1 28/1 28/22 28/2 28/10 36/9 36/12 36/13
rioter [1] 42/5
rioting [1] 36/9
riots [6] 28/4 28/6 28/7 28/13 28/14 36/15
ripped [1] 36/11
rise [2] 31/20 31/23
RMR [2] 47/2 47/8
room [1] 42/3
run [1] 46/10

**S**

said [8] 9/25 14/8 18/14 31/3 35/22 36/2 39/22 41/11
sales [1] 33/5
same [11] 5/16 5/24

55

**S**

same... [9] 5/25 6/21 11/18 15/23 15/23 28/2 28/11 28/21 42/15
Samuel [3] 1/18 1/19 3/6
Samuel Moore [1] 3/6
saw [3] 13/15 28/5 28/5
say [20] 14/4 14/13 15/25 19/9 20/10 22/13 22/14 23/10 23/13 23/17 26/12 26/17 27/14 29/7 33/14 35/4 36/1 36/21 39/16 40/3
saying [5] 20/21 25/18 25/22 28/15 29/10
says [1] 14/12
school [1] 33/2
Schwartz [7] 34/4 34/5 34/10 34/11 34/16 34/16 34/25
scmoore [1] 1/22
scmoorelaw.com [1] 1/22
scope [2] 13/6 14/11
SCOTT [2] 1/6 3/4
seat [2] 31/1 31/2
seated [2] 31/24 31/25
seconds [1] 41/17
secret [1] 10/13
see [3] 24/24 30/22 31/7
seeks [2] 13/25 14/1
seem [1] 35/13
seemed [2] 33/24 34/1
seen [2] 20/13 20/14
selected [1] 38/14
send [2] 30/23 42/10
sends [1] 7/19
sense [6] 14/12 15/3 17/18 23/19 26/21 42/8
sentence [22] 7/19 10/8 10/19 11/1 11/2 15/19 16/6 22/15 25/4 26/6 27/15 32/7 32/12 39/9 39/11 40/15 42/14 42/15 42/17 45/5 45/24 46/8
sentenced [3] 28/21 41/8 42/25
sentences [8] 13/24 15/9 28/21 32/18 40/2 40/3 40/5 44/10
sentencing [17] 1/9 3/13 3/22 3/23 3/24 4/9 4/11 8/4 10/10 10/20 12/16 23/11 24/10 32/8 42/19 43/8 44/8
separate [1] 41/12
serial [2] 18/1 41/2
serious [3] 11/1 40/5 42/11
seriousness [1] 32/13
serve [2] 39/9 42/25
served [6] 21/12 29/24 30/1 30/3 30/24 44/14
session [1] 31/24

36/17 39/20
sets [1] 16/8
setting [2] 15/22 16/3
shall [5] 43/5 43/19 44/24 45/20 45/25
shame [1] 38/5
she [1] 16/1
sheer [1] 13/5
Shirley [1] 13/12
shortly [1] 31/19
should [14] 4/2 4/8 7/6 14/5 15/18 18/15 19/11 23/9 32/18 36/17 36/19 38/17 44/7 46/12
shouldn't [2] 15/15 40/9
showed [3] 16/9 34/9 38/10
showing [1] 42/8
shown [3] 9/22 10/23 24/18
shows [1] 39/4
sic [1] 12/14
sight [1] 18/15
significant [5] 8/5 10/8 14/21 18/6 22/24
significantly [1] 11/2
similar [5] 15/16 15/22 17/12 21/23 42/13
similarly [1] 37/25
simple [1] 38/11
simply [1] 39/17
since [2] 13/19 26/5
single [5] 6/21 6/22 8/11 29/1 29/2
singular [1] 17/11
singularly [1] 14/22
sir [2] 3/12 25/11
situated [1] 37/25
situation [3] 25/25 28/10 30/9
six [5] 5/7 5/21 20/7 29/20 42/24
slept [1] 30/2
slightly [2] 19/2 19/2
so [37] 3/13 3/18 4/10 4/12 4/18 4/25 5/1 6/6 6/8 9/7 9/15 10/5 11/23 14/23 15/14 18/4 18/6 19/5 19/14 20/11 21/15 22/1 23/6 23/7 23/16 23/25 24/9 25/2 25/15 27/23 29/4 31/10 33/10 33/21 42/17 44/2 44/5
so I think [1] 21/15
social [2] 35/17 35/19
society [2] 14/1 29/17
solicit [1] 9/24
some [23] 9/3 9/3 9/18 11/10 11/15 11/25 13/7 14/4 14/14 14/15 15/11 16/22 17/12 23/8 27/7 35/20 35/24 36/2 36/19 39/18 41/14 44/2 44/12
somebody [2] 18/5 37/17
somehow [2] 8/5 44/4

someone [2] 16/25 21/1
something [6] 18/20 31/3 33/9 34/16 37/10 41/1
sons [1] 39/1
sorry [3] 3/23 22/6 42/1
sort [2] 11/7 11/15
sounding [1] 26/14
source [1] 27/11
speak [1] 25/19
special [1] 43/3
specific [2] 6/4 24/16
specifically [1] 24/23
speedy [1] 14/10
spelled [1] 45/17
spent [1] 39/25
spray [19] 7/23 8/5 8/10 9/8 11/11 12/8 12/13 16/13 16/20 18/22 18/23 18/25 19/1 23/22 24/1 34/20 35/14 39/18 40/17
sprayed [7] 8/23 11/10 16/23 40/18 41/13 41/21 41/23
spraying [2] 39/18 41/15
sprays [1] 34/18
spree [1] 41/16
stairs [1] 9/1
Stallings [1] 21/23
Stallings' [2] 15/10 15/21
Stallings's [1] 40/11
stand [4] 8/24 12/16 19/10 19/20
standard [1] 14/6
stands [2] 31/21 46/24
start [2] 20/6 25/17
started [1] 42/1
state [1] 43/12
stated [1] 30/16
statement [1] 12/19
statements [2] 10/3 11/15
STATES [7] 1/1 1/3 1/10 3/3 7/13 37/4 41/19
statute [2] 24/10 32/9
staying [1] 28/7
steady [1] 33/3
steals [1] 17/21
stenography [1] 2/8
step [1] 19/4
Stephen [2] 1/13 3/5
stephen.rancourt [1] 1/17
sticks [1] 42/4
still [3] 20/3 27/7 35/7
stole [1] 17/8
stolen [1] 41/2
storm [2] 9/17 9/17
story [1] 29/2
stream [1] 23/11
street [2] 1/20 18/25
stress [1] 35/4

strictly [1] 15/14
strikes [1] 17/21
struck [2] 38/22 40/24
struggle [1] 23/5
struggling [1] 8/12
stuck [1] 19/6
stumble [1] 19/6
submit [3] 12/18 14/16 43/14
submitted [2] 7/14 7/25
subscribed [1] 27/17
substance [2] 43/13 43/14
substantial [1] 17/19
such [5] 8/7 18/19 24/11 26/15 44/25
suffered [1] 41/14
sufficient [1] 32/7
suggest [7] 14/23 18/11 19/24 21/4 21/16 35/15 35/20
suggested [1] 23/1
suggestion [1] 14/3
Suite [2] 1/15 1/20
sum [1] 31/3
summer [4] 28/5 28/13 36/15 36/16
supervised [1] 43/1
supervision [4] 43/5 43/10 43/15 45/6
support [4] 3/25 19/13 24/20 38/15
supported [1] 38/7
supportive [2] 21/5 32/25
supremacist [1] 37/17
supremacists [1] 26/24
sure [2] 12/6 37/11 45/15 45/16
sway [1] 39/4
system [2] 14/20 28/16

**T**

table [1] 10/13
take [9] 8/16 19/7 25/22 27/24 28/23 29/5 31/18 35/20 46/22
taken [2] 23/19 44/11
taking [1] 19/9
talkie [1] 16/20
talkies [2] 16/12 17/2
talking [1] 30/17
taunted [1] 40/16
taunting [1] 11/9
televisions [1] 28/6
tell [3] 19/10 24/22 26/13
telling [1] 17/2
tells [4] 6/22 16/15 17/13 39/4
tempered [1] 26/8
ten [1] 30/1
ten-hour-plus [1] 30/1
tendency [1] 27/10
tens [2] 21/12 21/12

term [1] 32/23
termination [1] 45/22
terms [3] 23/20 42/23 43/1
Terrace [2] 9/2 33/24
terrorists [1] 26/23
test [1] 43/14
testified [1] 12/18
testimony [1] 6/16
tests [1] 43/16
Texas [2] 1/14 1/14
than [13] 7/12 7/18 12/2 16/6 19/3 32/7 33/9 35/7 37/5 38/21 40/5 40/5 41/17
thank [11] 6/14 10/11 12/24 12/25 25/8 25/18 25/20 30/24 30/25 31/25 46/20
Thank you [7] 6/14 10/11 12/24 12/25 30/24 30/25 46/20
that [202]
that's [31] 12/5 14/6 15/17 16/2 16/21 17/2 18/9 20/21 20/24 21/15 22/9 23/3 23/3 23/4 24/20 25/4 27/22 32/7 33/8 33/10 37/12 37/22 37/24 37/25 38/6 38/8 38/8 42/13 45/17 46/8 46/8
their [7] 7/2 8/24 14/13 20/25 21/1 23/10 38/16
them [17] 11/10 13/6 13/12 15/7 15/17 17/21 20/16 23/2 23/15 28/19 35/25 37/9 40/17 40/18 40/19 41/13 41/23
then [22] 4/24 9/18 11/9 11/13 11/14 15/16 17/25 22/2 27/3 27/4 28/10 29/11 34/3 34/4 34/13 34/24 40/17 40/19 40/20 41/1 41/24 42/5
there [38] 4/18 9/6 9/6 10/17 11/5 11/12 14/7 14/18 15/11 17/23 19/14 20/20 22/18 22/24 23/13 25/25 26/18 26/19 28/3 29/1 30/20 33/25 34/5 34/6 34/19 35/24 35/25 36/9 36/11 36/11 37/12 37/17 37/23 39/14 42/12 44/10 45/10 46/16
there's [10] 4/25 5/11 15/24 16/1 17/6 22/2 23/7 23/9 34/22 39/10
thereafter [1] 43/16
therefore [2] 30/21 43/21
these [13] 3/8 13/4 14/8 14/9 20/24 23/5 23/14 26/15 38/13 39/23 39/25 41/4 42/8

**T**

they [30]  5/23 7/23 8/14 10/7 12/11 12/19 14/13 16/4 19/1 23/10 23/15 26/22 27/11 27/21 28/20 30/1 32/3 34/6 34/6 35/20 35/24 36/17 36/18 36/19 38/9 38/14 38/15 38/23 38/24 38/25

they're [9]  12/20 16/6 21/2 27/9 27/9 27/19 37/5 38/16 45/20

they've [4]  6/23 7/3 15/8 27/8

thing [7]  4/23 6/23 7/3 7/10 9/20 10/6 22/16

things [11]  18/17 26/19 26/25 27/4 27/23 27/25 28/12 29/5 29/11 36/1 46/16

think [53]

thinking [2]  18/7 44/8

thinks [2]  37/24 39/8

this [49]

those [28]  7/18 8/9 10/2 10/4 11/21 12/18 15/7 19/5 20/19 22/1 26/24 27/8 27/10 27/12 27/13 27/18 28/5 28/7 28/18 28/20 28/25 29/5 29/14 29/23 33/21 40/7 40/11 44/21

though [4]  14/7 16/8 28/11 28/11

thought [5]  31/10 33/14 37/10 37/11 41/19

thoughtful [1]  33/8

thousands [3]  21/12 36/7 36/8

threat [1]  19/3

three [9]  11/12 11/19 11/19 18/5 22/22 23/23 29/3 40/19 41/12

three-level [1]  18/5

threw [2]  41/5 41/7

through [10]  4/23 9/2 13/18 20/6 24/12 24/19 27/7 29/13 30/22 38/18

throughout [5]  20/7 22/25 32/25 33/4 38/19

thus [1]  29/18

time [26]  6/19 8/12 8/14 8/21 12/2 15/23 21/7 21/10 21/22 22/11 22/25 26/15 29/19 29/24 30/20 30/23 35/8 37/19 38/22 39/3 39/25 41/17 42/15 43/24 44/25 46/9

times [4]  13/22 24/12 24/15 27/20

tired [1]  12/20

titled [1]  47/4

today [3]  7/16 13/14 36/3

together [1]  34/7

**U**

U.S [2]  44/22 45/4

U.S.C [8]  5/3 5/8 5/18 6/7 32/6 42/20 43/4 46/9

ubiquitous [1]  16/25

ultimately [3]  21/22 24/7 33/18

unable [3]  8/9 34/15 46/2

unblemished [1]  33/13

unclear [1]  33/10

under [4]  5/9 5/11 5/14 46/9

understand [25]  7/21 8/3 12/9 15/25 17/11

took [7]  11/21 18/4 18/16 19/14 40/17 40/24 41/20

total [4]  5/7 5/12 5/16 5/21

tourist [1]  8/18

tradition [1]  36/22

traditional [1]  14/24

training [2]  32/17 33/3

transcript [3]  1/9 2/8 47/3

transcription [1]  2/8

transfer [2]  36/23 38/3

transferred [1]  45/7

translate [2]  27/3 27/4

trashed [1]  42/4

traveled [2]  13/14 22/25

treated [2]  6/4 28/15

treatment [2]  45/19 45/22

trial [14]  6/16 8/1 9/14 10/23 11/24 11/25 12/7 12/18 14/10 18/7 18/19 19/7 20/8 21/7

tried [1]  39/23

true [3]  7/4 23/13 27/9

Trump [1]  38/7

trustee [2]  21/11 29/24

truth [1]  37/7

try [5]  6/24 26/12 39/24 40/1 42/2

trying [6]  10/15 10/15 11/23 23/20 33/17 42/11

tunnel [20]  7/23 8/6 8/17 8/21 8/23 9/2 9/3 12/13 17/22 18/15 19/11 19/12 33/24 34/2 34/11 34/25 40/24 41/6 41/22 41/23

turn [2]  26/4 30/10

turned [2]  18/16 21/10

TV [1]  30/3

twice [2]  21/6 41/24

two [7]  5/12 11/12 12/4 29/23 30/5 31/15 43/15

TX [1]  1/15

type [2]  28/12 29/21

35/6

21/20 21/23 21/24 22/11 24/6 24/7 25/1 29/8 29/9 29/15 37/11 38/12 38/13 39/13 40/1 40/8

understanding [2]  13/6 30/8

understands [1]  19/12

understood [3]  31/9 31/17 34/14

undoubtedly [3]  11/11 22/17 29/1

unique [6]  14/9 14/22 14/23 14/23 17/2 20/8

UNITED [7]  1/1 1/3 1/10 3/3 7/13 37/4 41/19

United States [2]  7/13 41/19

unlawful [1]  43/13

unlike [1]  32/21

unpredictable [1]  36/6

unprovoked [2]  20/1 20/2

unspecified [1]  7/5

until [3]  37/7 44/18 44/25

untruths [1]  39/5

unwarranted [3]  10/15 25/4 32/19

up [18]  7/15 9/1 9/19 11/17 16/9 17/20 18/18 19/10 21/7 25/14 25/24 27/21 27/22 29/9 30/14 40/23 41/12 42/3

upon [2]  33/15 45/21

urged [1]  41/24

us [9]  10/14 15/25 19/8 27/1 27/3 28/25 30/23 32/22 39/20

USAO [1]  1/13

usdoj.gov [1]  1/17

use [10]  5/5 5/9 5/20 6/3 8/5 9/13 12/8 19/4 34/15 43/13

used [6]  5/15 17/9 18/22 41/6 42/2 42/6

using [1]  9/7

**V**

VA [1]  1/21

vacuum [1]  26/19

valiantly [1]  8/12

value [1]  24/20

values [1]  38/7

variance [3]  25/5 25/5 44/9

variety [1]  10/17

various [3]  3/25 20/8 26/24

versus [4]  3/4 23/6 41/19 44/2

very [9]  16/10 16/15 17/2 20/18 20/24 21/5 28/21 38/18 41/11

victim [9]  5/6 5/10 5/21 5/24 6/1 6/1 11/13

victims [6]  8/9 30/17

video [5]  4/10 7/25 9/23 19/21 34/8

videos [1]  4/9

view [1]  34/9

views [2]  27/20 38/15

vilified [1]  26/21

violence [6]  10/1 20/3 26/10 30/12 35/13 38/4

virtue [2]  11/21 44/5

vocational [1]  32/17

vs [1]  1/5

vulnerable [1]  8/15

**W**

wages [1]  31/5

waives [1]  43/22

walk [1]  39/9

walked [2]  18/16 39/3

walkie [3]  16/12 16/20 17/2

walkie-talkie [1]  16/20

walkie-talkies [2]  16/12 17/2

walking [1]  34/4

walks [2]  18/24 34/17

want [3]  12/17 25/22 26/12

wanted [2]  12/18 31/10

warrant [1]  42/14

warrants [2]  42/15

was [67]

Washington [4]  1/5 2/6 35/12 44/23

wasn't [4]  9/18 33/19 39/17 45/12

wasting [1]  6/18

watched [1]  30/3

watching [1]  28/7

way [7]  7/5 21/17 22/25 26/4 35/18 35/21 38/4

ways [7]  13/5 17/12 21/2 22/18 23/8 30/9 36/6

we [49]

we'd [1]  17/18

we'll [1]  6/12

we're [9]  3/13 11/23 13/6 19/6 22/1 24/4 24/5 27/7 35/6

we've [4]  12/17 21/4 30/17 35/2

weapon [8]  5/5 5/10 5/15 5/20 6/3 9/12 12/9 18/20

weapons [2]  16/14 35/14

website [1]  19/22

week [2]  6/21 6/22

weigh [2]  24/8 25/2

weight [1]  25/25

Welcome [1]  13/16

well [13]  19/17 21/3 23/19 26/16 28/1 37/4 37/4 37/15 42/20 43/6 44/3 45/14 46/22

went [5]  11/13 17/4 17/25 26/18 40/19

were [40]  8/9 8/12 8/14 10/7 10/7 11/12 11/21 14/18 15/11 19/25 20/17 22/22 26/19 26/22 26/25 27/13 27/18 27/22 28/6 28/12 28/18 28/21 34/6 35/20 35/24 36/11 36/11 36/18 36/19 37/8 37/8 37/12 37/23 37/24 37/25 38/2 38/6 38/8 38/11 42/7

weren't [1]  27/21

west [7]  9/1 9/1 17/22 33/24 40/23 41/6 41/22

what [58]

what's [1]  13/19

whatever [3]  13/24 16/14 39/2

whatsoever [1]  28/14

when [18]  6/24 7/8 16/11 16/12 16/12 16/13 16/13 17/23 25/2 27/10 27/15 28/5 28/10 29/3 33/12 36/7 36/7 36/21

where [9]  12/7 15/18 18/4 18/11 19/19 22/3 26/22 33/17 42/3

whether [15]  4/14 14/9 14/10 18/12 19/7 19/7 25/3 26/22 27/8 27/11 28/20 34/5 34/5 34/6 36/18

which [25]  3/20 3/25 4/9 5/13 5/13 5/18 11/18 11/24 15/5 16/9 20/8 22/24 25/25 27/20 29/25 30/13 33/1 33/18 38/25 39/17 39/19 40/13 43/9 45/3 45/9

while [11]  10/5 10/21 24/18 24/19 24/19 29/20 33/15 43/5 43/10 44/13 44/14

whim [1]  9/17

white [2]  26/24 37/16

who [27]  8/12 13/8 13/11 13/14 14/18 14/18 14/21 17/7 20/17 21/25 22/18 23/14 24/1 26/1 32/22 32/24 33/7 34/13 34/18 35/1 36/8 36/17 37/17 37/25 38/23 41/20 42/12

who's [1]  22/16

who've [2]  15/7 40/2

wholly [1]  10/9

whom [1]  41/14

why [16]  7/21 15/24 16/10 20/20 23/9 24/4 25/4 37/5 37/11 37/23 37/24 37/25 38/6 38/8 38/8 41/11

will [18]  13/19 20/10 22/13 22/20 24/22

**W**

**will...** **[13]**  24/24 27/12
30/8 39/11 42/17 42/22
43/3 43/24 43/24 44/3
44/6 45/6 46/10
**Willett** **[2]**  2/2 3/7
**William** **[3]**  2/3 47/2
47/8
**wind** **[1]**  9/19
**window** **[2]**  41/24 42/2
**wish** **[2]**  45/25 46/22
**within** **[3]**  43/15 44/24
45/25
**without** **[4]**  11/24 19/1
26/13 46/4
**won't** **[1]**  29/15
**wondering** **[1]**  28/8
**wooden** **[1]**  41/5
**words** **[1]**  46/4
**worked** **[2]**  38/25 44/14
**world** **[1]**  37/3
**worse** **[1]**  14/14
**worst** **[4]**  6/23 7/3 7/10
10/6
**worth** **[1]**  33/11
**would** **[31]**  7/8 7/13
11/25 13/10 14/2 14/3
14/16 14/23 18/11 20/5
20/18 21/4 21/13 21/16
21/17 22/19 23/15 25/6
25/10 25/12 25/14
25/17 28/9 28/17 29/5
29/11 35/15 37/19
37/20 45/11 45/13
**written** **[1]**  26/11
**wrong** **[8]**  7/19 18/13
19/15 19/16 20/23 28/8
37/10 42/1

**Y**

**Yeah** **[2]**  11/4 31/15
**year** **[2]**  13/7 14/21
**years** **[8]**  22/15 26/20
30/5 31/8 31/15 32/23
33/1 33/4
**yelled** **[1]**  40/16
**yelling** **[1]**  11/9
**Yes** **[8]**  3/15 3/16 16/21
16/24 22/8 24/3 25/9
45/18
**yet** **[1]**  39/2
**you** **[142]**
**you know** **[1]**  19/21
**you understand** **[1]**
38/12
**you're** **[10]**  15/3 16/21
17/1 37/16 37/16 37/17
37/20 39/9 40/9 41/1
**you've** **[3]**  9/16 15/6
36/2
**your** **[65]**
**Your Honor** **[39]**  3/15
4/5 4/6 4/16 4/20 4/21
6/14 6/15 7/21 8/3 8/10
8/19 9/14 9/22 10/5
10/11 12/4 12/25 13/2
15/20 16/24 21/21 22/8
23/3 23/4 23/5 24/3

27/15 27/24 30/21
31/12 45/10 45/18
46/19 46/20
**yours** **[2]**  40/5 42/13
**yourself** **[2]**  15/7 46/23

**Z**

**Zaremba** **[3]**  2/3 47/2
47/8
**zealous** **[1]**  37/18